**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF OREGON**

| | |
|---|---|
| NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPHER ROMPALA; and CHARLES AREFORD; | CASE NO. 6:26-cv-1127-MTK<br><br>DECLARATION OF MARIANNE DUGAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TRO |

      Plaintiffs,

         v.

GENERAL SERVICES ADMINISTRATION,

      Defendants.

1.      I am one of the attorneys for Plaintiffs in this case. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.      Attached to this Declaration are the following exhibits, which I obtained online in preparation for filing this lawsuit:

Exhibit A -- April 30, 2026, Lookout article about fence around Eugene federal building

Exhibit B – April 29, 2026, Eugene Weekly Article about fence construction

Exhibit C – Feb. 12, 2026, Lookout article about Eugene police chief statements about fence

Exhibit D – City of Eugene public records response

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                        /s/ Marianne Dugan
                        Marianne Dugan