Case 6:26-cv-01127-MTK    Document 5-1    Filed 06/08/26    Page 1 of 5



# Look**O**ut
### EUGENE-SPRINGFIELD

**BECOME A MEMBER** ☰





Temporary security fencing divides the plaza area in front of the Eugene Federal Building on Thursday, April 30, 2026. Credit: Max Unkrich / Lookout Eugene-Springfield

**LATEST NEWS**

# New fence around Eugene Federal Building closes off much of plaza

BY **JAIME ADAME**
April 30, 2026

EXHIBIT A - PAGE 1

6/5/26, 7:54 PM
New fence around Eugene Federal Building closes off much of plaza | Lookout Eugene/Springfield
Case 6:26-cv-01127-MTK    Document 5-1    Filed 06/08/26    Page 2 of 5

**QuickTake:**

The project was completed overnight Wednesday and leaves open the outer portion of the plaza. Meanwhile, the man arrested during Wednesday's protest was identified and pleaded not guilty in court Thursday.

 

New fence around Eugene Federal Building closes off

About 4 Minutes

1x

Everlit

*3:15 p.m.: This story has been updated with information from Eugene police about their presence at the site Wednesday and the arrest made that afternoon.*

Newly installed fencing at the Eugene Federal Building closes off access to the plaza with the exception of a corner section often used by speakers during demonstrations.

The black temporary fencing installed overnight Wednesday in effect will limit space for gatherings and was installed after the site sustained property damage — including broken windows and graffiti — during protests in January.

Eugene police declared a riot on Jan. 30, after reports of property damage and a building "breach," though a review of Eugene police video by the city's police auditor found **no evidence** of anyone entering the building.

The General Services Administration, the federal agency that provides building services and property management for sites like the Eugene Federal Building, has not disclosed the cost of the fence project. It also isn't clear if the fence is in place indefinitely or for a specified time period.

EXHIBIT A - PAGE 2

Case 6:26-cv-01127-MTK    Document 5-1    Filed 06/08/26    Page 3 of 5



A gated section of temporary security fence blocks a walkway outside the Eugene Federal Building on Thursday, April 30, 2026. Credit: Max Unkrich / Lookout Eugene-Springfield

The federal agency had declined to answer questions before the fence installation about where it would be placed or even the type of fence to be installed.

In a statement before installation began, a GSA spokesperson said: "GSA is installing a temporary security barrier along the perimeter of the Federal Building at 211 East 7th Avenue in Eugene. This measure is necessary to ensure the continued safety and security of the building occupants and the facility itself."

Federal Protective Service officers as well as Eugene police maintained a **strong presence** at the site starting Wednesday afternoon as construction began. About 25 protesters shouted disapproval over the project and over the show of police force.

Eugene police confronted one man as he walked in a crosswalk with others across Pearl Street toward the federal building at about 4 p.m. and then **arrested him** on suspicion of disorderly conduct.

EXHIBIT A - PAGE 3

## Police provide details on arrest, presence

In a statement Thursday, police said the man arrested was Christopher Henry Bennett, 37, who was "reported to have continually walked into the number two traffic lane to yell at officers, causing numerous vehicles to stop behind him, despite their having a green light."

Prior to the arrest, "officers admonished Bennett multiple times," police said.

The statement referred to actions not visible in a **video Lookout posted Wednesday of Bennett's arrest**. Police also alleged he struck the front of a Lane Transit District bus with a bullhorn as the vehicle turned south onto Pearl Street from Sixth Avenue.

In addition to disorderly conduct, Bennett was booked into Lane County Jail on suspicion of interfering with public transport and resisting arrest.

No resisting arrest charge was filed in Lane County Circuit Court, however. Bennett pleaded not guilty Thursday in court to misdemeanor charges of interfering with public transportation and second-degree disorderly conduct.

Melinda McLaughlin, Eugene police spokesperson, in response to questions from Lookout, said no estimate was available for the cost of the police presence at the federal building site.

"We will need to get a staffing breakdown for Wednesday to get an estimate. It would just be for the people on overtime, unless we have a breakdown of who was on regular time and assigned to it," McLaughlin said in an email.

McLaughlin said any overtime cost will be the city's.

"Eugene Police Department is responsible to provide a safe environment and security within the city of Eugene for all its residents and visitors as well as to uphold lawful protest activity. The resources to do this are provided by the City and its police department," McLaughlin said.

Asked about future Eugene police presence at the site, McLaughlin said: "We are only involved in protecting City property. The building is owned by the federal government and Federal Protective Service is the entity that provides security for their properties and personnel.

EXHIBIT A - PAGE 4

Case 6:26-cv-01127-MTK          Document 5-1          Filed 06/08/26          Page 5 of 5

"If we are in the area there, it would be to ensure safety of the general public, people engaged in lawful free speech, and traffic-type issues. We won't be able to speculate on what activities are planned in the future by others."

---

© 2026 Lookout Eugene-Springfield. All Rights Reserved

Powered by Newspack

EXHIBIT A - PAGE 5