5/1/26, 3:34 PM
Case 6:26-cv-01127-MTK Document 5-2 Filed 06/08/26 Page 1 of 3
Contractors begin building fence around Eugene federal building

# The Register-Guard

---

## GOVERNMENT

# Fence installation begins around Eugene Federal Building

 **Alan Torres**
Eugene Register-Guard

April 29, 2026 | Updated April 30, 2026, 10:50 a.m. PT

---

### Key Points

- On the evening of April 29, the federal government began installing its fence.
- The installation comes 2 days after the city granted a permit to close lanes.
- Anti-ICE protestors have been tear gassed at the building.

---

*(This story has been updated to include additional information)*

Contractors began erecting a fence in front of the Eugene Federal Building on April 29.

The fence work began two days after the City of Eugene approved a right-of-way permit for the federal government to fence off lanes of two city streets to restrict access to the federal building.

Workers laid cones closing one lane of Pearl Street next to the federal building April 28. Throughout the next two days, workers removed vegetation to make room for the fence.

Contractors began pulling pallets off trucks and installing portions of the fence April 29.

Protesters, Eugene police and federal police were present as the installation started. Police created distance between protesters and the workers installing the fence.

EXHIBIT B - PAGE 1

Protesters yelled at police, but remained peaceful and respected the distance. Periodically, cars drove by on the open lane of Pearl Street, some honking, and at least one passenger flipping off the people on the fence side.

The City of Eugene has said it doesn't have authority to block a fence or deny the federal government's permit. City contractors built a temporary sidewalk one day before federal contractors began setting cones to prepare for the fence installation.

That temporary sidewalk will now serve as pedestrian access on Pearl Street for the next two years.

According to the federal General Service Administration's permit application, obtained by The Register-Guard through a public records request, the city gave approval to close lanes on Pearl Street starting at 9 a.m. April 28. and Seventh Avenue starting at 7 p.m. that day.

The permit application describes "night work" occurring between 7 p.m. and 6 a.m.

It's not clear how long the closure will last, based on the application. The first page indicates the project will conclude April 30, but on the last page it says night work will occur from Sunday to Thursday.

The building has been the site of frequent protests against immigration enforcement and President Donald Trump's administration and policies generally. The majority of these protests have been peaceful as attendees bring inflatables, seniors knit and high school students demonstrate.

But protesters have also caused vandalism and property damage at times.

Even peaceful protesters have been met with tear gas and pepper balls from federal agents and elected officials encouraged people to protest from across the street from the building, a request protesters have largely chosen to not follow.

According to a statement from the Eugene Police Department, officers were there to "ensure a safe, orderly, and coordinated environment throughout the temporary

EXHIBIT B - PAGE 2

fencing project."

In EPD's statement, the department said protesters are allowed to protest in the public right-of-way if they don't interfere with traffic but that "the construction zone is a closed area and protests are not allowed inside." EPD has arrested at least one person at the federal building on April 29 for allegedly blocking traffic.

The federal and city government have consistently described the fence as "temporary." According to emails from federal staff, the fence will be in place for two years.

In a statement, the General Services Administration said a fence "is necessary to ensure the continued safety and security of the building occupants and the facility itself."

Protesters have described the fence as undemocratic and harmful to immigrants. A primary motivator of the federal building protests have been to observe immigration enforcement which has been arresting people at routine check-ins. Protesters say a fence would prevent these watchdog and legal aid efforts.

*Alan Torres covers local government for the Register-Guard. He can be reached by email at atorres@registerguard.com, on X @alanfryetorres or on Reddit at u/AlfrytRG.*

*Register-Guard reporters Ben Lonergan and Haleigh Kochanski contributed to this report.*

EXHIBIT B - PAGE 3