| | |
|---|---|
| **From:** | GRANT Ryan J </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B0AE87823BC3418B9BAAE82FF75D1D7F-CEWMRJG> |
| **Subject:** | FW: Eugene Federal Building Temporary Fencing |
| **To:** | SINGER Doug K <DSinger@eugene-or.gov> |
| **Sent:** | February 26, 2026 7:06 PM (UTC+00:00) |
| **Attached:** | 7556_7thAve_OE88-Survey Draft.pdf, 7556_WorkMap_Signed.pdf |

Doug,

Please see email chain below and attachments.

Respectfully,
**Ryan Grant**

City of Eugene, Permit Review & Erosion Supervisor
City of Eugene | Planning & Development | Building & Permit Services
99 W 10th Ave, Eugene, OR 97401
Cell Phone: 541-510-5054

---

**From:** Ryan Anderson - PMBD <ryan.anderson@gsa.gov>
**Sent:** Thursday, February 26, 2026 8:20 AM
**To:** ROTH Mina <MRoth@eugene-or.gov>
**Cc:** GRANT Ryan J <RGrant@eugene-or.gov>
**Subject:** Re: Eugene Federal Building Temporary Fencing

You don't often get email from ryan.anderson@gsa.gov. Learn why this is important

[EXTERNAL ❗]

Good Morning Mina / Ryan,
Thank you for meeting with me this morning for the site walk. I found the discussion to be very productive in establishing a clear path forward for the temporary fencing project at the Eugene Federal Building. As promised, I've attached a draft property survey and working map, currently under review by the County, for your reference. To summarize our discussion and facilitate the permitting process, please consider the following key points:

- **Duration and Purpose:** The temporary fence is required for approximately two years to protect the building, employees, and facilitate repairs to damaged structures.
- **7th Street:** To ensure ADA compliance with the 4-foot clear path requirement, the fencing will be placed on Federal property along 7th Street.
- **Pearl Street:**
  - **Option 1 (Proposed Closure):** The section of Pearl Street from the plaza heading north to the property line (adjacent to the bollards) would be closed. We understand a right-of-way permit would be required for this option.
  - **Option 2 (Alternative ):** We are actively exploring terminating the fence at the existing concrete wall foundation along Pearl Street. This alternative

EXHIBIT D - PAGE 1

could eliminate the need for a closure and the associated right-of-way permit.

- **Permitting:** We understand a right-of-way permit will be required for Pearl Street if Option 1 (closure) is pursued. We are prepared to submit the necessary application and documentation promptly if this becomes the necessary course of action. As you stated, please provide a requirement template for this action so we can get it right the first time.

We appreciate the City's coordination and cooperation on this project. Please let us know if you require any further information or have any questions regarding this proposal. We look forward to your guidance as we move forward.

I have also included an example of the fencing to be installed. Please note that eco-blocks will not be installed on the public-facing side.



 **U.S. General Services Administration**

EXHIBIT D - PAGE 2

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 10:38 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Confirmed, thank you!



**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 10:37 AM ROTH Mina <MRoth@eugene-or.gov> wrote:

Hi Ryan,

Ryan and I will meet you at the parking lot at 7am tomorrow. Looking forward to meeting you.

All the best,
Mina Roth
Permit Review Manager
Planning & Development Department  – Building & Permit Services
mroth@eugene-or.gov
541-682-8385

EXHIBIT D - PAGE 3

**From:** Ryan Anderson - PMBD <ryan.anderson@gsa.gov>
**Sent:** Wednesday, February 25, 2026 9:51 AM
**To:** Russell Larson - PT1E <russell.larson@gsa.gov>
**Cc:** ROTH Mina <MRoth@eugene-or.gov>; GRANT Ryan J <RGrant@eugene-or.gov>
**Subject:** Re: Eugene Federal Building Temporary Fencing

You don't often get email from ryan.anderson@gsa.gov. Learn why this is important

[EXTERNAL ⚠ ]

Hi Russell,

Mina and I spoke earlier this morning and are coordinating a site visit to address any questions the City may have regarding the project and required permits.

Thank you for your efforts!



**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 9:39 AM Russell Larson - PT1E <russell.larson@gsa.gov> wrote:

Hello Mina,

I am adding Ryan Anderson, the GSA Facility Manager for this location, who can provide details on the fencing type, potential dimensions, estimate duration, and coordinate a site walk of the plan. We should have our fencing contractor on board shortly; They will be responsible for officially submitting the required permits.

