**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF OREGON**

NAPHTALI RENSHAW; SUSAN
BARNHART; TYRRAS WARREN;
MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; and
CHARLES AREFORD;

        Plaintiffs,

          v.

GENERAL SERVICES
ADMINISTRATION,

        Defendants.

CASE NO. 6:26-cv-1127-MTK

DECLARATION OF TYRRAS
WARREN IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION AND TRO

1.      My name is Tyrras Warren, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.      I reside in Eugene, Oregon, and I am a local community member and human rights activist who strongly opposes the current immigration policies and tactics. I regularly attend protests against ICE and deportations, and stand in solidarity with immigrant community members.

3.      I have protested over the last year and continue to protest in Eugene, Oregon, at the downtown Federal building where the ICE agency is housed (hereinafter "Eugene federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of Pearl Street and 7th Avenue. Both that plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest that I have used on a regular basis and want to continue using into the future.

1  -  DECL. OF WARREN IN SUPPORT OF PI & TRO

4.      In Eugene, a wide coalition of activists opposed to the Trump regime immigration policies and roundups (including me) regularly show up at the Eugene federal building. Many activists show up every day of the week and the size of the crowds vary.

5.      I engage in a variety of protected activities at the Eugene Federal building, including assembling on public property (the Eugene city-owned public sidewalks, the federal free speech plaza, and other areas adjacent to the federal building including the ramp area where ICE vehicles enter and exit after kidnapping our community members); making and displaying art; giving speeches and singing protest songs; monitoring ICE activities; educating the public about political issues; chanting; marching; and using a megaphone to voice my opinions about ICE and its tactics.

6.      Historically, I have used the Eugene Federal Free Speech Plaza for public gatherings and watchdog monitoring.  I regularly monitor the vehicle entrance/exit ramp area to determine whether any of my neighbors are in custody in the vehicles as they come and go. I have reported those who were kidnapped to immigration lawyers and/or groups who work to try and provide immediate legal representation for those folks.

7.      Until it was fenced off, I gathered with others in the Federal Free Speech Plaza area, including the upper Plaza areas near the ICE entry doors, for lawful assembly and protest, including using art as my expression. I have often been part of assemblies that simply do not fit into the small remaining area of the plaza that is now accessible. Since the fence went up, I have observed people with mobility issues squeezed out of gathering on the plaza because the crowds were too dense and they were unable to go up the stairs. Prior to the fencing, I observed several people with mobility issues, particularly

2   -   DECL. OF WARREN IN SUPPORT OF PI & TRO

older folks, enter on the Pearl Street side, walking or wheeling themselves through the corridor area (where the former entrance to the federal court was located), into the upper open plaza area so they could safely join in the protests.

8.    I will continue to show up and protest at the Eugene federal building, and specifically intend to use the Federal Free Speech Plaza (including the upper Plaza area when access is restored), as well as the public sidewalks adjacent to the ICE building, weekly or more frequently. The restricted access to the Federal Free Speech Plaza curtails my First Amendment rights and is an ongoing harm to my constitutional right to express myself.

9.    The decision to fence off some of the sidewalks around the Eugene federal building and most of the Federal Free Speech Plaza, will prevent me from utilizing these traditional public forums for my speech and protest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed June 4, 2026, at Eugene, Oregon.

/s/ Tyrras Warren
Tyrras Warren

3   -   DECL. OF WARREN IN SUPPORT OF PI & TRO