**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF OREGON**

NAPHTALI RENSHAW; SUSAN
BARNHART; TYRRAS WARREN;
MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; and
CHARLES AREFORD;

        Plaintiffs,

        v.

GENERAL SERVICES
ADMINISTRATION,

        Defendants.

CASE NO. 6:26-cv-1127-MTK

DECLARATION OF MICHAEL
CARRIGAN IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION AND TRO

1.     My name is Michael Carrigan, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.     I have resided in Eugene, Oregon, since the early 1970s. I am a practicing Buddhist and local community member, and I have been a human rights and anti-war activist my entire adult life. I am retired now, but for fourteen years I worked at the Community Alliance of Lane County (CALC), a nonprofit that collaborates to create a more just and peaceful community; before that, I organized with Clergy and Laymen/Laity Concerned about Vietnam (now CALC). I strongly oppose the current administration's immigration policies and numerous global acts of aggression and war. I regularly attend protests against ICE and deportations, and stand in solidarity with immigrant community members.

3.     I have protested and continue to protest in Eugene, Oregon, at the downtown federal building where ICE and other federal agencies are housed (hereinafter

1  -  DECL. OF CARRIGAN IN SUPPORT OF PI & TRO

"Eugene federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of Pearl Street and 7th Avenue. Both that plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest.

4.      Historically, I have organized and attended countless rallies and protests at the Federal Free Speech Plaza on a regular basis since the 1970s. In the 1970s, the Eugene Federal building, Federal Courthouse, and the Free Speech Plaza were center stage for hundreds of anti-war protests. Since then, that location has been the site of protests for numerous causes and court cases -- from war, to forests and climate, to inhumane and senseless immigration actions. Its large size, central location, seat of the federal government in Eugene, visibility to traffic on three sides, and the fact that it is Eugene's primary traditional public forum have made it one of the most used locations for rallies and protests throughout the years.

5.      In Eugene, a wide coalition of activists (including me) opposed to the Trump regime's immigration policies and roundups regularly show up at the Eugene federal building. I am part of a local group called Planet vs. Pentagon that regularly protests the many harms of war. Many activists show up seven days a week. Sometimes the protests are planned, sometimes they are spontaneous in response to an event.

6.      I engage in a variety of constitutionally protected activities at the Eugene federal building, including assembling on public property (the Eugene city-owned public sidewalks, the federal free speech plaza, and other areas adjacent to the federal building); giving speeches and singing protest songs; chanting; monitoring ICE activities; educating the public about political issues; marching; and using a megaphone to voice my opinions

2   -   DECL. OF CARRIGAN IN SUPPORT OF PI & TRO

about ICE and its tactics.

7.     As an elder in the community, my peers and I use the benches in the Federal Free Speech Plaza to sit and participate in the events. Currently, due to the fencing, we no longer have access to the benches on the Free Speech Plaza.

8.     Before the fence blocked access, some elders and others who have mobility issues used to access the Free Speech Plaza from Pearl Street and walk the level paved area to the upper Free Speech Plaza area where the benches are located, which is the only access to the plaza that does not require someone to climb stairs. Due to the fencing, that access is also foreclosed.

9.     I will continue to show up and protest at the Eugene federal building, and specifically intend to use the entire Federal Free Speech Plaza as well as the public sidewalks adjacent to the ICE building, weekly or more frequently. The blocking of access to the upper Plaza is an ongoing harm to my constitutional right to express myself.

10.     The decision to fence off portions of the Federal Free Speech Plaza will prevent me from utilizing these traditional public forums for my assembly, speech and protest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed June 4, 2026, at Eugene, Oregon.

                                    /s/ Michael Carrigan
                                    Michael Carrigan

3   -   DECL. OF CARRIGAN IN SUPPORT OF PI & TRO