**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF OREGON**

NAPHTALI RENSHAW; SUSAN
BARNHART; TYRRAS WARREN;
MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; and
CHARLES AREFORD;

      Plaintiffs,

        v.

GENERAL SERVICES
ADMINISTRATION,

      Defendants.

CASE NO. 6:26-cv-1127-MTK

DECLARATION OF CHRISTOPHER
ROMPALA IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION AND TRO

1.     My name is Christopher Rompala, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.     I reside in Eugene, Oregon, and I am a local community member, nurse, and human rights activist who strongly opposes the current immigration policies and tactics. I have attended protests against ICE and deportations, and stand in solidarity with immigrant community members.

3.     I have protested and will continue to protest in Eugene, Oregon, at the downtown federal building where ICE, and other federal agencies are housed (hereinafter "Eugene federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of Pearl Street and 7th Avenue. Both that plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest.

4.     In Eugene, a wide coalition of activists opposed to the Trump regime's

1  -  DECL. OF ROMPALA IN SUPPORT OF PI & TRO

immigration policies and roundups  regularly show up at the Eugene federal building. In January 2026, I participated in a candlelight vigil organized and attended by myself and many other local nurses after the ICE killing of nurse Alex Pretti in Minneapolis. We held the vigil in the upper plaza area. The candlelight vigil included people assembling and grieving together, laying down flowers and other items in a shrine, participated in speeches, songs and other expression. Hundreds of community members attended this vigil. There is no way that vigil would fit into the small Federal Free Speech Plaza area that is left for public use.

5.      I will continue to show up and lawfully exercise my First Amendment rights at the Eugene Federal building, and specifically intend to use the Federal Free Speech Plaza as well as the public sidewalks adjacent to the Federal building in the future. Blocking my and others' access to the upper Plaza is an ongoing harm to my constitutional right to assemble and express myself, and to my liberty. The decision to fence off portions of the Federal Free Speech Plaza will prevent me from utilizing these traditional public forums for my speech and protest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed June 4, 2026, at Eugene, Oregon.

                                         /s/ Christopher Rompala
                                        Christopher Rompala

2   -   DECL. OF ROMPALA IN SUPPORT OF PI & TRO