**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF OREGON**

NAPHTALI RENSHAW; SUSAN
BARNHART; TYRRAS WARREN;
MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; and
CHARLES AREFORD;

        Plaintiffs,

           v.

GENERAL SERVICES
ADMINISTRATION,

        Defendants.

CASE NO. 6:26-cv-1127-MTK

DECLARATION OF CHARLES
AREFORD IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION AND TRO

1.      My name is Charles Areford, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.      I reside in Eugene, Oregon, and I am a retired mental health professional. I am a local community member and human rights activist who strongly opposes the current immigration policies and tactics. I regularly attend protests against ICE and deportations, and stand in solidarity with immigrant community members.

3.      I have protested and continue to protest in Eugene, Oregon, at the downtown federal building where ICE and other federal agencies are housed (hereinafter "Eugene federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of Pearl Street and 7th Avenue. Both that plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest.

4.      In Eugene, a wide coalition of activists (including me) opposed to the

1  -  DECL. OF AREFORD IN SUPPORT OF PI & TRO

Trump regime immigration policies and roundups regularly show up at the Eugene federal building. I generally protest there on Tuesday afternoons from 12 to 2 pm, but have protested on other days as well during 2025 and 2026. Many activists show up Monday through Friday.

5.      I engage in a variety of protected activities at the Eugene federal building, including assembling on public property (the Eugene city-owned public sidewalks, the federal free speech plaza, and other areas adjacent to the federal building); giving speeches, chanting, and singing protest songs; monitoring ICE activities; educating the public about political issues; waving signs; marching; and using my loud voice to express my opinions about ICE and its tactics. I am a member of the Activist Coalition of Eugene/Springfield (ACES), Indivisible, and 350 Eugene, groups that have a consistent presence at the Federal building. I am also a member of the Community De-Escalation Team, and we have been present at some rallies to try to reduce tensions between protestors and counterprotesters. Sometimes the rallies and protests I attend are planned in advance and are very large, and sometimes they are in response to a tragedy or event and happen rapidly, and result in hundreds of community members quickly gathering at the Free Speech Plaza to be with each other in solidarity, to mourn, to cry, to rage at whatever suffering or tragedy is occurring in our name.

6.      Historically, I have used the Eugene Federal Free Speech Plaza for numerous protests and rallies since I arrived in Eugene in September of 1989. The Eugene Federal Building was the usual spot for many groups to protest. I first participated in one or more protests with Committee Solidarity with Central American People (CISCAP) in 1989 and 1990. I participated in several rallies as part of the No Gulf

2   -   DECL. OF AREFORD IN SUPPORT OF PI & TRO

War Coalition in early 1991 to protest the first war with Iraq, including a very large protest in Feb 1991 that featured a large die-in with several props in the central plaza of the Federal building. More than sixty people were arrested (including myself) at that rally for engaging in non-violent civil disobedience by blocking the doors of the federal building. For weeks after that rally, protestors continued to gather at the federal building with confrontations with often provocative, threatening and violent counterprotesters. I was at two or three of these rallies. I have attended numerous other rallies, including those on Tax Day, April 15. I participated in a series of rallies in 2016 as part of Rush Hour Resistance to protest President Trump's policies. These rallies were daily for a week or two, then weekly for a few months. I participated in a large rally with 350 Eugene that consisted of a few hundred people on Earth Day, April 22, 2023.

7.      I will continue to show up and protest at the Eugene Federal building, and specifically intend to use the entire Federal Free Speech Plaza as well as the public sidewalks adjacent to the ICE building, weekly or more frequently; and the blocking of access to the upper Plaza harms my constitutional right to express myself. The inability of large numbers of people to gather together on the Federal Free Speech Plaza to redress our grievances toward the government is an egregious restriction and loss of our First Amendment rights.

8.      The decision to fence off the sidewalks around the Eugene Federal building and portions of the Federal Free Speech Plaza will prevent me from utilizing these traditional public forums for my speech and protest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

3   -   DECL. OF AREFORD IN SUPPORT OF PI & TRO

Executed June 4, 2026, at Eugene, Oregon.

_____/s/ Charles Areford_____<br>
Charles Areford

4  -  DECL. OF AREFORD IN SUPPORT OF PI & TRO