**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF OREGON**

NAPHTALI RENSHAW; SUSAN
BARNHART; TYRRAS WARREN;
MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; and
CHARLES AREFORD;

        Plaintiffs,

        v.

GENERAL SERVICES
ADMINISTRATION,

        Defendants.

CASE NO. 6:26-cv-1127-MTK

AMENDED DECLARATION OF SUSAN
BARNHART IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION AND TRO

1.      My name is Susan Barnhart, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.      I reside in Eugene, Oregon, and I am a local community member and have been a human rights and anti-war activist since the 1980s. I strongly oppose the current immigration policies and tactics. I am retired, and was a social worker with Lane County Developmental Disabilities for 29 years; before that, for Lane County Direction Service. Before that I was a special education teacher in Connecticut. I regularly attend protests against ICE and deportations, and stand in solidarity with immigrant community members.

3.      I have protested and continue to protest in Eugene, Oregon, at the downtown Federal building where ICE and other federal agencies are housed (hereinafter "Eugene Federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of

1  -  AMENDED DECL. OF BARNHART IN SUPPORT OF PI & TRO

Pearl Street and 7th Avenue. Both that plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest.

4.    Historically, I have attended protests at the Federal Free Speech Plaza on a regular basis for decades.  I have protested numerous wars and other federal government actions that I opposed using all areas of the Federal Free Speech Plaza.

5.    In Eugene, a wide coalition of activists opposed to the Trump regime immigration policies and roundups (including me) regularly show up at the Eugene federal building. I am part of a local group called Planet vs. Pentagon that regularly protests the many harms of war. Sometimes our protests are planned, sometimes they are spontaneous in response to an event.

6.    I engage in a variety of protected activities at the Eugene federal building, including assembling on public property (the Eugene city-owned public sidewalks, the federal free speech plaza, and other areas adjacent to the federal building); giving speeches, chanting, and singing protest songs; monitoring ICE activities; educating the public about political issues; marching; and voicing my opinions about ICE and its tactics.

7.    As an elder in the community, my peers and I use the benches in the Federal Free Speech Plaza to sit and participate in the events. Currently, due to the fencing, we no longer have access to the benches on the Free Speech Plaza. Also, some elders who have mobility issues access the Free Speech Plaza from Pearl Street and walk the level paved area to the upper Free Speech Plaza area where the benches are located, which is the only access to the Plaza that does not require someone to use stairs. Due to the fencing, that access is also foreclosed.

2   -   AMENDED DECL. OF BARNHART IN SUPPORT OF PI & TRO

8.    I and Planet vs. Pentagon members will continue to show up and protest at the Eugene federal building, and specifically intend to use the entire Federal Free Speech Plaza as well as the public sidewalks adjacent to the ICE building, weekly or more frequently; and the blocking of the upper Plaza is an ongoing harm to my constitutional right to express myself.

9.    The decision to fence off portions of the Federal Free Speech Plaza will prevent me from utilizing these traditional public forums for my assembly, speech and protest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed June 9, 2026, at Eugene, Oregon.

       /s/ Susan P. Barnhart
       Susan P. Barnhart

3   -   AMENDED DECL. OF BARNHART IN SUPPORT OF PI & TRO