# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF OREGON

NAPHTALI RENSHAW; SUSAN
BARNHART; TYRRAS WARREN;
MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; and
CHARLES AREFORD;

        Plaintiffs,

          v.

GENERAL SERVICES
ADMINISTRATION,

        Defendants.

CASE NO. 6:26-cv-1127-MTK

AMENDED DECLARATION OF
NAPHTALI RENSHAW IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION AND TRO

1.     My name is Naphtali Renshaw, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.     I work in Eugene, Oregon, and I am a local community member and human rights activist who strongly opposes the current immigration policies and tactics. I regularly attend protests against ICE and deportations, and stand in solidarity with immigrant community members.

3.     I engage in a variety of protected activities at the Eugene federal building, including assembling on public property (the Eugene city-owned public sidewalks, the federal Free Speech Plaza, and other areas adjacent to the federal building); giving speeches, chanting, and singing protest songs; monitoring ICE activities; educating the public about political issues; marching; and using amplified sound to voice my opinions about ICE and its tactics.

4.     I have protested and continue to protest in Eugene, Oregon, at the

1  -  AMENDED DECL. OF RENSHAW IN SUPPORT OF PI & TRO

downtown federal building where ICE and other federal agencies are housed (hereinafter "Eugene federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of Pearl Street and 7th Avenue. Both that plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest.

5.    In Eugene, a wide coalition of activists (including me) opposed to the Trump regime immigration policies and roundups regularly show up at the Eugene federal building. I am the organizer of the interfaith group, "Singing for Our Lives," which holds vigils and protests every Tuesday at the Federal Free Speech Plaza near the corner of 7th and Pearl. We have been holding these vigils since September 2, 2025, and portions of our weekly program are dedicated to holding victims of ICE violence in sacred remembrance.

5.    An additional memorial was held on Saturday, March 28, 2026 in the inner plaza at the revolving doors of the federal building.

6.    As the Singing for Our Lives group has grown, it has become necessary to move further into the Free Speech Plaza to accommodate additional attendees. However, this has presented a significant safety problem -- especially for individuals living with disabilities. Not only are the concrete steps not visually marked in a way that allows users to see clearly when going up and down the steps, or standing in the upper and lower levels of the Plaza; no provision has been made for citizens who use mobility devices; or require a ramp due to other mobility challenges. On May 5, 2026, two SFOL attendees fell due to appropriate safety measures not being in place. Some singers with mobility issues would prefer to have the option of entering on Pearl Street, walking through the

2   -   AMENDED DECL. OF RENSHAW IN SUPPORT OF PI & TRO

"tunnel" area where the federal court entrance used to be, and then proceeding to the upper plaza area without needing to deal with the stairs.

7.      The current fencing greatly limits the access to the Free Speech Plaza and limits the ability of disabled people to safely access any area of the Free Speech Plaza other than the area adjacent to the sidewalk at 7th and Pearl. The available area is much smaller than before, and people are spilling into the sidewalk area. In addition, there are impacts from heat and the lack of accessibility to the upper level where there is more shade. The fence and closure of all but a sliver of the plaza has greatly harmed our ability to gather, sing, pray, and protest at the Eugene Federal building, where the harm and suffering of our immigrant community members is perpetuated.

8.      Singing for Our Lives has chosen the Federal Free Speech Plaza for many reasons. It is the location of the federal government in Eugene and particularly it is where ICE and DHS are located for our community; it is the location where the harmful immigration policies and practices are being implemented in our name as taxpayers; and it is the location where our immigrant community members must show up for frightening ICE check-ins or where they are brought if kidnapped and separated from their families for deportation proceedings. The ICE agents that come and go from this building should see that Americans are ashamed and outraged by their actions and conduct. We pray, sing, stand, and speak out in solidarity for those humans that must endure the current ICE regime -- whether they are detained and transported far from home, or are the fortunate ones that come and go from their ICE check-ins.

8.      I will continue to show up and protest at the Eugene federal building, and specifically intend to use the entire Federal Free Speech Plaza as well as the public

3   -   AMENDED DECL. OF RENSHAW IN SUPPORT OF PI & TRO

sidewalks adjacent to the ICE building, weekly or more frequently. The blockage of access to the upper Plaza is an ongoing harm to my constitutional right to express myself.

9.    The decision to fence off portions of the Federal Free Speech Plaza and the Pearl Street access to the upper free speech plaza will prevent me and other members of Singing for Our Lives from utilizing these traditional public forums for our assembly, speech, exercise of religion, and protest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed June 9, 2026, at Eugene, Oregon.

        /s/ Naphtali Renshaw
        Napthali Renshaw