AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

<table>
<tr><td>

NAPHTALI RENSHAW; SUSAN<br>
BARNHART; TYRRAS WARREN;<br>
MICHAEL CARRIGAN; CHRISTOPHER<br>
ROMPALA; and CHARLES AREFORD<br>
<br>
<hr>
<em>Plaintiff(s)</em><br>
v.<br>
<br>
GENERAL SERVICES ADMINISTRATION<br>
<br>
<hr>
<em>Defendant(s)</em>

</td><td>

)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)

</td><td>

Civil Action No.  6:26-cv-1127-MTK

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GENERAL SERVICES ADMINISTRATION
1800 F Street NW
Washington, D.C., U.S.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marianne Dugan and Lauren Regan
Civil Liberties Defense Center
1711 Willamette St Ste 301 # 359
Eugene, OR 97401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 06/08/2026          By: s/JackieKlein, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:26-cv-1127-MTK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  General Services Administration

was received by me on *(date)*     06/08/2026     .

❑  I personally served the summons on the individual at *(place)*

on *(date)*     ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*     , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)*     , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*     ; or

❑  I returned the summons unexecuted because     ; or

☑  Other *(specify):*  Pursuant to FRCP 4(i), I served this summons, together with the record in this case to-date, on the General Services Administration, the Acting Attorney General of the United States, and The Civil Process Clerk, United States Attorney for the District of Oregon by first class, certified mail on June 10, 2026.

My fees are $     0.00     for travel and $     39.00     for services, for a total of $     39.00     .

I declare under penalty of perjury that this information is true.

Date:     06/10/2026

s/Megan Pyle
*Server's signature*

Megan Pyle
*Printed name and title*

Civil Liberties Defense Center
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset