**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF OREGON**

NAPHTALI RENSHAW; SUSAN
BARNHART; TYRRAS WARREN;
MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; and
CHARLES AREFORD;

   Plaintiffs,

     v.

GENERAL SERVICES
ADMINISTRATION,

   Defendants.

CASE NO. 6:26-cv-1127-MTK

DECLARATION OF MARTHA
DRAGOVICH IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION AND TRO

1. My name is Martha Dragovich, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. I reside in Eugene, Oregon, and I am a local community member and human rights activist who strongly opposes the current immigration policies and tactics. I have attended protests against ICE and deportations, and stand in solidarity with immigrant community members.

3. I have protested and will continue to protest in Eugene, Oregon, at the downtown federal building where ICE and other federal agencies are housed (hereinafter "Eugene federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of Pearl Street and 7th Avenue. Both that Plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest.

4. Historically, I have accessed the Free Speech Plaza for protests on

1 - DECL. OF DRAGOVICH IN SUPPORT OF PI & TRO

federally relevant issues such as climate, in addition to immigration policy protests.

5.      In Eugene, a wide coalition of activists opposed to the Trump regime's immigration policies and roundups regularly show up at the Free Speech Plaza and other areas in and around the Eugene federal building. Many activists show up every day of the week and the size of the crowds vary.

6.      Before the fence blocked access, some elders and others who have mobility issues used to access the Free Speech Plaza from Pearl Street and walk the level paved area to the upper Plaza area where the benches are located, which is the only access to the Plaza that does not require someone to climb stairs. Due to the fencing, that access is also foreclosed.

7.      I have begun using a mobility device (walker) due to pain and balance issues, but I will continue to show up and lawfully exercise my First Amendment rights at the Eugene Federal building, and specifically intend to use the Federal Free Speech Plaza (including the upper Plaza area when access is restored), as well as the public sidewalks adjacent to the Federal building in the future. Blocking my and others' access to the upper Plaza is causing ongoing harm to my constitutional right to assemble.

8.      The Federal ADA statutes and regulations require public access to public areas for all persons including those with mobility impairment. The fence harms my interests under those laws as well as the Constitution.

9.      The decision to fence off portions of the Federal Free Speech Plaza will prevent me from utilizing these traditional public forums for my speech and protest.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2 -  DECL. OF DRAGOVICH IN SUPPORT OF PI & TRO

Executed June 12, 2026, at Eugene, Oregon.

 s/ Martha Dragovich       

Martha Dragovich

3 -  DECL. OF DRAGOVICH IN SUPPORT OF PI & TRO