**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF OREGON**

| | |
|---|---|
| NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPHER ROMPALA; and CHARLES AREFORD; | CASE NO. 6:26-cv-1127-MTK<br><br>DECLARATION OF MEGAN HENRY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TRO |

       Plaintiffs,

          v.

GENERAL SERVICES
ADMINISTRATION,

       Defendants.

1.     My name is Megan Henry, and I make the statements in this declaration based upon my personal knowledge and expertise. I am competent to testify to the matters stated herein.

2.     I reside in Eugene, Oregon, and I hold a Bachelor of Architecture from the University of Oregon. I have seven years of experience in architectural design.

3.     I assisted Civil Liberties Defense Center with calculating the available protest area at the Eugene Federal Building before and after the temporary fence was erected. I also created a visual overlay of the Eugene Federal Building with tax maps and calculations of the available area.

4.     Based on my calculations and the methods I will describe below, I measure that the available protest area at the Eugene Federal Building before the fence was constructed was approximately 50,570 square feet. The total area inside the new fence, blocked off from the public, is approximately 44,930 square feet. The current available protest area outside the new fence is approximately 5,640 square feet.

1 -  DECL. OF HENRY IN SUPPORT OF PI & TRO

5.     The space that I designate "the total area inside the new fence" is all walkable area inside the new fence, including the breezeway/tunnel area accessed on Pearl Street. The space that I designate the "current available protest area" is the plaza space outside of the fence, not including the sidewalks since the tax map calculates the property lines only. Including the sidewalks as protest area would add six square feet per foot of sidewalk to the total measurement. The total available protest area before the fence was constructed is the sum of both of these areas.

6.     I calculated these measurements by first overlaying the Eugene tax map for the block containing the Eugene Federal Building over top of a Google Earth image for the block containing the Eugene Federal Building. I acquired the tax map that I used from the official City of Eugene website through Eugene Property Explorer. Based on my knowledge and experience, it is common practice to use Google Earth to calculate dimensions.

7.     Next, I added solid red lines to this overlayed map to mark where the fence is located. I used page 5 of Exhibit D to the Declaration of Marianne Dugan, Dkt 5-4 (plan view map from GSA) as a reference for where the fence is located.

8.     Next, I outlined the perimeter of the Eugene Federal Building inside the fenced area in dashed red lines.

9.     Next, I calculated the lengths of the perimeter of the fence and buildings. I utilized survey lengths on the tax map to make these calculations. These survey lengths are denoted on the tax map by black dashed lines with small black numbers with feet designations (an apostrophe) at the end. The lengths I used for my calculations are denoted in red bold font.

2 -  DECL. OF HENRY IN SUPPORT OF PI & TRO

10.    After calculating the perimeter lengths, I utilized those to calculate the area inside the fenced portion of the Eugene Federal Building. I made these calculations by dividing the space into simple rectangles and multiplying the length and width of the rectangles to calculate the area. This initial calculation includes southwest portion of the Eugene Federal Building as well as a small portion of the unfenced area (765 square foot triangle) that I subtracted later. This total area is 50,570 square feet.

11.    Next, I calculated area of the southwest portion of the Eugene Federal Building and the small triangular portion of the unfenced area so I could subtract them from my calculations. The area of the southwest portion of the Eugene Federal building is 10,350 square feet. I highlighted this portion opaque dark red and added the area in black italic font. The triangular portion of the unfenced area is 765 square feet. I highlighted this portion opaque blue and included the area in black italic font. I then subtracted those areas from my initial calculation of the area inside the fence. This yielded the total area of walkable space inside the fence, which is 44,930 square feet. I highlighted this area transparent red and included the areas of the rectangles I used to calculate this space in red italic font.

12.    Next, I calculated the area of the remaining available space for public use outside of the fence. This rectangular portion of the unfenced area is 4,875 square feet. I highlighted this portion opaque blue and included the area in black italic font.

13.    Finally, I added the two unfenced area calculations together to get the total unfenced area. The remaining space for public use outside the Eugene Federal Building is 5,640 square feet.

14.    All of the calculations and illustrations mentioned above are included in a

3 -  DECL. OF HENRY IN SUPPORT OF PI & TRO

visual document I created for Civil Liberties Defense Center titled "Property Size

Analysis," attached hereto as Exhibit E.

　　Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

　　Executed 16 June, 2026, at Eugene, Oregon.


_Megan Henry_
Megan Henry

4 -  DECL. OF HENRY IN SUPPORT OF PI & TRO