

*3300*
*11925*
*12208*

*24852*
*+ 3760*
*56045*
*-765*
*-10350*

*Total Fenced: 44,930 square feet*

*Total Remaining: 5,640 square feet*

*Total Fenced and Unfenced: 50,570 square feet*
*(Previous Area)*

EXHIBIT E