# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF OREGON

| | |
|---|---|
| NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPHER ROMPALA; and CHARLES AREFORD; | CASE NO. 6:26-cv-1127-MTK |
| | DECLARATION OF CHARLES PETER SORENSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TRO |
| Plaintiffs, | |
| v. | |
| GENERAL SERVICES ADMINISTRATION, | |
| Defendants. | |

1. My name is Charles Peter Sorenson, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. I reside in Eugene, Oregon. I am a local community member and human rights activist who strongly opposes the current immigration policies and tactics. I have been a protestor at the Federal building since January 2021. I have attended protests against ICE and deportations, and stand in solidarity with immigrant community members.

3. I have protested and will continue to protest in Eugene, Oregon, at the downtown federal building where ICE and other federal agencies are housed (hereinafter "Eugene federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of Pearl Street and 7th Avenue. Both that Plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest.

1 - DECL. OF SORENSON IN SUPPORT OF PI & TRO

4. Historically, I have accessed the Free Speech Plaza for protests on federally relevant issues such as various wars, environmental assaults, human rights violations, in addition to immigration policy protests. I was living in Eugene when the building at issue in this case was being constructed. In 1975, I was working as a legislative assistant to the Honorable James H. Weaver, United States Representative. I worked in the building shortly after it was opened. I worked for Congressman Weaver primarily in Washington, DC and during congressional breaks in Eugene. Our office was on the second floor in the east wing of the building, facing the open area just to our west. During the over two years I worked for Congressman Weaver I observed numerous protests in the area of the campus. The protesters often used the lawns, the benches and paved area west of the east wing of the building.

5. In the period 1982 - 1993 I filed many cases in that Court and participated in trials, status conferences and visits to the Clerk's office. I also observed protests against the Congress, IRS, Forest Service and the Court. I participated in protests, particularly involving environmental and human rights topics. I often used the lawn and benches during these protests.

6. Between 1993 until 2021 I was an Oregon State Senator and Lane County Commissioner. As an elected leader of the community, I spoke at numerous protests at the Federal building, usually against various wars, against various environmental assaults and against human rights violations.

7. In Eugene, a wide coalition of activists opposed to the Trump regime's immigration policies and roundups regularly show up at the Free Speech Plaza and other areas in and around the Eugene federal building. Many activists show up every day of the

2 - DECL. OF SORENSON IN SUPPORT OF PI & TRO

week and the size of the crowds vary.

8. I will continue to show up and lawfully exercise my First Amendment rights at the Eugene Federal building, and specifically intend to use the Federal Free Speech Plaza (including the upper Plaza area when access is restored), as well as the public sidewalks adjacent to the Federal building in the future. Blocking my and others' access to the upper Plaza is causing ongoing harm to my constitutional right to assemble.

9. The decision to fence off portions of the Federal Free Speech Plaza will prevent me from utilizing these traditional public forums for my speech and protest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed June 17, 2026, at Eugene, Oregon.

s/ Charles Peter Sorenson
Charles Peter Sorenson