SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
JAMES A. BLUM, OSB #257369
TSECHU DOLMA, WSBA #64665
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF OREGON**

| | |
|---|---|
| NAPHTALI RENSHAW, et al.,<br><br>Plaintiffs<br><br>v.<br><br>GENERAL SERVICES ADMINISTRATION,<br><br>Defendant. | Case No.: 6:26-cv-01127-MTK<br><br><br>**DECLARATION OF WILLIAM TURNER** |

I, William Turner, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  This declaration is based on my personal knowledge and the information made available to me in the course of my official duties, including review of official Federal Protective Service (FPS) reports. This declaration is made in support of the Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order.

2.  I am an FPS Area Commander in Region 10 in Eugene, Oregon, and I am the senior FPS officer on site at the Eugene Federal Office Building (Eugene FOB) located at 211 E. 7th Avenue, Eugene, Oregon. I have served as an FPS officer since November 16, 2003, and have been stationed in Eugene since 2004. FPS is the law enforcement agency within the U.S. Department of Homeland Security (DHS) that protects the federal government facilities and persons therein

in accordance with 40 U.S.C. § 1315.  Moreover, the Eugene FOB falls under proprietary jurisdiction and is subject to both state and federal laws.

3.  Pursuant to 40 U.S.C. § 1315 and an agreement with the General Services Administration (GSA), FPS is the primary law enforcement agency for the Eugene FOB.  FPS engages in ongoing discussions with GSA, the federal agency that manages these federal buildings, about safety within the building and tenant needs.

4.  As part of FPS's security responsibilities, FPS employs contract Protective Security Officers (PSO) to monitor federal buildings secured by FPS.  These PSOs serve as first-line onsite security.  When there is a law enforcement or security concern, the PSOs are required to contact FPS law enforcement officers for response.  FPS is responsible for enforcing the rules governing security and visitor conduct in federal buildings, which are codified at 6 C.F.R. Part 139.[1]  FPS officer uniforms are navy blue and have multi-colored patches on the shoulders and a gold law enforcement badge on the chest.  PSO officers wear dark grey shirts and black pants with a square shield on the chest.

5.  The public seeking to engage in government business at the Eugene FOB enters through the main entrance, which has a turnstile door and a standard door.  This federal building housed several governmental agency tenants, including the Veterans Health Administration (VHA) and the Veterans Affairs (VA) Annex.  The public, including veterans who sought mental health services at the VA Annex, visited the tenants in the Eugne FOB to complete the governmental business.

---

[1] 6 C.F.R. Part 139 became effective and enforceable by FPS in federal buildings effective November 5, 2025.  Before that, FPS enforced GSA regulations at 41 C.F.R. 102-74, Subpt. C, which were nearly identical to the FPS regulations.  For ease of review, for each FPS rule I cite below, I provide the corresponding predecessor GSA rule.

Declaration of William Turner

2

6.   FPS's primary mission is to protect federal facilities, tenants, and visitors. I have been present for and monitoring most of the protests at the Eugene FOB since 2004. Historically, these activities have taken place in the lower plaza at the corner of 7th Avenue and Pearl Street, which has a maximum safe capacity of approximately 250 people. The lower plaza allows activists to connect with the community due to its proximity to passing traffic whereas the upper plaza and inner courtyard are separate from the public areas and do not facilitate communicating with community members.

7.   While peaceful protests have been occurring daily in front of the facility since mid-June 2025, there have been several instances of violent activists engaging in menacing behavior such as breaking windows, harassing the public and employees, and making threats at people entering the Eugene FOB, including these veterans seeking mental health services.   The first incident of violence directed at the facility and the employees working in the facility occurred on September 23, 2025, when a group of protestors banged on windows in an attempt to forcefully enter the building and tampered with the gate card reader and Airphone Intercom system.  Three individuals were detained and cited for Preservation of Property. One of those individuals was arrested and cited for attempted assault on a federal officer after throwing a 4-foot metal sign and officers.  Additionally, FPS has responded to several incidents where activists harassed the public, including veterans, by photographing and filming them, questioning them about their presence at the building, and using bullhorns and yelling.  The VHA notified GSA that this conduct by activists adversely impacted for some veteran's abilities to receive services because the conduct triggered Post Traumatic Stress Disorder (PTSD) symptoms for at least one veteran, for example.

