**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF OREGON**

| | |
|---|---|
| NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPHER ROMPALA; and CHARLES AREFORD; | CASE NO. 6:26-cv-1127-MTK<br><br>DECLARATION OF BIFF HAZELTON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TRO |
|    Plaintiffs, | |
|      v. | |
| GENERAL SERVICES ADMINISTRATION, | |
|    Defendants. | |

1. My name is Biff Hazelton, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. I reside in Eugene, Oregon, and I am a local community member and human rights activist who strongly opposes the current immigration policies and tactics. I have attended protests against ICE and deportations, and stand in solidarity with immigrant community members. I am especially concerned for people being denied healthcare in detention.

3. I have protested and will continue to protest in Eugene, Oregon, at the downtown federal building where ICE and other federal agencies are housed (hereinafter "Eugene federal building"). It is surrounded on all four sides with public (City of Eugene) sidewalks, and contains the Federal Free Speech Plaza area near the corner of Pearl Street and 7th Avenue. Both that Plaza and the sidewalks around the federal building have long been a traditional location for assembly and protest.

1 -  DECL. OF HAZELTON IN SUPPORT OF PI & TRO

4.       Historically, I have accessed the Free Speech Plaza for protests on federally relevant issues, in addition to immigration policy protests. I have been a regular protestor at the Federal Building during the 16 years since I moved to Eugene.

5.       In Eugene, a wide coalition of activists opposed to the Trump regime's immigration policies and roundups regularly show up at the Free Speech Plaza and other areas in and around the Eugene federal building. Many activists show up every day of the week and the size of the crowds vary.

6.       Before the fence blocked access, some elders and others who have mobility issues used to access the Free Speech Plaza from Pearl Street and walk the level paved area to the upper Plaza area where the benches are located, which is the only access to the Plaza that does not require someone to climb stairs. Due to the fencing, that access is also foreclosed.

7.       I am a power wheelchair user and a regular protester at the Federal Building. Based on my observation, the fence has the effect of segregating protestors by class – able-bodied protestors get access to the building, while elders and protesters with disabilities are relegated to the fringes where we are less visible and thus less relevant. With all the direct threats to healthcare in the current administration this severely curtails my freedom of speech and my ability to protect myself from cuts to Medicare and Medicaid, and Social Security along with the immigration issues under discussion.

8.       Without access to the ramp on Pearl Street, it's also a health and safety issue as I can't protest in the shade offered by the overhang. This week's heatwave is a perfect example of why that would be important – people who are especially vulnerable to extreme weather need that added layer of protection to be able to protest peacefully.

2 -  DECL. OF HAZELTON IN SUPPORT OF PI & TRO

My disability makes me photosensitive and forcing me out into the bright sun drastically limits my ability to exercise my freedom of speech. I quickly succumb to neurological pain, intense fatigue, and emotional overwhelm which sends me home to a recovery period which can last several days and interrupt the rest of my life as well.

9.      I recently took a three-week leave from my job after a protest activity caused a severe flare-up of my illness. That affects not only my protest activities, but my career, my finances, my ability to drive safely, my use of healthcare and other public services, my social and family life, and my overall ability to function independently. The fence has a ripple effect that goes far beyond the physical structure.

10.      By shutting me out, this fence minimizes my freedom of speech and assembly and forces me to endanger my health simply to express myself through peaceful protest. Despite this, I will continue to show up and lawfully exercise my First Amendment rights at the Eugene Federal building, and specifically intend to use the Federal Free Speech Plaza (including the upper Plaza area when access is restored), as well as the public sidewalks adjacent to the Federal building in the future. Blocking my and others' access to the upper Plaza is causing ongoing harm to my constitutional right to assemble.

8.      The Federal ADA statutes and regulations require public access to public areas for all persons including those with mobility impairment. The fence harms my interests under those laws as well as the Constitution.

9.      The decision to fence off portions of the Federal Free Speech Plaza will prevent me from utilizing these traditional public forums for my speech and protest.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

3 -  DECL. OF HAZELTON IN SUPPORT OF PI & TRO

foregoing is true and correct.

Executed June 17, 2026, at Eugene, Oregon.

<u>  s/ Biff Hazelton          </u>
Biff Hazelton

4 -  DECL. OF HAZELTON IN SUPPORT OF PI & TRO