## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF OREGON

NAPHTALI RENSHAW; SUSAN
BARNHART; TYRRAS WARREN;
MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; and
CHARLES AREFORD;

        Plaintiffs,

          v.

GENERAL SERVICES
ADMINISTRATION,

        Defendants.

CASE NO. 6:26-cv-1127-MTK

SECOND DECLARATION OF
MARIANNE DUGAN IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION AND TRO

1.      I am one of the attorneys for Plaintiffs in this case. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.      Attached to this Declaration are the following exhibits:

Exhibit F -- Photo of sign board at the new fence

Exhibit G -- Photo of gate on Pearl St.

Exhibit H -- Photo of gate at Pearl St. and 7th

Exhibit I -- Photo of gate on High St. and 7th

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                     /s/ Marianne Dugan
                     Marianne Dugan

1   -   SECOND DECLARATION OF DUGAN IN SUPP. OF MO FOR PI & TRO