


EXHIBIT H