

EXHIBIT I