**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2936
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
Telephone:     (503) 727-1000
Attorneys for United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD, | Case No. 6:26-cv-01127-MTK |
| Plaintiff, | **EXHIBIT A - SECOND DECLARATION OF RYAN J. ANDERSON IN SUPPORT OF DEFENDANT UNITED STATES' MOTION TO EXTEND PRELIMINARY INJUNCTION DEADLINE** |
| v. | |
| GENERAL SERVICES ADMINISTRATION, | |
| Defendant. | |

I, Ryan J. Anderson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

1.  I am currently employed as the Building Manager for the Public Buildings Service ("PBS") Eugene Federal Office Building, located at 405 E. 8th Avenue, Eugene OR 97401 (the "Facility" or the "Eugene FOB"). PBS is a division of the United States General Services Administration ("GSA").  I have served in this capacity for 17 years. Prior to this role, I worked as an Electrician for 10 years. I have been employed by GSA for 17 years.

2.   I understand that at 4:07 PM PDT on June 22, 2026, United States District Judge Judge Mustafa T. Kasubhai issued an Order directing "the removal of the perimeter fencing within 48 hours" related to this matter.

3.   Although I provide these Declarations to the Court as a person with direct knowledge of the building and the security fencing, I do not possess unilateral authority to direct the removal of the fence.

4.   In order to comply with the Court's order I immediately conferred with the Contracting Officer and Project Manager for the initial fence installation project. Together we identified the requirements for fence removal and endeavored to generate an anticipated timeline for fence removal.

5.   Fence removal will require an approved traffic control plan from the City of Eugene to temporarily block portions of Pearl Street and 7th Street. This closure is necessary to allow the contractor to decommission the fence, stack the fencing materials on pallets, and move the concrete blocks to the secure on-site parking area.

6.   Because of the fence and concrete blocks' current placement, the work requires a heavy-duty, all-terrain forklift. Work will need to occur overnight from 7 p.m. to 7 a.m.

7.   Both Federal Protective Service and Eugene Police will need to coordinate to prevent any protests and ensure a safe work environment for the contractors. We saw the need for this during the installation phase.

**Anticipated Process and Timeline**

**Page 2**                    **Exhibit A - Second Declaration of Ryan J. Anderson**

8.  Traffic Control Plan Approval - The contractor must obtain approval of a traffic control plan from the City of Eugene before removal work can begin. The review and approval timeline has been shown to be 7-10 days.

9.  Project Management - GSA Project Management is actively preparing the scope of work and Independent Government Estimate for the award package. The target completion time for these materials is noon on June 24, 2026.

10. Funding Approval - The GSA Zone 7 Director has confirmed that BA61 funds are available for the project award.

11. Acquisition Strategy - The Contracting Officer has indicated that GSA intends to use a letter contract to expedite award of the contract. The target award date is close of business on June 24, 2026. A contractor has been notified and is interested in doing the work.

12. Contractor Fence Removal - Once the Contracting Officer has awarded the project and the traffic control permit is approved, the contractor can begin removing the fence. The estimated completion time for the removal work is one day after approval of the traffic control permit, assuming no unforeseen delays.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in __Lane__ County this 23th day of June 2026.

Ryan Anderson

Digitally signed by Ryan Anderson
Date: 2026.06.23 16:56:05 -07'00'

/s/ _____

Ryan J. Anderson

**Exhibit A - Second Declaration of Ryan J. Anderson**