## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** OREGON

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 6:26-cv-01127-MTK

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/04/2026

Date of judgment or order you are appealing: 06/22/2026

Docket entry number of judgment or order you are appealing: 31

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

General Services Administration

Is this a cross-appeal?  ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:                State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ James Blum          **Date** Jun 23, 2026

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                          *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

General Services Administration

Name(s) of counsel (if any):

James A. Blum

Address: 1000 SW Third Ave., Ste. 1000, Portland, OR 97204

Telephone number(s): 503-727-1064

Email(s): james.blum@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Naphtali Renshaw, Susan Barnhart, Tyrras Warren, Michael Carrigan, Christopher Rompala, Charles Areford,

Name(s) of counsel (if any):

Lauren C. Regan, Marianne G. Dugan

Address: 1711 Willamette St., Ste. 301 #359, Eugene, OR 97401

Telephone number(s): 541-687-9180

Email(s): Lregan@cldc.org, Mdugan@cldc.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*