UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAPHTALI RENSHAW; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES GENERAL SERVICES ADMINISTRATION,<br><br>Defendant - Appellant. | No. 26-4023<br><br>D.C. No.<br>6:26-cv-01127-MTK<br>District of Oregon,<br>Eugene<br><br>ORDER |

Before: S.R. THOMAS, BEA, and H.A. THOMAS, Circuit Judges.

Appellant's Emergency Motion for an Interim Administrative Stay (Dkt. 4.1) is GRANTED in part. This court stays the district court's minute order (District Court Dkt. 38) until 5:00 p.m. Pacific Time, Monday, June 29, 2026, to permit the district court to enter a written preliminary injunction order, which it has indicated it intends to file today, and for the Appellant to decide whether to appeal that order. This order is an administrative stay only. This court expresses no view on the merits. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).