UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAPHTALI RENSHAW; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES GENERAL SERVICES ADMINISTRATION, <br><br><br> Defendant - Appellant. | No. 26-4023 <br><br> D.C. No. <br> 6:26-cv-01127-MTK <br> District of Oregon, <br> Eugene <br><br> ORDER |

The Administrative Stay granted on June 26, 2026 (Dkt. 6.1) is extended until 10:00 a.m. Pacific time, Tuesday, June 30, 2026 to allow the panel the opportunity to consider Appellant's renewed emergency motion for administrative stay (Dkt. 10-1).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT