UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NAPHTALI RENSHAW; et al.,

    Plaintiffs - Appellees,

  v.

UNITED STATES GENERAL SERVICES ADMINISTRATION,

    Defendant - Appellant.

No. 26-4023

D.C. No.
6:26-cv-01127-MTK
District of Oregon,
Eugene

ORDER

Before: S.R. THOMAS, BEA, and H.A. THOMAS, Circuit Judges.

This appeal is remanded for the district court to consider and clarify what alternative measures the Appellant is authorized to employ (as described in the District Court's Opinion, Dist. Dkt. 42, at page 24, footnote 5), the time line for such measures, and whether such alternative fencing can be constructed and accomplished without maintaining the perimeter fence. The Interim Administrative Stay issued by this court (Dkt. 13.1) shall remain in place until the issuance of district court's further order.

This order is issued for administrative purposes only. This court expresses no view on the merits. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).