An official website of the United States government
Here's how you know



# Contract Summary


**Download**      **Share**

**Definitive Contract**

PIID   47PD5426C0007
In Progress
(5 days remain)

**Unlinked Award**

Awarding Agency

**General Services Administration (GSA)**

Recipient

**RJK CONSTRUCTION LLC**
9525 SW LODESTONE DR
BEAVERTON, OR 97007-8720
UNITED STATES
Congressional District: OR-01

Related Awards

Parent Award Unique Key

N/A

Dates

| | |
|---|---|
| Today | |
| Start Date | Jun 24, 2026 |
| Current End Date | Jul 05, 2026 |
| Potential End Date | Sep 03, 2026 |

**$ Award Amounts**

EXHIBIT 1 - PAGE 1

**$58,790**
Obligated Amount

**$58,790**
Current Award Amount

**$58,790**
Potential Award Amount

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $58,789.89 |
| Current Award Amount | $58,789.89 |
| Potential Award Amount | $58,789.89 |

⊞ View Transaction History

💬 **Description**                                                                                      ⓘ

REMOVAL OF CONCRETE SECURITY BARRIERS AT THE EUGENE FEDERAL BUILDING, EUGENE, OR.

**North American Industry Classification System (NAICS) Code** ▦              **Product or Service Code (PSC)** ▦

23 : Construction                                                            SERVICES

2362: Nonresidential Building Construction                                   Z: MAINT, REPAIR, ALTER REAL PROPERTY

EXHIBIT 1 - PAGE 2

**236220: Commercial and Institutional Building Construction**

**Z2: MAINT, ALTER, REPAIR NONBUILDINGS**

**Z2AA: REPAIR OR ALTERATION OF OFFICE BUILDINGS**

📈 **Contract Activity** ⓘ

$80 k

**Start**
**Current End**

EXHIBIT 1 - PAGE 3

**Potential End**



 View transactions table

## Federal Accounts



⚠ **This award has not been linked to any federal account.**

## Award History

This section displays the awards:

**Transaction History** - Displays modification records for an award. Each modification appears as a row in

EXHIBIT 1 - PAGE 4

the table below.

**Sub-Awards** - Displays any sub-contracts reported by this contract's recipient (the 'prime recipient' in the sub-award context). Sub-contracts are contractual agreements that a prime recipient makes with another entity (sub-recipient) to furnish supplies or services for the prime contract. Above the Sub-Award table, we display the total number of reported sub-contract actions and their total value.

**Federal Account Funding** - Each row in this table shows a transaction in the awarding agency's financial system that promises spending for the award from a federal account (a rollup of TAS, or Treasury accounts), broken down by program activity and object class.

| Transaction History  1 | Sub-Awards  0 | Federal Account Funding  0 |
| --- | --- | --- |

| Modification Number | Action Date | Amount | Action Type |
| --- | --- | --- | --- |
| 0 | 06/24/2026 | $58,790 | -- |

1-1 of 1 results                          Rows per page: 10 ⌄      ‹  1  ›

---

i **Additional Information**

Expand All

 Unique Award Key                                                    ›

🏛 Agency Details                                                        ›

⛓ Parent Award Details                                                  ›

📍 Place Of Performance                                                  ›

EXHIBIT 1 - PAGE 5

Period Of Performance                                                      >

Legislative Mandates                                                       >

Recipient Details                                                          >

Acquisition Details                                                        >

Competition Details                                                        >

Additional Details                                                         >

Executive Compensation                                                     >

## Stay in touch

### Your USAspending ideas

We're looking for

your ideas! Tell us what you want to see on USAspending.gov.

**Tell Us →**

### How to search USAspending.gov

Learn how you can search for federal

spending in your area with our new Featured Content.

**Learn More →**

### Sign up for release notes

Get release notes to your inbox to

keep up with what's new on USAspending.gov.

**Sign Up →**



EXHIBIT 1 - PAGE 6

Building a more transparent government.

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the federal government spends each year.

**ABOUT**

Mission

**HELP**

FAQs

Community

Email Us

**RELATED SITES**

Fiscal Data

Bureau of the Fiscal Service

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2026 USAspending.gov

EXHIBIT 1 - PAGE 7