# PUBLIC WORKS PERMIT

It is the permit holder's responsibility to manage the permit and obtain inspection approvals. Most permits will expire 360 days after issuance or 360 days after the last (progress) inspection. One 180 day extension is available upon written requests. Expired permits are subject to renewal fees and may be subject to enforcement action. Manage your permits online at:    WWW.EUGENE-OR.GOV\BLDGPERMITTRACKING



**Planning and Development**

Building and Permit Services

99 West 10th Avenue
Eugene, OR 97401

---

Schedule inspections online at www.eugene-or.gov/scheduleinspection          (541) 682-5283 Information          (541) 682-6806 FAX

---

PERMIT NUMBER:     **26-04244-01**

ISSUED:                    **6/26/2026**

SITE ADDRESS:         **211 E 7TH AVE, UNIT 420**

PRIMARY MAP TAXLOT: 17033111 - 05100

SUBDIVISION:                          ADDITION:                          LOT #:                          BLOCK #:

PROJECT DESCRIPTION:

Right of way closure for one lane on Pearl St and one lane on 7th Ave, including sidewalk on both st

PERMIT INSTRUCTIONS

OWNER:                          CONTRACTOR:                          TENANT:                          INSPECTIONS:

US GOVERNMENT
US COURTHOUSE
AUBURN, WA 98002

ZONING DISTRICT:   C-2

EXISTING USE:

MULTIPLE USE:

PROPOSED USE:

CONSTRUCTION TYPES:

OCCUPANCY GROUPS:

| PERMIT FEES: | |
|---|---|
| 2133  Temp R-O-W Use, Weekly | $2,133.00 |
| PW Technology Admin Fee, Local | $42.66 |
| PW Admin, Local | $191.97 |
| PW Plan Check Admin | $0.00 |

EXHIBIT 2 - PAGE 1

**CONSTRUCTION PERMIT**
**PROJECT OWNER'S RESPONSIBILITY**

- Post address on construction site before requesting City inspections.
- Have approved plans and inspection records on project site available for City inspectors to examine.
- Schedule all required inspections and obtain approval.  see the revers side of this permit for the list of required inspections.
- Cover work only after inspected and approved by the City inspector.
- Any deviations from the City approved plans require approved documentation to be available at the time of inspection.
- No occupancy or use of the area covered by the permit is allowed until authorized by the City. Temporary Occupancy may be allowed. Discuss options with your inspector.
- Use your permit numbers as identification when contacting the Permit and Information Center.

On-line Inspection Request
www.eugene-or.gov\scheduleinspection

Inspection requests called in after 7:00 a.m.
will be scheduled for the following day.

**WHEN REQUESTING AN INSPECTION:**

Your project must be ready for inspection when you make the request.  When requesting inspections online, you will see a list of needed inspections for your project.  If you do not see the inspection in the list which you wish to request, contact your project coordinator for clarification of inspections needed for your project.

If you do not have access to a computer, you may request inspections by calling Inspection Support Staff at 541-682-5283.

Inspectors are available by phone from 7:30 a.m. to 4:00 p.m.   You may call you inspector(s) directly or contact inspection support staff at 541-682-5283

To track your permit on-line go to: www.eugene-or.gov\bldgpermittracking

EXHIBIT 2 - PAGE 2