**City of Eugene**

**Planning & Development**

**Building and Permit Services**

**Date: 6/30/2026**

Permit Number: 26-04244-01

Address: 211 E 7TH AVE, UNIT 420

| Project Description: Right of way closure for one lane on Pearl St and one lane on 7th Ave, including sidewalk on both st |
|---|

| | | | |
|---|---|---|---|
| **Application Type:** | Commercial | **Status:** | Issued |
| **Scope of Work:** | Right of Way - PW | **Zoning:** | Community Commercial District |
| **Map:** | 17-03-31-11 | **Tax Lot:** | 05100 |
| **Subdivision:** | | **Addition:** | |
| **Lot:** | | **Block:** | |
| **Date Received:** | 06/24/26 | **# Bedrooms:** | 0 |
| **Commitment Date:** | | **# Dwelling Units:** | 0 |
| **Ready to issue as of:** | 06/26/26 | **In Flood Plain:** | |
| **Project Coordinator:** | | **Phone:** | |
| | | **Sign Standards:** | |

## BUILDING CHARACTERISTICS

**Construction Types:**

**Construction Type Comments:**

**OccupancyTypes:**

**Occupancy Type Comments:**

| | | | |
|---|---|---|---|
| **Occupancy Load:** | 0 | **Separated Building:** | N/A |
| **Fire Sprinklers:** | N/A | | |
| **Fire Alarms:** | N/A | | |
| **Building Area:** | 0 | **Number of Stories:** | 0 |
| **Comment:** | | | |

**Floor Areas (sq ft):**

| Floor | Existing Floor Area | New Floor Area | Total Area |
|---|---|---|---|

*Existing floor area may not be shown.*

## FEES

| Fees | Total Due | Amount Paid | Paid Date | Amount Due |
|---|---|---|---|---|
| **Public Works** | $2,367.63 | $2,367.63 | | $0.00 |
| Temp R-O-W Use, Weekly | $2,133.00 | $2,133.00 | 06/26/26 | $0.00 |
| PW Technology Admin Fee, Local | $42.66 | $42.66 | 06/26/26 | $0.00 |
| PW Admin, Local | $191.97 | $191.97 | 06/26/26 | $0.00 |
| PW Plan Check Admin | $0.00 | $0.00 | 06/26/26 | $0.00 |
| Total All Fees | $2,367.63 | $2,367.63 | | $0.00 |

Date: 6/30/2026

EXHIBIT 3