UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAPHTALI RENSHAW; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES GENERAL SERVICES ADMINISTRATION,<br><br>Defendant - Appellant. | No. 26-4023<br><br>D.C. No.<br>6:26-cv-01127-MTK<br>District of Oregon,<br>Eugene<br><br>ORDER |

Before: S.R. THOMAS, BEA, and H.A. THOMAS, Circuit Judges.

This court remanded the case to the district court for a clarification order and extended the administrative stay previously imposed until the district court issued an order in response (Dkt. 14.1). The district court has issued the order (Dist. Dkt. 51). Under the terms of this court's prior order, the administrative stay was dissolved with the issuance of the order.

Appellant has now filed a motion for an extension of an administrative stay (Dkt. 15.1). That motion is denied without prejudice. The court expresses no view on the merits, and this order shall not be construed to prevent the government from implementing other appropriate safety measures for the protection of personnel and property.

The court defers ruling on the motion for stay pending appeal at this time. The court will hear oral argument on the motion for stay pending appeal on Wednesday, July 8, at 9:00 a.m., Pacific Time.  The hearing will be conducted via Zoom, and the Clerk of Court will be in contact with counsel concerning the logistics.  The Clerk of Court will also contact counsel to arrange a briefing schedule, so that briefing is completed prior to the hearing.

The court understands that the district court has scheduled a hearing for July 2.  The parties are directed to file a status report with this court following the hearing.

26-4023