UNITED STATES COURT OF APPEALS

FILED

FOR THE NINTH CIRCUIT

JUL 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAPHTALI RENSHAW; et al., | No. 26-4023 |
| Plaintiffs - Appellees, | D.C. No. 6:26-cv-01127-MTK District of Oregon, Eugene |
| v. | |
| UNITED STATES GENERAL SERVICES ADMINISTRATION, | ORDER |
| Defendant - Appellant. | |

Before: S.R. THOMAS, BEA, and H.A. THOMAS, Circuit Judges.

The government's unopposed motion to withdraw its motion for a stay pending appeal (Dkt. 26.1) is granted. The hearing set for July 8, 2026 on the motion (Dkt. 19.1) is vacated. The briefing schedule established for the motion is vacated.