**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD, | Case No. 6:26-cv-01127-MTK |
| Plaintiffs, | JOINT PROPOSED CASE SCHEDULE |
| v. | |
| GENERAL SERVICES ADMINISTRATION, | |
| Defendant. | |

The parties submit this Joint Proposed Case Schedule in response to the Court's Order

dated July 2, 2026. ECF No. 56. In accordance with Fed. R. Civ. P. 16(b) and this Court's Order,

the parties have conferred. Counsel for the parties agree to the matters below and request the Court

adopt this Joint Proposed Case Schedule as an Order of the Court.

**Page 1**        **Joint Proposed Case Schedule**

**I.    Nature of the Case**

This case is governed by the judicial-review provisions of the Administrative Procedure Act, 5 U.S.C. §§ 701-06. Accordingly, this case is exempt from initial-disclosure and discovery-plan requirements. Fed. R. Civ. P. 26(a)(1)(B)(i) and (f)(1).

**II.    Proposed Case Schedule**

A. Motion to Dismiss

Defendant does not plan to file a Motion to Dismiss.

B. Case Schedule

The parties propose the following case schedule for this matter:

1. Defendant will file its Answer on or before **August 10, 2026**.

2. Defendant will formally lodge with the Court the Administrative Record on or before **September 7, 2026**.

3. Plaintiffs will file their Motion for Summary Judgment on or before **October 7, 2026**.

4. Defendant will file its (a) Cross-Motion for Summary Judgment; and (b) Opposition to Plaintiffs' Motion for Summary Judgment on or before **November 6, 2026**.

5. Plaintiffs will file their (a) Opposition to Defendant's Cross-Motion for Summary Judgment; and (b) Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment on or before **December 7, 2026**.

6. Defendant will file its Reply to Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment on or before **December 22, 2026**.

**Page 2        Joint Proposed Case Schedule**

C.  Combined Briefs

The parties propose that the dual filings due on or before November 6 and December 7, 2026 (items 4 and 5 above) be combined as single briefs.

D.  Discovery

The parties have discussed discovery and agree to address it through further conferral and (if necessary) with the Court after Defendant lodges the Administrative Record.

**III.    Alternative Dispute Resolution**

The parties have discussed the possibility of ADR proceedings and may avail themselves of ADR at a future date. In light of this discussion and understanding, the parties request that the Court waive the requirement for an ADR Report.

DATED this 9th day of July 2026.

| | |
|---|---|
| */s/ Marianne Dugan* | SCOTT E. BRADFORD |
| MARIANNE DUGAN | United States Attorney |
| OSB #932568 | District of Oregon |
| | |
| */s/ Lauren Regan* | */s/ James A. Blum* |
| LAUREN REGAN | JAMES A. BLUM |
| OSB #970878 | Assistant United States Attorney |
| | |
| CIVIL LIBERTIES DEFENSE CENTER | Attorneys for Defendant |
| 1711 Willamette Street, Suite 301 #359 | |
| Eugene, OR 97401 | |
| (541) 687-9180 | |
| mdugan@cldc.org | |
| lregan@cldc.org | |
| Attorneys for Plaintiffs | |

**Page 3         Joint Proposed Case Schedule**