UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAPHTALI RENSHAW; et al., | No. 26-4023 |
| Plaintiffs - Appellees, | D.C. No. 6:26-cv-01127-MTK District of Oregon, Eugene |
| v. | |
| UNITED STATES GENERAL SERVICES ADMINISTRATION, | ORDER |
| Defendant - Appellant. | |

Before: S.R. THOMAS, BEA, and H.A. THOMAS, Circuit Judges.

Pursuant to the stipulation of the parties (Docket Entry No. 31), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.