**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorney
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,** | **Case No**. 6:26-cv-01127-MTK |
| **Plaintiffs,** | **NOTICE OF APPEARANCE OF COUNSEL** |
| **v.** | |
| **GENERAL SERVICES ADMINISTRATION,** | |
| **Defendant.** | |

Defendant, by and through counsel, hereby enters the appearance of Assistant United States Attorney Tsechu Dolma as counsel for Defendant in the above-captioned action.

DATED this 10th day of August 2026.

SCOTT E. BRADFORD
United States Attorney

**Page 1        Notice of Appearance of Counsel**

District of Oregon


*/s/ Tsechu Dolma*
TSECHU DOLMA
Assistant United States Attorney