**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,**

**Plaintiffs,**

**v.**

**GENERAL SERVICES ADMINISTRATION,**

**Defendant.**

**Case No. 6:26-cv-01127-MTK**

**DEFENDANT GSA'S NOTICE TO THE COURT REGARDING A PARKING-WELL FENCE PROJECT**

## NOTICE

Defendant General Services Administration files this Notice to advise the Court that it intends to install a permanent security fence around the employee parking well at the Eugene Federal Building. The access point for the parking well is located near the northwestern corner of

the property, on Pearl Street. The fence will secure that entrance, then extend around the parking well along the northern side of the property (which faces Sixth Avenue), providing a security perimeter. Defendant is working to fund this project by the first week of September 2026. Its goal is to ensure completion by the end of 2026.

This security fence will not block public access to the Federal Building's upper or lower courtyard areas. However, the Federal Building is subject to ongoing litigation and a preliminary injunction related to a security fence on a different part of the property. Therefore, Defendant is notifying the Court about its planned project to ensure there is no misunderstanding related to the pending litigation.

Attachment 1 is a diagram of the Eugene Federal Building. On that diagram, the green line represents the security fence that was removed and is the subject of this litigation. The red line represents the planned security fence around the parking well.

DATED this 18th day of August 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ James A. Blum*
JAMES A. BLUM
Assistant United States Attorney

*/s/ Tsechu Dolma*
TSECHU DOLMA
Assistant United States Attorney

Attorneys for Defendant