Green Highlighted - Removed Perimeter Security Fence
Red Highlighted - New Secure Parking Fence




1 SITE MAP
NOT TO SCALE