**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GENERAL SERVICES ADMINISTRATION,**<br><br>**Defendant.** | **Case No. 6:26-cv-01127-MTK**<br><br>**DEFENDANT GSA'S NOTICE TO THE COURT CORRECTING THE ATTACHMENT TO ECF NO. 63** |

**NOTICE**

Defendant General Services Administration files this Notice to advise the Court that it has become aware that Attachment 1 in ECF No. 63 contained errors. The highlights showing the locations of the removed security fence and the planned security fence appear in incorrect locations. These highlights were made within a PDF program, and the act of electronic filing appears to have shifted them. Attachment 1 to this Notice is a diagram made with hand-drawn highlights that should, upon filing, correctly reflect the locations of the removed security fence (in green) and planned security fence (in red).

DATED this 3rd day of September 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ James A. Blum*
JAMES A. BLUM
Assistant United States Attorney

*/s/ Tsechu Dolma*
TSECHU DOLMA
Assistant United States Attorney

Attorneys for Defendant