


1 SITE MAP
NOT TO SCALE