**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,**

**Plaintiffs,**

**v.**

**GENERAL SERVICES ADMINISTRATION,**

**Defendant.**

**Case No. 6:26-cv-01127-MTK**

**DEFENDANT GSA'S UNOPPOSED MOTION FOR A STIPULATED PROTECTIVE ORDER**

**LOCAL RULE 7-1 CERTIFICATION**

Undersigned Counsel for Defendant General Services Administration (GSA) certify that, in compliance with LR 7-1, the parties conferred on September 2, 2026. Plaintiffs do not oppose this Motion for a Stipulated Protective Order.

## MOTION

Defendant moves this Court for a protective order under Fed. R. Civ. P. 5.2(c) requiring the redaction of the names, government email addresses, and government telephone numbers of certain non-public facing government employees whose information appears in the administrative record that will be lodged with the Court. In addition, Defendant moves this Court for a protective order requiring Defendant to provide a redaction log to Plaintiffs subject to the confidentiality restrictions outlined in the parties' Proposed Stipulated Protective Order. This Motion is supported by the following Memorandum.

## MEMORANDUM

Fed. R. Civ. P. 5.2(a) requires redactions of certain privacy-related information appearing in documents filed with the Court. The rule exempts information contained in administrative records from those redaction requirements. Fed. R. Civ. P. 5.2(b)(2). However, Fed. R. Civ. P. 5.2(e)(1) provides: "For good cause, the court may by order in a case: . . . require redaction of additional information."

There is good cause for the Court to order redactions of the names, government email addresses, and government telephone numbers of certain non-public facing government employees whose information appears in the administrative record. This case has generated publicity, and disclosure of the names and contact information (i.e., work emails or work phone numbers) of certain non-public facing government personnel whose opinion and information may appear in the administrative record could compromise their privacy. The identities and contact details of these individuals are not necessary for public understanding of the record. This information will still be available to Plaintiffs and the Court in a redaction log, and its use will be limited by the Court's Order. Plaintiffs do not oppose this Motion and have stipulated to the Proposed Stipulated

Protective Order, filed with this Motion.

## CONCLUSION

For the reasons stated, Defendant asks this Court for a protective order under Fed. R. Civ. P. 5.2(e)(1) requiring the redaction of additional information and production of a redaction log subject to use and disclosure restrictions outlined in the Proposed Stipulated Protective Order.

DATED this ___ day of September 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ James A. Blum*
JAMES A. BLUM
Assistant United States Attorney

*/s/ Tsechu Dolma*
TSECHU DOLMA
Assistant United States Attorney

Attorneys for Defendant