**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,**

**Plaintiffs,**

**v.**

**GENERAL SERVICES ADMINISTRATION,**

**Defendant.**

**Case No. 6:26-cv-01127-MTK**

**NOTICE OF LODGING ADMINISTRATIVE RECORD**

**NOTICE**

Defendant provides this Notice of Lodging Administrative Record for Defendant General Services Administration's certified administrative record for the decision(s) challenged in this action. Filed concurrently with this Notice is the Declaration of Ryan J. Anderson certifying the administrative record.

The documents in the administrative record comprise Bates-numbered pages and are in text-searchable PDF format. The documents are Bates-numbered USA_1 through USA_126. A copy of the index to the documents in the administrative record is attached to this Notice.

DATED this 8th day of September 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ James A. Blum*
JAMES A. BLUM
Assistant United States Attorney

*/s/ Tsechu Dolma*
TSECHU DOLMA
Assistant United States Attorney

Attorneys for Defendant