*Renshaw, et al. v. General Services Administration*
Case No. 6:26-cv-01127-MTK

Administrative Record Index

| Bates No. | Date | Description |
|---|---|---|
| USA_1-USA_2 | Dec. 9, 2025 | 1. Email from R. Anderson to Federal Building re NOTICE Main lobby closed - REDACTED |
| USA_3-USA_3 | Dec. 10, 2025 | 2. Email from R. Anderson to FSC re URGENT FSC Meeting requested - REDACTED |
| USA_4-USA_7 | Dec. 16, 2025 | 3. FSC Meeting Minutes - Eugene Federal Building - REDACTED |
| USA_8-USA_9 | Dec. 19, 2025 | 4. Email from R. Anderson to FSC re Eugene Federal Building FSC Vote Request - REDACTED |
| USA_10-USA_10 | Dec. 22, 2025 | 5. Email from R. Anderson to FSC re Eugene Federal Building FSC Vote Tally - REDACTED |
| USA_11-USA_12 | Jan. 8, 2026 | 6. Email from R. Anderson to Federal Building re URGENT Federal Building Closure Recommended - REDACTED |
| USA_13-USA_14 | Jan. 22, 2026 | 7. Email from Inspector XXXXX to R. Anderson re EFB Plaza Fencing - REDACTED |
| USA_15-USA_16 | Jan. 22, 2026 | 8. Email from R. Anderson to FSC re FSC Vote Perimeter Security Fencing - REDACTED |
| USA_17-USA_17 | Jan. 22, 2026 | 9. Email from R. Anderson to J. Peters re Project help EFB Security fencing installation |
| USA_18-USA_20 | Jan. 27, 2026_ | 10. Email from R. Anderson to FSC re NOTICE Protest Expected Today - REDACTED |
| USA_21-USA_23 | Jan. 29, 2026 | 11. Email from R. Anderson to T. Witten re EFB Secure Fencing Project |
| USA_24-USA_28 | Jan. 30, 2026 | 12. Email from R. Anderson to FSC re NOTICE Protest Expected Today - |

*Renshaw, et al. v. General Services Administration*
Case No. 6:26-cv-01127-MTK

Administrative Record Index

| Bates No. | Date | Description |
|---|---|---|
| | | REDACTED |
| USA_29-USA_30 | Jan. 30, 2026 | 13. Email from R. Anderson to FSC re FSC Vote Perimeter Security Fencing - REDACTED |
| USA_31-USA_36 | Jan. 31, 2026 | 14. Email from R. Anderson to FSC re NOTICE Protest Expected Today - REDACTED |
| USA_37-USA_38 | Jan. 31, 2026 | 15. FENS Report re Building Closure |
| USA_39-USA_42 | Jan. 31, 2026 | 16. Email from R. Anderson to J. Cawthorne re Eugene federal building Security Fencing |
| USA_43-USA_48 | Feb. 1, 2026 | 17. Email from R. Anderson to FSC re NOTICE Protest Expected Today - REDACTED |
| USA_49-USA_49 | Feb. 2, 2026 | 18. Email from R. Anderson to FSC re Building Status and Recommendations - REDACTED |
| USA_50-USA_57 | Feb. 3, 2026 | 19. Eugene FSC Meeting Transcript - REDACTED |
| USA_58-USA_58 | Feb. 6, 2026 | 20. Email from R. Anderson to FSC re Federal Building Reopening Monday at 0800 - REDACTED |
| USA_59-USA_63 | Feb. 9, 2026 | 21. Email from R. Anderson to GSA personnel re Security Fence communication with City of Eugene |
| USA_64-USA_65 | Feb. 10, 2026 | 22. Email from R. Anderson to FSC re Protest Schedule - REDACTED |
| USA_66-USA_70 | Feb. 10, 2026 | 23. Email from R. Anderson to GSA personnel re Security Fence communication with |

*Renshaw, et al. v. General Services Administration*
Case No. 6:26-cv-01127-MTK

Administrative Record Index

| **Bates No.** | **Date** | **Description** |
|---|---|---|
| | | City of Eugene |
| USA_71-USA_71 | Feb. 10, 2026 | 24. Fence Layout Drawing |
| USA_72-USA_77 | Feb. 11, 2026 | 25. Email from R. Anderson to GSA personnel re Security Fence communication with City of Eugene |
| USA_78-USA_79 | Feb. 12, 2026 | 26. GSA Letter to City of Eugene |
| USA_80-USA_82 | Feb. 13, 2026 | 27. Eugene FSC Meeting Minutes - REDACTED |
| USA_83-USA_83 | Feb. 19, 2026 | 28. Email from A. Chance to vendor re RFQ Concrete Security Barriers |
| USA_84-USA_92 | Feb. 26, 2026 | 29. Email from R. Anderson to City of Eugene re Eugene Federal Building Temporary Fencing |
| USA_93-USA_102 | Mar. 5, 2026 | 30. Email from R. Anderson to City of Eugene re Eugene Federal Building Temporary Fencing Permit |
| USA_103-USA_104 | Mar. 12, 2026 | 31. Email from R. Anderson to FSC re NOTICE Federal Building Protest Saturday March 14th - REDACTED |
| USA_105-USA_106 | Mar. 16, 2026 | 32. Email from City of Eugene to R. Anderson re Fencing on private property |
| USA_107-USA_110 | Mar. 17, 2026 | 33. Email from R. Anderson to J. Feliciano re PDFO Eugene Fence Security Update |
| USA_111-USA_112 | Mar. 19, 2026 | 34. Email from R. Anderson to B. Harrison re Eugene FB Security Fence Project |
| USA_113-USA_114 | Apr. 9, 2026 | 35. Email from J. Schoenberg to vendor re Update on Eugene |

*Renshaw, et al. v. General Services Administration*
Case No. 6:26-cv-01127-MTK

Administrative Record Index

| **Bates No.** | **Date** | **Description** |
|---|---|---|
| USA_115-USA_115 | Apr. 10, 2026 | 36. Email from J. Schoenberg to R. Anderson re Award Approved |
| USA_116-USA_116 | Apr. 23, 2026 | 37. Email from R. Anderson to FSC re Urgent Update Fence Installation Postponement - REDACTED |
| USA_117-USA_118 | Apr. 24, 2026 | 38. Email from R. Anderson to FSC re Urgent Update Federal Building Security Fence Installation Project - REDACTED |
| USA_119-USA_119 | Apr. 24, 2026 | 39. Email from R. Anderson to FSC re Urgent Update Federal Building Security Fence Installation Project - REDACTED |
| USA_120-USA_122 | Apr. 27, 2026 | 40. Email from R. Anderson to J. Cawthorne re Urgent Update Federal Building Security Fence Installation |
| USA_123-USA_124 | Apr. 30, 2026 | 41. Email from R. Anderson to J. Cawthorne re Status Update Perimeter Fence Installation |
| USA_125-USA_126 | Apr. 30, 2026 | 42. Email from R. Anderson to FSC re Status Update Perimeter Fence Installation - REDACTED |