**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2936
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
Telephone: (503) 727-1000
Attorneys for United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| **NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,**<br><br>Plaintiff,<br>v.<br><br>**GENERAL SERVICES ADMINISTRATION,**<br><br>Defendant. | Case No. 6:26-cv-01127-MTK<br><br>**CERTIFICATION OF DEFENDANT GENERAL SERVICES ADMINISTRATION'S ADMINISTRATIVE RECORD**<br><br>**DECLARATION OF RYAN J. ANDERSON** |

I, Ryan J. Anderson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

1. I am currently employed as the Building Manager for the Public Buildings Service ("PBS") Eugene Federal Office Building, located at 405 E. 8th Avenue, Eugene OR 97401 (the "Facility" or the "Eugene FOB"). PBS is a division of the United States General Services Administration ("GSA"). I have served in this capacity for 17 years. Prior to this role, I worked as an Electrician for 10 years. I have been employed by GSA for 17 years.

2. I am familiar with the decision of the Facility Security Committee ("FSC") for Eugene FOB to install a security fence for the protection of federal employees, visitors, tenants, and Facility infrastructure. I am further familiar with GSA's procurement and installation of the fence, which was completed April 30, 2026. In my capacity as the Building Manager for Eugene FOB, I compiled information for FSC consideration, attended FSC meetings, provided assistance to GSA's contracting officer in connection with the fence's procurement, coordinated and observed the fence's installation by GSA's contractor, and otherwise participated in GSA's implementation of FSC's decision.

3. To the best of my knowledge and belief, I certify that the documents compiled in the Administrative Record are the materials considered by the FSC and GSA officials in connection with the challenged action. In addition, each document in the Administrative Record is a true and correct copy of an original document located in GSA's files. These documents have been compiled in an electronic searchable format and will be indexed and provided separately on one thumb drive.

Executed in Lane County, Oregon, this 2 day of September 2026.

/s/ Ryan Anderson Digitally signed by Ryan Anderson Date: 2026.09.02 14:14:48 -07'00'

Ryan J. Anderson