Our plan is to keep the fence on federal property as much as possible. However, it will need to occupy some city sidewalks, particularly along Pearl Street and 7th Street. Please see the photos below for reference. I have also attached the site plan that includes the property line and highlights the proposed fencing location. The blue denotes where the fence is on Federal Property and red indicates where we believe it will impact City property.

EXHIBIT D - PAGE 4

**Narrative of the Fencing Plan:**

Starting at the secure vehicle well parking area, the sidewalk remains on federal property until just after the bollards. At that point, the fence will turn west onto the city sidewalk along Pearl Street.

Continuing from that location, the fence will be installed on the sidewalk until it connects to the plaza. We will provide a designated space for protesters to exercise their First Amendment rights by utilizing the lower "free speech plaza." From the plaza we will connect the fence along the city sidewalk of 7th st. where it will connect back onto Federal property and finish against the South tower.

***Overhead View***



*The secure Fence will connect the Vehicle parking well along federal property, until after the bollards. The Fence will move west onto the city and continue South until it connects to the lower plaza.*

EXHIBIT D - PAGE 5



*The lower plaza will be fenced off to provide the public a space to exercise peaceful protest activities.*



*Continuing with the above photo the plaza delineation will connect to the 7th st sidewalk and continue east until it hits the corner of 7th and High.*





*Corner of 7th and high where the fencing will connect to the South tower of the Federal Building.*



------------------



**Russell Larson** | Director, West and Rocky Mountains Division
Office of Portfolio Management
Public Buildings Service
50 United Nations Plaza, Mailbox 9
San Francisco, CA. 94102-4912
808.292.3574 | russell.larson@gsa.gov

On Tue, Feb 24, 2026 at 9:13 AM ROTH Mina <MRoth@eugene-or.gov> wrote:

> Hi Russell,
>
> Checking in to see when you think you'll have the requested info over to us so we can plan accordingly.
>
> All the best,
> Mina
>
> All the best,
> Mina
>
> ---
>
> **From:** ROTH Mina <MRoth@eugene-or.gov>
> **Sent:** Friday, February 20, 2026 3:00:40 PM
> **To:** Russell Larson - PT1E <russell.larson@gsa.gov>
> **Cc:** GRANT Ryan J <RGrant@eugene-or.gov>
> **Subject:** Re: Eugene Federal Building Temporary Fencing
>
> Russell,
>
> It was great to chat with you this afternoon. Please send the additional info we discussed such as a site plan that includes property lines and where the intended fencing is desired to be installed, intended dimensions and materials of the fencing, and the contact for whom you want us to schedule a site visit with. We'll try to set something up for next week if there's availability and let you know what we find.

I've copied Ryan Grant, whose team reviews right of way use permits.

Have a great weekend.

All the best,
Mina Roth

---

**From:** ROTH Mina <MRoth@eugene-or.gov>
**Sent:** Friday, February 20, 2026 10:51 AM
**To:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>; Russell Larson - PT1E <russell.larson@gsa.gov>
**Cc:** OLSON Kris D <KOlson@eugene-or.gov>; HUNTER Alissa <AHunter@eugene-or.gov>
**Subject:** RE: Eugene Federal Building Temporary Fencing

Hi Russell,

I left you a voicemail to touch base about this. My team is happy to assist you and have some questions that will help us determine next steps. Let me know if you have time this afternoon to discuss this further.

All the best,
Mina Roth
Permit Review Manager
Planning & Development Department – Building & Permit Services
mroth@eugene-or.gov
541-682-8385

**From:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>
**Sent:** Friday, February 20, 2026 10:36 AM
**To:** Russell Larson - PT1E <russell.larson@gsa.gov>; ROTH Mina <MRoth@eugene-or.gov>
**Cc:** OLSON Kris D <KOlson@eugene-or.gov>; HUNTER Alissa <AHunter@eugene-or.gov>
**Subject:** RE: Eugene Federal Building Temporary Fencing

Hello, Russell.

The best point of contact would be Mina Roth, our Permit Review Manager for Building Permit Services, Mina is cc'd on this email and her email address is mroth@eugene-or.gov and her phone number is 541-682-8385.