8. In response to VHA's concerns, the Facility Security Committee (FSC) for the Eugne FOB convened to address how to ensure government business can continue as the ongoing use of harassment, aggressive surveillance, property damage, and intimidation caused fear and anxiety among occupants. FPS and GSA jointly recommended installing a fence around the permitter of the building as the safest option to ensure the public and employees can continue engaging in governmental business. FPS recommended the fence protect the upper plaza, lobby, and VA annex, where significant property damage, assaults on federal officers, and disorderly conduct occurred. FPS also recommended that the lower plaza remain open, where weekly, mostly lawful protests are conducted. The fence does not block sound, and activists remain able to express themselves verbally through the fence. The FSC voted to approve the erection of the security fence.

9. The height of this violence occurred on or about the afternoon of January 30, 2026, during an advertised protest when protestors breached the building after shattering multiple windows. A crowd of approximately 400 people gathered. A large crowd began banging on the glass windows. FPS used less than lethal force to push back the protestors and secure the building. Local police departments and federal agents provided support to FPS once the breach occurred.

10. This facility breach required a lobby upgrade as nearly all the windows on the plaza side of the lobby were broken. The lobby upgrade is intended to prevent future breaches and mitigate damage to the Eugene FOB once the fence is removed. GSA advised FPS it will take approximately 18 months to complete these security upgrades to the lobby, but the final timeline will be confirmed once the project begins. The breach on January 30, 2026, serves as

reinforcement that necessitates a barrier to ensure the public could engage in governmental

business while still allowing for lawful protest activity.    Photos of the damage are below:



Declaration of William Turner

6









11. On April 29, 2026, the General Services Administration (GSA) erected a non-scalable security fence around the Eugene FOB as approved by the FSC.  Additionally, the fence is providing a setback for GSA to implement security upgrades to the lobby necessitated after the January 30, 2026, breach. This is an ariel photo of the Eugene FOB security fence layout:

**Eugene Federal Building Security Fence Layout**

**RED – Fence**

**Blue – Pedestrian gates**



12. No violent attacks have occurred since the fence was installed, and protestors can still engage in their First Amendment activities.  There are generally still lawful protests that occur at 7th Avenue and Pearl Street daily.  However, also daily, there is unlawful activity associated with the protests that include loud and unreasonable noise and disorderly conduct, for example.

Declaration of William Turner

11

Further, Eugene Police Department and FPS have a stronger partnership with the fence: the Eugene Police Department can assist in de-escalating conflict more easily since the fence clearly delineates local and federal jurisdictions. If the fence were to be removed, it is likely that incidents of violence directed at the facility would increase consistently with the pattern observed prior to the fence's installation.

13. FPS currently recommends that the fence remains in place until all necessary security upgrades are completed and the risk of harm to the facility and its occupants is substantially mitigated. FPS will reevaluate its recommendation at the conclusion of the upgrade project.

14. The fence is not intended to restrict lawful First Amendment activity as evidenced by continued protest activity outside the enclosed areas; rather, it is a critical tool for maintaining order and safeguarding those who work in and visit the Eugene FOB. The fence has created an environment where members of the public can safely express their viewpoints and the public and employees can engage in governmental business without concern about violence and the need for law enforcement response. Indeed, the protestors can safely gather on the lower plaza outside of the fence line. Photographs taken from inside the facility on June 14th showing the protestors in those areas are below:



Declaration of William Turner
12



15. For these reasons, I respectfully recommend the security fence remains in place until all necessary security upgrades are completed and the risk of harm to the facility and its occupants is substantially mitigated.

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge and belief.

Executed on June 17, 2026, at Eugene, Oregon

WILLIAM W TURNER  Digitally signed by WILLIAM W TURNER
Date: 2026.06.17 14:42:31 -07'00'

William Turner

Declaration of William Turner

13