Thank you,
Matt Rodrigues, P.E. *(he/him)*
City Manager Pro Tem
City of Eugene
*Ph: 541-682-5930*
mrodrigues@eugene-or.gov

**From:** Russell Larson - PT1E <russell.larson@gsa.gov>
**Sent:** Thursday, February 19, 2026 7:08 PM
**To:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>
**Subject:** Eugene Federal Building Temporary Fencing

EXHIBIT D - PAGE 9

# SURVEY
## FOR
# U.S. GENERAL SERVICES ADMINISTRATION
NE 1/4, SECTION 31, TOWNSHIP 17 SOUTH, RANGE 3 WEST
OF THE WILLAMETTE MERIDIAN,
EUGENE, LANE COUNTY, OREGON
10 FEBRUARY 2026

LANE COUNTY SURVEYORS OFFICE
C.S. FILE NO. _____
FILING DATE: _____

**BASIS OF BEARINGS**
OCRS EUGENE

60'   0   60'   120'

REFERENCES:
- R1   CSF 18710, LCSO
- R2   CSF 43244, LCSO
- R3   CSF 43314, LCSO
- R4   CSF 43277, LCSO
- R5   CSF 46731, LCSO
- R6   CSF 45916, LCSO
- R7   CSF 43822, LCSO
- R8   EUGENE CITY JUDGEMENT DOCKET A PAGE 2, LCOPR

DEEDS:
- D1   1994-74796, LCODR

LEGEND:
- ● FOUND 5/8" REBAR WITH YPC MARKED "POAGE ENG & SURV INC"
- ◐ FOUND 1-1/2" BRASS CAP MARKED "CE RP" OR AS NOTED
- ◉ FOUND MAG NAIL WITH WASHER MARKED "POAGE ENG & SURV INC"
- ○ SET 1-1/8" COPPER DISK MARKED "EGR & ASSOC."
- △ CALCULATED POINT
- ( ) RECORD DATA PER REFERENCE NOTED, EQUALS MEASURED UNLESS NOTED
- LCODR   LANE COUNTY OREGON DEED RECORDS
- LCOPR   LANE COUNTY OREGON PLAT RECORDS
- LCSO   LANE COUNTY SURVEYORS OFFICE
- CSF   COUNTY SURVEY FILE NO., LCSO
- YPC   YELLOW PLASTIC CAP
- OCRS   OREGON COORDINATE REFERENCE SYSTEM EUGENE ZONE, NAD83(2011), EPOCH 2010.00
- R/W   RIGHT OF WAY
- ⌇ INDICATES LINE NOT TO SCALE

**Map call-outs:**

HIGH STREET (66' R/W)

N0°10'19"E 1202.54' (SOUTH 1200')R8

401.14' (400')R8     400.48' (400')R8     400.92' (S01°59'48"W 400.96')R7 (400')R8

S22°39'20"W 46.35' (S24°29'16"W 46.35')R2
S62°26'41"E 24.75' (S60°03'58"E 24.75")R6
N45°08'27"E 46.63'
S0°10'36"W 326.21' (N0°03'48"E 326.14')R6
S45°27'25"W 12.68' (S45°04'12""W 12.73')R6

S60°15'52"W 40.10' (S62°04'00"W 40.18')R5
S62°23'27"E 41.21' (S60°37'19"E 41.21')R5
N35°15'45"E 38.92' (N37°06'11"E 38.92')R5
N63°06'58"W 50.96' (N61°11'44"W 50.96')R5

N0°10'19"E 334.60' (N0°02'06"W 334.76')R1 D1 (SOUTH 334')R8

BLOCK 17
INSTRUMENT NO. 1994-74796

(14.00)R8     (14.00)R8

FOUND 1-1/2" BRASS CAP MARKED "CE COR"

BLOCK 24

E 5TH AVENUE
E 8TH AVENUE
E 6TH AVENUE (66' R/W)
E 7TH AVENUE (66' R/W)

(33')R8

S89°48'35"E 403.18' (N89°55'23" 403.24')R6 (EAST 400')R8
N89°48'35"W 337.10' (S89°56'24W 337.14)R1 D1 (EAST 334')R8

14' ALLEYWAY VACATED PER EUGENE ORDINANCE NO. 11044

N89°58'31"E 336.24' (S88°1131"E 336.35)R1 D1 (WEST 334')R8
S89°58'31""W 402.16' (S88°1131"E 402.22')R7 (SOUTH 400')R8
N89°58'31"E 336.18' (S88°1131'E 336.14)R7

N0°01'32"E 335.86' (S0°10'13"E 335.80)R1 D1 (NORTH 334')R8

FOUND 1-1/2" BRASS CAP MARKED "CE COR"

PEARL STREET (66' R/W)

N0°01'32"E 401.99'

S56°43'07"E 42.60' (N54°56'43"W 42.60')R3
S57°26'31"E 43.06' (N59°12'43"E 43.06')R3
N30°42'08"W 41.31' (N 28°53'23W 41.31')R3
N42°52'05"E 36.73' (S44°40'24"W 36.78')R3
N29°52'20"E 44.60' (N31°42'37"E 44.60')R3

(33')R8

## NARRATIVE:

THE PURPOSE OF THIS SURVEY WAS TO LOCATE, OR SET, THE MONUMENTS FOR THE EXTERIOR BOUNDARY OF THAT PROPERTY DESCRIBED IN INSTRUMENT NO. 1994-74796, LANE COUNTY OREGON DEED RECORDS. THE SUBJECT PROPERTY IS BLOCK 17, EUGENE CITY, RECORDED IN JUDGEMENT DOCKET A, PAGE 2.

THE CENTERLINE OF EAST 6TH AVENUE WAS DETERMINED BY HOLDING THE INTERSECTION POINT AT RECORD DISTANCES FROM FOUND REFERENCE POINTS PER CSF 43314 AT THE INTERSECTION OF PEARL STREET AND EAST 6TH AVENUE AND THE TANGENT OFFSET DISTANCE OF THIRTY-THREE FEET FROM A FOUND MONUMENT ON THE NORTH RIGHT OF WAY OF SAID EAST 6TH AVENUE PER CSF 45916. THIS WAS THEN EXTENDED TO INTERSECT THE CENTERLINE OF HIGH STREET.

THE CENTERLINE OF HIGH STREET WAS ESTABLISHED BY HOLDING RECORD DISTANCES FROM FOUND CITY OF EUGENE REFERENCE POINTS PER CSF 46731 AT THE INTERSECTION OF EAST 8TH AVENUE AND HIGH STREET AND RECORD DISTANCES FROM FOUND CITY OF EUGENE REFERENCE POINTS PER CSF43244 AT THE INTERSECTION OF E 5TH AVENUE AND HIGH STREET. THIS MATCHED WITH MULTIPLE FOUND PROPERTY CORNERS ALONG THE WESTERLY RIGHT OF WAY OF HIGH STREET BETWEEN PREVIOUSLY DESCRIBED INTERSECTIONS.

THE CENTERLINE FOR PEARL STREET WAS DETERMINED BY HOLDING RECORD DISTANCES FROM FOUND CITY OF EUGENE REFERENCE POINTS PER CSF 43314 AT THE INTERSECTION OF EAST 7TH AVE AND PEARL STREET AND HOLDING THE INTERSECTION POINT OF PEARL STREET AND EAST 6TH AVENUE AS PREVIOUSLY DESCRIBED.

THE CENTERLINE OF EAST 7TH AVENUE WAS DETERMINED BY HOLDING RECORD DISTANCES FROM FOUND CITY OF EUGENE REFERENCE POINTS PER CSF 43314 AT THE INTERSECTION OF PEARL STREET AND EAST 7TH AVENUE AND HOLDING PARALLEL TO FOUND MONUMENTS ALONG THE SOUTHERLY RIGHT OF WAY OF EAST 7TH AVENUE PER CSF 43822.

THE BLOCK CORNERS WERE THEN DETERMINED BY HOLDING THE RECORD RIGHT OF WAY DISTANCES PER THE PLAT .

THE SOUTH HALF OF THE NORTH-SOUTH ALLEYWAY WAS FORMALLY VACATED PER CITY OF EUGENE ORDINANCE NO. 11044, AS RECORDED ON REEL 9957, RECEPTION NUMBER 13296, LANE COUNTY OREGON DEEDS AND RECORDS. THE REMAINDER OF THE ALLEYS IN BLOCK 17 ARE LISTED ON THE CITY OF EUGENE WEBSITE AS BEING DISPOSED OF PURSUANT TO A FEDERAL CONDEMNATION. FEDERAL CIVIL CASE NUMBER 73-287 IS A CONDEMNATION SUIT BROUGHT BY THE UNITED STATES OF AMERICA TO ACQUIRE ALL THE PROPERTY WITHIN BLOCK 17. THE JUDGEMENT CLEARLY STATES THAT THE UNITED STATES IS THE OWNER OF THE PROPERTY WITHIN THE BLOCK, BUT NO MENTION IS MADE REGARDING THE STATUS OF THE PUBLIC ALLEYS. THE STATUS OF THE ALLEY IS A LEGAL ISSUE, SEPARATE FROM THE ISSUE OF LOCATION, AND NOT WITHIN THE PURVIEW OF THIS SURVEY.

REGISTERED PROFESSIONAL LAND SURVEYOR
OREGON
MARCH 14, 2023
MARCUS HELM
100759
RENEWS: 6/30/27

**EGR & Associates**
ACCURACY AND PRECISION
2535B Prairie Road
Eugene, Oregon 97402
(541) 688-8322
Fax (541) 688-8087

Feb 17 2026 - 8:34am
S:\7556 GSA\25-0145 211 E 7th\AutoCAD\7556_7thAve_OE88.dwg LAYOUT=Survey
Plot Date
Main File
MAP 17-03-31-11 TL 5100
INK: CANON PFI-707MBK MEDIA: PIXELLE RIJB24-36

EXHIBIT D - PAGE 10

E 6TH AVENUE (66' R/W)

N

0    50

PEARL STREET (66' R/W)

HIGH STREET (66'R/W)

BLOCK 17

INSTRUMENT NO. 1994-74796

14' ALLEYWAY
VACATED PER EUGENE
ORDINANCE NO. 11044

E 7TH AVENUE (66' R/W)

**SURVEYORS NOTE:**
THIS EXHIBIT MAP IS TO ILLUSTRATE THAT EGR & ASSOCIATES
PERFORMED A BOUNDARY SURVEY FOR THAT PROPERTY DESCRIBED
IN INSTRUMENT NO. 1994-074796, LANE COUNTY OREGON DEEDS AND
RECORDS.
1-1/8" COPPER DISKS WERE PLACED AT THE EXTERIOR CORNER
LOCATIONS OF SAID PROPERTY. A RECORD OF SURVEY WITH A
DETAILED DESCRIPTION OF THE WORK PERFORMED WILL BE FILED
WITH LANE COUNTY SURVEYORS OFFICE IN ACCORDANCE WITH
STATE LAW.
THE SOUTH HALF OF THE NORTH SOUTH ALLEYWAY WAS FORMALLY
VACATED PER CITY OF EUGENE ORDINANCE NO. 11044, AS RECORDED
ON REEL 9957, RECEPTION NUMBER 13296, LANE COUNTY OREGON
DEEDS AND RECORDS. THE REMAINDER OF THE ALLEYS IN BLOCK 17
ARE LISTED ON THE CITY OF EUGENE WEBSITE AS BEING DISPOSED OF
PURSUANT TO A FEDERAL CONDEMNATION.  FEDERAL CIVIL CASE
NUMBER 73-287 IS A CONDEMNATION SUIT BROUGHT BY THE UNITED
STATES OF AMERICA TO ACQUIRE ALL THE PROPERTY WITHIN BLOCK
17.  THE JUDGEMENT CLEARLY STATES THAT THE UNITED STATES IS
THE OWNER OF THE PROPERTY WITHIN THE BLOCK, BUT NO MENTION
IS MADE REGARDING THE STATUS OF THE PUBLIC ALLEYS.  THE
STATUS OF THE ALLEY IS A LEGAL ISSUE, SEPARATE FROM THE ISSUE
OF LOCATION, AND NOT WITHIN THE PURVIEW OF THIS SURVEY.

LEGEND:
O      SET 1-1/8" COPPER DISK MARKED "EGR & ASSOC."

REGISTERED
PROFESSIONAL
LAND SURVEYOR

OREGON
MARCH 14, 2023
MARCUS HELM
100750
RENEWS:  6/30/27

**EXHIBIT MAP**
211 E 7TH AVENUE
EUGENE OR 97402
FEBRUARY 10, 2026

**EGR & Associates**
ACCURACY AND PRECISION

2535B Prairie Road          (541) 688-8322
Eugene, Oregon 97402        Fax (541) 688-8087

EXHIBIT D - PAGE 11