**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,** | **Case No. 6:26-cv-01127-MTK** |
| **Plaintiffs,** | **ADMINISTRATIVE RECORD** |
| **v.** | |
| **GENERAL SERVICES ADMINISTRATION,** | |
| **Defendant.** | |

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

## NOTICE : Main lobby closed

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Tue, Dec 9, 2025 at 12:47 PM
To: David McIntyre <David.McIntyre@va.gov>, Vincenzo Insingo <Vincenzo.R.Insingo@irs.gov>, Barbara Magistrale <Barbara.J.Magistrale@irs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, Elijah Judd <Elijah.J.Judd@irs.gov>, [redacted]@ice.dhs.gov>, Guthrie Thomas M <Thomas.Guthrie@ci.irs.gov>, Stephanie Mode <Stephanie.Mode@va.gov>, [redacted]@ice.dhs.gov>, [redacted]@hsi.dhs.gov>, Elizabeth Srouji <ElizabethR.Srouji@va.gov>, "Bradley, John V. (ROS)" <John.Bradley9@va.gov>, Elaine Miller <Elaine.Miller@va.gov>, Vince Martin <Vincent.H.MartinJr@irs.gov>, Lippold Brittany L <Brittany.L.Lippold@irs.gov>, John Herc <John.C.Herc@usdoj.gov>, Alice WolfeSong <Alice.W.WolffeSong@irs.gov>, "Cummings, Sean X." <Sean.X.Cummings@usdoj.gov>, Laurel Reid <Laurel.L.Reid@irs.gov>, Miguel Perez <maperez@fbi.gov>, [redacted]@ice.dhs.gov>, "Brandsness, Patricia M. (ROS)" <Patricia.Brandsness@va.gov>, Nicholas Paszkiet <Nicholas.Paszkiet1@va.gov>, [redacted]@ice.dhs.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, "Ardissono, Peter J" <Peter.J.Ardissono@dea.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, Donna Park <Donna.A.Park@irs.gov>, Robert Batchelor <rbatchelor@teamgov.com>, Ryan Anderson - PMBD <ryan.anderson@gsa.gov>, Kimberly Kaina <kkaina@teamgov.com>, Danielle Hansen <Danielle.hansen@ci.irs.gov>, John Penna <Jonathan.Penna@va.gov>, "Abadie, William D CIV USARMY CENWP (USA)" <William.D.Abadie@usace.army.mil>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Martinez, Benjamin" <Benjamin.Martinez@ssa.gov>, "Owen, E William (Will) CIV USARMY CENWP (USA)" <Earl.W.Owen@usace.army.mil>, "Voruz, Natalie A. (PD) (FBI)" <navoruz@fbi.gov>, "Petersen, Erik S NWP" <Erik.S.Petersen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, Cynthia Haynes <Cynthia.Haynes@ssa.gov>, "Blake II, John P, VBAPORT" <John.Blake@va.gov>, Catherine Schmidt <Catherine.Schmidt@ic.fbi.gov>, Michah Freeman <michah.r.freeman@dea.gov>, David D'Auteuil <David.D'Auteuil@va.gov>, Robert Chase <rchase@kerberosinc.com>, "Faville, Susan E NWP" <Susan.E.Faville@usace.army.mil>, Tim Plunkett <Timothy.Plunkett@va.gov>, Alexander Peter <Peter.Alexander@irs.gov>, Jessica VBAPORT Machado <jessica.machado@va.gov>, [redacted]@ice.dhs.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, Arik Shulein <Arik.B.Shulein@irs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, Bennett Kellie R <kellie.bennett@ci.irs.gov>, Carla Canchola <Carla.K.Canchola@irs.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Good Afternoon,

Please be advised that due to a protest disturbance, the main lobby of the building has been immediately closed upon the recommendation of FPS and the designated FSC official. The protestors are currently disrupting security operations at the screening station.

Security will reopen the lobby once the protestors have cleared and the situation has been resolved.

Please remain aware of your surroundings and ensure that no one attempts to piggyback your access when using an employee entrance and report any issues you see to Denver Mega Center, Federal Protective Services or the security officers.

Thank you

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facilities Management
Public Buildings Service
405 E. 8th Ave. Suite 2500

Eugene, Or.
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

## URGENT FSC Meeting requested

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Wed, Dec 10, 2025 at 1:35 PM
To: "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, [redacted]@ice.dhs.gov>, Elizabeth Srouji <ElizabethR.Srouji@va.gov>, "Bradley, John V. (ROS)" <John.Bradley9@va.gov>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, [redacted]@ice.dhs.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, "Ardissono, Peter J" <Peter.J.Ardissono@dea.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Owen, E William (Will) CIV USARMY CENWP (USA)" <Earl.W.Owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, Cynthia Haynes <Cynthia.Haynes@ssa.gov>, Michah Freeman <michah.r.freeman@dea.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Good Afternoon,

FPS is wanting to convene a Facility Security Meeting to address the ongoing disruptions caused by protestors and their impact on agency operations. On multiple occasions, we have been forced to close the main lobby due to deliberate actions by these protest groups. A virtual meeting invitation for next Tuesday at 0900 will be sent following this email.

Thank you,

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facilities Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, Or.
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

Dec 16, 2025

# FSC Meeting - Eugene Federal Building

Invited Shubrah Varma Ryan Anderson (10PSSF) [redacted] Jennifer Watson Turner, William W Melanie Omeara Miguel Perez Tim Plunkett [redacted] Annus, Scott L NWP Koontz, Aimee J John Bradley John Penna Bengtson, Dustin E CIV (USA) [redacted] Hall, Leslie Lindsey Bryant Jason D Weiss Lenora Ainsworth Owen, E William CIV USARMY Cenwp Cynthia Haynes Brown Theresa L

Attachments FSC Meeting - Eugene Federal Building

Meeting records Transcript

## Summary

Will Turner, commander with the Federal Protective Service, apologized for excessive protest noise impacting the IRS and explained that the Federal Protective Service is currently restricted by a temporary restraining order from using the noise or disturbance statute, although they believe that some protest activities are not protected by the First Amendment. Will Turner proposed moving towards controlled access, such as operating by appointment only, a measure confirmed as feasible by Ryan Anderson - PMBD, and supported by Jennifer Watson/Theresa Brown IRS for employee safety, though Tim Plunkett from the VA Police agreed to provide walk-in numbers, and Cindy with Social Security expressed concerns about taking on the Designated Official role. Ryan Anderson - PMBD and Will Turner agreed to meet the same day to plan the layout for temporary ribbon-style stanchions to create a lobby queue, and Will Turner will work with DCbase to develop the policy language for the FSC vote on the "appointment only" access, and with Hudson to find a permanent Designated Official.

## Details

*Notes Length: Standard*

- **Addressing Excessive Noise and Protest Activity** Will Turner, commander with the Federal Protective Service, apologized for the excessive noise at 211, noting that protest activity began in May and has become disruptive, especially affecting the IRS's ability to record meetings due to bullhorn noise. They explained that case law protects the use of bullhorns as a means of relaying a message, including racial slurs, as First Amendment activity, but their interpretation is that excessive screaming, music, and sirens are not protected. The Federal Protective Service (FPS) is currently hindered by a temporary restraining order issued by a judge in Eugene against using the noise or disturbance statute (00:01:06) (00:18:18).
- **Exploring Controlled Access to the Facility** As an FSC, Will Turner proposed discussing moving towards more controlled access to the facility, potentially closing the building to the general public and operating by appointment only, to ensure everyone can work and enter/exit safely. This proposal aims to prevent protesters from filling the lobby, slowing down screening, or filming inside offices, referencing a recent emergency lockdown (00:02:21). The idea of moving to "appointment only" access, suggested by DCbase, was confirmed by Ryan Anderson - PMBD as feasible if the FSC decides on it and it meets each agency's mission (00:06:39).
- **Impact on Agencies and Access Feasibility** Tim Plunkett from the VA Police agreed to consult with supervisors at the Eugene downtown clinic to provide walk-in traffic numbers for vets (00:03:30). Cindy with Social Security stated that their office is generally open but rarely receives walk-ins for paperwork, mainly hosting six or seven people for in-person hearings up to four times a month, and expressed concern about taking on the Designated Official (DO) role due to lack of experience and required layers of agency approval (00:05:30) (00:12:49). Jennifer Watson/Theresa Brown IRS noted that they anticipate an increase in appointments and potential walk-ins during the upcoming filing season but supported closing the building for employee safety, provided individuals with appointments could still be allowed entry after screening, which Ryan Anderson - PMBD affirmed was a key goal (00:08:05).

- **Implementing "Appointment Only" Access** DCbase clarified that a "closed to the public" or "by appointment only" status means that while people can still come to the building, PSOS will ask them if they have an appointment and, if they do not and have no business to conduct, they can be escorted out, allowing the facility to control lobby access and prevent large groups from occupying the space (00:09:36). Ryan Anderson - PMBD requested a document or charter that the FSC could use as a template for this policy to hold an official vote (00:10:55). Jonathan Penna, VREO, confirmed their team is already deterring appointments on Tuesdays due to security concerns but is challenged by their workload and reported staff discomfort from being recorded by protesters when entering and leaving (00:13:57).
- **Security Concerns and Proposed Short-Term Measures** Will Turner confirmed that protesters, specifically anti-ICE protesters, have been filming people entering and leaving the facility, assuming they are law enforcement, and have not respected requests to leave social services and mental health clients alone (00:15:05). Ryan Anderson - PMBD suggested increasing the security presence in the main lobby, possibly implementing mags at each entrance point and turnstiles, as a long-term funding-dependent plan (00:16:09). As an immediate measure, Ryan Anderson - PMBD agreed to gather temporary ribbon-style stanchions from both buildings to set up a queue in the lobby, and they and Will Turner agreed to meet the same day to plan the layout (00:17:25).
- **Next Steps for Policy Implementation and FSC Organization** Will Turner stated they would work with Hudson to nail down a permanent Designated Official (DO) and will work with DCbase to develop the policy language for the FSC vote to implement the "appointment only" access, noting that a legitimate request to see an agency like IRS, SSA, or VA would still be facilitated through post orders (00:11:56) (00:16:09). Ryan Anderson - PMBD outlined the next steps, including the DO sending out the policy for an official vote and confirming who from each agency will cast the official vote, as the vote is weighted per the square footage rented from GSA (00:20:24). Will Turner encouraged employees experiencing issues to report them and to also call EPD after calling FPS dispatch for service, noting that EPD is helpful for non-ICE-related criminal calls but faces similar limitations as FPS regarding the megaphone situation (00:18:18).

## Suggested next steps

- [ ] 1 541-***-**68 will reach out to Jason today to firm up who the DO will be on a permanent basis and will dig into a couple of other options.
- [ ] Ryan Anderson - PMBD will run over today to set up a queue using stansions with +1 541-***-**68.
- [ ] Tim Plunkett will consult with the Eugene downtown clinic supervisors to determine the number of walk-in traffic to the VA office.
- [ ] Christy Blackstone will text John Bradley to get an idea of the number of veterans who may show up without appointments and drop the response in the chat if possible.
- [ ] 1 541-**-***20 will reach back and attempt to find a charter or document regarding closing the building to the public or making it appointment only, and provide it to Commander Turner (+1 541*--**68) to be sent to Ryan Anderson - PMBD.
- [ ] 1 541-***-**68 will try to nail down a Designated Official (DO) and will work with DC base on some language to get put together something for a vote on the new policy.
- [ ] The group will send Ryan Anderson - PMBD the name and agency of the official person who will be voting for their respective agency for the FSC.
- [ ] The Designated Official (DO) will send out the message to vote on the new policy going forward.

*You should review Gemini's notes to make sure they're accurate. Get tips and learn how Gemini takes notes*

*Please provide feedback about using Gemini to take notes in a short survey.*

GSA

Ryan Anderson - PMBD <ryan.anderson@gsa.gov>

# Eugene Federal Building FSC Vote Request

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Fri, Dec 19, 2025 at 12:50 PM
To: Cynthia Haynes <Cynthia.Haynes@ssa.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, "Bradley, John V. (ROS)" <John.Bradley9@va.gov>, John Penna <Jonathan.Penna@va.gov>, Aimee Koontz <Aimee.J.Koontz@dea.gov>, Miguel Perez <maperez@fbi.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, [redacted]@ice.dhs.gov>, '[redacted]@hsi.dhs.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, "Owen, E William (Will) CIV USARMY CENWP (USA)" <Earl.W.Owen@usace.army.mil>

***Good Afternoon FSC Voting Members,***

***I am sending the below vote request on behalf of the Designated Official - Jason Weiss.***

***Good Afternoon,***

***As the Designated Official for the Eugene Federal Building, I am requesting a vote from all FSC members regarding the implementation of a modified closed/official business only status for the facility. Under this posture, the building will remain fully operational for customers who have legitimate, verifiable business with tenant agencies, while general public access will be restricted.***

***This measure ensures that routine customers continue to receive services, but individuals without confirmed official business including protestors or those seeking to cause a disturbance will not be permitted entry. All scheduled appointments will be verified by the PSOs, and any walk-in visitors must state their purpose and undergo security screening by physical security personnel before proceeding to their destination agency.***

***This proposed change is in response to the recent and ongoing escalation in protest activity, as well as the operational requirement to convert the lobby into a full screening area.***

***Please reply to all and send me your agency's vote ( Yes / No.)***

***Thank you,***

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facilities Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, Or.
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

---

## Re: Eugene Federal Building FSC Vote Request

1 message

---

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Mon, Dec 22, 2025 at 10:00 AM
To: Cynthia Haynes <Cynthia.Haynes@ssa.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, "Bradley, John V. (ROS)" <John.Bradley9@va.gov>, John Penna <Jonathan.Penna@va.gov>, Aimee Koontz <Aimee.J.Koontz@dea.gov>, Miguel Perez <maperez@fbi.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, [redacted]@ice.dhs.gov>, [redacted]@hsi.dhs.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, "Owen, E William (Will) CIV USARMY CENWP (USA)" <Earl.W.Owen@usace.army.mil>

Good Morning FSC,

The FSC achieved a quorum and unanimously approved the lobby screening procedure. All voting members present voted in the affirmative. No agency representatives indicated a negative vote.

**Affirmative Votes:**

ICE/ERO Yes
USACE - Yes
FBI Yes
DEA - Yes
HSI Yes
IRS - Yes
SSA Yes
VHA - Yes

Happy Holidays to you all!

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facilities Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, Or.
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# URGENT : Federal Building Closure Recommended

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Jan 8, 2026 at 2:05 PM

To: David McIntyre <David.McIntyre@va.gov>, Vincenzo Insingo <Vincenzo.R.Insingo@irs.gov>, Barbara Magistrale <Barbara.J.Magistrale@irs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, Elijah Judd <Elijah.J.Judd@irs.gov>, '[redacted]@ice.dhs.gov>, Guthrie Thomas M <Thomas.Guthrie@ci.irs.gov>, Stephanie Mode <Stephanie.Mode@va.gov>, [redacted]@ice.dhs.gov>, [redacted]@hsi.dhs.gov>, "Bradley, John V. (ROS)" <John.Bradley9@va.gov>, Elaine Miller <Elaine.Miller@va.gov>, Vince Martin <Vincent.H.MartinJr@irs.gov>, Lippold Brittany L <Brittany.L.Lippold@irs.gov>, John Herc <John.C.Herc@usdoj.gov>, Alice WolfeSong <Alice.W.WolffeSong@irs.gov>, Laurel Reid <Laurel.L.Reid@irs.gov>, Miguel Perez <maperez@fbi.gov>, [redacted]n@ice.dhs.gov>, "Brandsness, Patricia M. (ROS)" <Patricia.Brandsness@va.gov>, Nicholas Paszkiet <Nicholas.Paszkiet1@va.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, "Ardissono, Peter J" <Peter.J.Ardissono@dea.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, Donna Park <Donna.A.Park@irs.gov>, Robert Batchelor <rbatchelor@teamgov.com>, Ryan Anderson - PMBD <ryan.anderson@gsa.gov>, Kimberly Kaina <kkaina@teamgov.com>, Aimee Koontz <Aimee.J.Koontz@dea.gov>, Danielle Hansen <Danielle.hansen@ci.irs.gov>, John Penna <Jonathan.Penna@va.gov>, "Abadie, William D CIV USARMY CENWP (USA)" <William.D.Abadie@usace.army.mil>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Martinez, Benjamin" <Benjamin.Martinez@ssa.gov>, "Owen, E William (Will) CIV USARMY CENWP (USA)" <Earl.W.Owen@usace.army.mil>, "Voruz, Natalie A. (PD) (FBI)" <navoruz@fbi.gov>, Lindsey Bryant <lbryant2@fbi.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, Cynthia Haynes <Cynthia.Haynes@ssa.gov>, "Blake II, John P, VBAPORT" <John.Blake@va.gov>, Catherine Schmidt <Catherine.Schmidt@ic.fbi.gov>, Michah Freeman <michah.r.freeman@dea.gov>, David D'Auteuil <David.D'Auteuil@va.gov>, Robert Chase <rchase@kerberosinc.com>, "Faville, Susan E NWP" <Susan.E.Faville@usace.army.mil>, Tim Plunkett <Timothy.Plunkett@va.gov>, Alexander Peter <Peter.Alexander@irs.gov>, Jessica VBAPORT Machado <jessica.machado@va.gov>, "Karabinas, Christopher G" [redacted]@ice.dhs.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]ps.dhs.gov>, Arik Shulein <Arik.B.Shulein@irs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, Bennett Kellie R <kellie.bennett@ci.irs.gov>, Carla Canchola <Carla.K.Canchola@irs.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>, Jackie Peters - PMBD <jackie.peters@gsa.gov>

All,

The Federal Protective Service has recommended that everyone leave the Federal Building due to the current protest that has locked down the facility, if you are able to.

We are initiating an evacuation for the main building. Please use the High Street employee entrance to exit. The VA annex can utilize the employee entrance. Remain cautious of your surroundings and call 911 immediately if you encounter any issues. Both FPS and the PSOs remain present in the main lobby and will ensure everyone's safety leaving the building.

Best regards,

GSA U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan anderson@gsa gov | www gsa gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# EFB Plaza Fencing

1 message

[redacted]@fps.dhs.gov> Thu, Jan 22, 2026 at 12:26 PM
To: "ryan.anderson@gsa.gov" <ryan.anderson@gsa.gov>

Ryan,

Here is a quick sketch of what the fencing would look like based off a walk around done myself and [redacted].

Respectfully,

[redacted]

**Inspector**

Federal Protective Service – Region 10

U.S. Department of Homeland Security – Management Directorate

Cell: [redacted]

Email: [redacted]ps.dhs.gov

1-877-437-7411 EMERGENCY DISPATCH 24/7

The Federal Protective Service

Prevent.
Protect.
Respond.

FEDERAL PROTECTIVE SERVICE FPS

*Warning: This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information such as found under 49 CFR 1520 or the Privacy Act of 1974. It should not be communicated to any person, or agency, unless disclosure is in performance of official DHS duties and there exists a valid need to know. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.*

---



**EFB Plaza Fencing.png**
2007K

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# FSC Vote - Perimeter Security Fencing

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Jan 22, 2026 at 1:09 PM

To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Varma Shubhra S <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, "AINSWORTH, LENORA A., VBASEAT" <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, [redacted]@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Dear FSC Members,

Thank you for meeting to discuss the proposed security barrier fence for the Federal Building.

At this time, each agency is required to cast a vote of "Yes" or "No" by replying to this email. Please note that GSA and DHS are currently exploring funding options for this project entirely.

Below is the proposed perimeter fence layout, which includes egress-only man-gates.

- Red: Fence line
- Blue: Gate locations



Thank you,

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E 8th Ave Suite 2500

Eugene, OR 97401

(541) 510 7691

ryan anderson@gsa gov | www gsa gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

## Project help - EFB Security fencing rental and installation

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Jan 22, 2026 at 1:22 PM
To: Jackie Peters - PMBD <jackie.peters@gsa.gov>

Hi Jackie,

I am looking for assistance in developing a Statement of Work (SOW) and Independent Government Estimate (IGE) for a security fencing project at the Eugene Federal Building.

The scope includes providing egress man-gates with crash bars at three locations, loading materials onto two semi-flatbeds in Troutdale, and managing the unloading and installation in Eugene with final installation. For context, the previous Hatfield Fencing project was a coordinated effort between GSA and DHS to rent materials, which the Courts ultimately purchased.

I understand there is an existing EASi contract for OR0052ZZ; however, I do not have access to view it. To assist with this effort, I have developed a shared drive folder with minimal relevant documents at the moment:
https://drive.google.com/drive/folders/1InZKv2dpfl1BjpHyexAj6hW2nG6lGTKJ .

We will need to determine if we should rent or purchase additional materials, as we currently have approximately 250 linear feet in Troutdale but require over 600 linear feet in total. I will gather more specific details to finalize the SOW and IGE.

I have reached out to Smith-Midland ( Hatfield project contractor ) for additional market research and information about logistics.

The FSC vote for this project is currently underway.

Thank you!

GSA U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: NOTICE : Protest Expected Today

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Tue, Jan 27, 2026 at 3:32 PM
To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Varma Shubhra S <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, "AINSWORTH, LENORA A., VBASEAT" <Lenora.Ainsworth@va.gov>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>

All,

When leaving the facility today please ensure you are aware of your surroundings and if you feel unsafe, the security officers in the main lobby can provide security.

We still have ongoing protests in and around the plaza.

There is a planned vigil protest at 5pm this evening at the Federal Building.

On Tue, Jan 27, 2026 at 1:53 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

> We are closing the main lobby to the public for the rest of the day.
>
> On Tue, Jan 27, 2026 at 12:34 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>
>> The main plaza is currently clear and the protest group has gone back to the lower plaza on the corner of 7th and Pearl.
>>
>> Have a small group of protestors on the high street side sidewalk using a megaphone.
>>
>> On Tue, Jan 27, 2026 at 12:23 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>>
>>> We currently have a large group in the main plaza and we have locked down the main lobby.
>>>
>>> On Tue, Jan 27, 2026 at 7:42 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>>>
>>>> Good Morning,
>>>>
>>>> Please be advised that there is a planned protest today. We ask that you remain cautious when using employee entrances. If you encounter individuals gathered near those doors, please use an alternate entrance or exit.
>>>>
>>>> We will utilize the Fire Alarm PA system should we need to broadcast any urgent messaging to the building. As a reminder, please follow the FPS slogan: "If you see something, say something."
>>>>
>>>> Please forward this email to your teams so they are aware of the situation.
>>>>
>>>> If you have any questions or concerns, please let me know.

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E 8th Ave Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan anderson@gsa gov | www gsa gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E 8th Ave Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan anderson@gsa gov | www gsa gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E 8th Ave Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan anderson@gsa gov | www gsa gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# EFB Secure Fencing Project

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Jan 29, 2026 at 9:07 AM
To: Tanisha Witten - PMBD <tanisha.witten@gsa.gov>
Cc: Jackie Peters - PMBD <jackie.peters@gsa.gov>, Ahmed Mahdi - PMBD <ahmed.mahdi@gsa.gov>

Good morning,

The FSC has approved the installation of an embassy-style security fence at the Eugene Federal Building in response to ongoing protests. This system will provide essential protection for the facility, employees, and the public.

GSA currently owns approximately 220 linear feet of fencing and concrete barriers, previously used at the Hatfield Courthouse and currently stored at the GSA Troutdale warehouse. We estimate that two semi-flatbed trailers will be required to transport this equipment to Eugene, where it will be staged in the Federal parking lot east of the facility. The selected installation company must coordinate with the city to obtain an approved traffic control plan for placement.

To complete the proposed 605-linear-foot barricade, we will need to rent or purchase an additional 385 linear feet of materials.

I have uploaded the following project documents to the shared Oregon Field Office drive for the project package: Project Folder (https://drive.google.com/drive/folders/1iNRC79AfzPW5ksmNivRBvF_FYYATCWFM)

- USMS and GSA Hatfield Draft SOWs
- Signed Contract (2021–2023)
- Proposed Barricade Layout and FPS Proposal
- Ownership Documentation (Security Fencing Email)
- Vendor Contacts for the original system suppliers ( One supplier for the concrete barriers and one for the fencing )
- Draft Pricing Schedule

Objective Statement:
Provide a temporary installation of concrete barriers around the West, South, and East perimeters of the Eugene Federal Building (211 E. 7th Ave). The contractor shall provide an integrated system of jersey barriers (interior) and concrete eco-blocks (exterior) flanking anti-scale, crowd-control fencing. The site will include three pedestrian gates. All barriers must be gravity-based and not adhered to the sidewalk.




Red Line - Fencing

Blue Line - Man Gate

Total Estimated Feet - 605
Feet of Fencing.

NOTE : I am working with GSA OGC to get ahead of any possible litigation with the City for which I expect. We are having to utilize city side walk to erect this system and in doing so will upset the city.

THANKS FOR THE HELP!!

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

**6 attachments**

**47PL0022C0001 Generated PDF with TOC.pdf**
3869K

**Hatfield Market Reasearch_Vendor data.docx**
8K

**Hatfield Price Schedule - Draft v2 2021 09 10.xlsx**
11K

**Security Fencing Email.docx**
28K

**USMS SOW Portland eco-barriers converted from pdf.docx**
67K

**Hatefield Draft SOW.docx**
22K

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: NOTICE : Protest Expected Today

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Fri, Jan 30, 2026 at 10:00 PM

To: [redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]fps.dhs.gov>, Varma Shubhra S <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, "AINSWORTH, LENORA A., VBASEAT" <Lenora.Ainsworth@va.gov>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Good Evening FSC,

The main lobby has significant damage and the building is not secure at the present time.

FPS with support from other Fed law enforcement are currently still on-site dealing with the riot.

My plan is to try and arrive around 0700 tomorrow to start boarding up the lobby and do an entire facility assessment.

See attached photos.

On Fri, Jan 30, 2026 at 3:30 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

> If you can leave the Federal building and exit through the first floor employee door on high street, please do so now.
>
> FPS has a presence in the main lobby.
>
> On Fri, Jan 30, 2026 at 3:09 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>
> > All,
> >
> > We are currently seeing a large protest gathering, including agitators, directly against the main lobby glass.
> >
> > In response, FPS has closed the main lobby for the remainder of the day. Please use caution when leaving the facility and ensure that you do not allow unauthorized individuals to gain entry into the building.
> >
> > On Tue, Jan 27, 2026 at 1:53 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
> >
> > > We are closing the main lobby to the public for the rest of the day.
> > >
> > > On Tue, Jan 27, 2026 at 12:34 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
> > >
> > > > The main plaza is currently clear and the protest group has gone back to the lower plaza on the corner of 7th and Pearl.
> > > >
> > > > Have a small group of protestors on the high street side sidewalk using a megaphone.
> > > >
> > > > On Tue, Jan 27, 2026 at 12:23 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
> > > >
> > > > > We currently have a large group in the main plaza and we have locked down the main lobby.

On Tue, Jan 27, 2026 at 7:42 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Good Morning,

Please be advised that there is a planned protest today. We ask that you remain cautious when using employee entrances. If you encounter individuals gathered near those doors, please use an alternate entrance or exit.

We will utilize the Fire Alarm PA system should we need to broadcast any urgent messaging to the building. As a reminder, please follow the FPS slogan: "If you see something, say something."

Please forward this email to your teams so they are aware of the situation.

If you have any questions or concerns, please let me know.

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510 7691

ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510 7691

ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings ervice

405 E. 8th Ave. uite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings ervice

405 E. 8th Ave. uite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

**4 attachments**



**IMG_0806.jpeg**
1879K



**IMG_0805.jpeg**
1473K



**IMG_0809.jpeg**
1883K



**IMG_0808.jpeg**
2119K

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: FSC Vote - Perimeter Security Fencing

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Fri, Jan 30, 2026 at 9:00 AM
To: '[redacted]r@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>[redacted]@fps.dhs.gov>, Varma Shubhra S <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, "AINSWORTH, LENORA A., VBASEAT" <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Good Morning Eugene FSC,

On behalf of the Designated Official, I am pleased to announce that the proposal to provide and install security fencing has received the necessary votes for approval. I have submitted a statement of objectives to the GSA project team, and they will now initiate the government procurement process to contract for the purchase, rental, and installation of an embassy-style security fence and barricade system.

I will keep the FSC updated as the acquisition moves through the government procurement process - I do not have an estimated schedule for completion at the moment. At this time, it is anticipated that GSA and FPS will provide funding for this project.

The following agencies have responded with a "YES" vote:

- USACE
- DEA
- IRS
- SSA
- VHA
- VBA
- DHS/ERO
- DHS/FPS
- DHS/HSI

Thank you,

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E 8th Ave Suite 2500
Eugene, OR 97401
(541) 510 7691
ryan anderson@gsa gov | www gsa gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: NOTICE : Protest Expected Today

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Sat, Jan 31, 2026 at 4:30 PM
To: [redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Varma Shubhra S <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, "AINSWORTH, LENORA A., VBASEAT" <Lenora.Ainsworth@va.gov>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Please see attached photos….

On Sat, Jan 31, 2026 at 4:29 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

> Good Afternoon FSC,
>
> I had a construction crew onsite, along with my maintenance staff today and we have boarded up the main lobby as well as the broken windows.
>
> We will monitor the situation and respond to this email with updates as the situation changes.
>
> My plan is to accomplish another site assessment first thing in the morning and will update accordingly.
>
> This has garnered National attention with President Trump commenting on the situation in Eugene.
>
> Thank you,
>
> On Fri, Jan 30, 2026 at 10:00 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>
>> Good Evening FSC,
>>
>> The main lobby has significant damage and the building is not secure at the present time.
>>
>> FPS with support from other Fed law enforcement are currently still on-site dealing with the riot.
>>
>> My plan is to try and arrive around 0700 tomorrow to start boarding up the lobby and do an entire facility assessment.
>>
>> See attached photos.
>>
>> On Fri, Jan 30, 2026 at 3:30 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>>
>>> If you can leave the Federal building and exit through the first floor employee door on high street, please do so now.
>>>
>>> FPS has a presence in the main lobby.
>>>
>>> On Fri, Jan 30, 2026 at 3:09 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>>>
>>>> All,
>>>>
>>>> We are currently seeing a large protest gathering, including agitators, directly against the main lobby glass.

In response, FPS has closed the main lobby for the remainder of the day. Please use caution when leaving the facility and ensure that you do not allow unauthorized individuals to gain entry into the building.

On Tue, Jan 27, 2026 at 1:53 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

We are closing the main lobby to the public for the rest of the day.

On Tue, Jan 27, 2026 at 12:34 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

The main plaza is currently clear and the protest group has gone back to the lower plaza on the corner of 7th and Pearl.

Have a small group of protestors on the high street side sidewalk using a megaphone.

On Tue, Jan 27, 2026 at 12:23 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

We currently have a large group in the main plaza and we have locked down the main lobby.

On Tue, Jan 27, 2026 at 7:42 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Good Morning,

Please be advised that there is a planned protest today. We ask that you remain cautious when using employee entrances. If you encounter individuals gathered near those doors, please use an alternate entrance or exit.

We will utilize the Fire Alarm PA system should we need to broadcast any urgent messaging to the building. As a reminder, please follow the FPS slogan: "If you see something, say something."

Please forward this email to your teams so they are aware of the situation.

If you have any questions or concerns, please let me know.

GSA

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401

(541) 510 7691

ryan.anderson@gsa.gov | www.gsa.gov

GSA

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

GSA
**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

GSA
**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

GSA
**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management
Public Buildings Service
405 E 8th Ave Suite 2500
Eugene, OR. 97401
(541) 510-7691

ryan anderson@gsa gov | www gsa gov

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management
Public Buildings Service
405 E 8th Ave Suite 2500
Eugene, OR. 97401
(541) 510-7691

ryan anderson@gsa gov | www gsa gov

**5 attachments**



**IMG_0853.jpeg**
3045K



**IMG_0849.jpeg**
2586K



**IMG_0848.jpeg**
2499K



**IMG_0850.jpeg**
2618K



**IMG_0852.jpeg**
3507K

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# FENS w/ Building Closure: Incident Type Protest/Vigil/Demonstration/Special Event - BSC000146476 - OR0051 - Initial

1 message

**FENS** <FENS@gsa.gov> Sat, Jan 31, 2026 at 9:46 AM
Reply-To: IT Service Desk <gsa@servicenowservices.com>
To: FENS@gsa.gov, jackie.peters@gsa.gov, Ryan.anderson@gsa.gov, eoc@gsa.gov
Cc: warren.fuller@gsa.gov, robl.miller@gsa.gov, kandi.petorak@gsa.gov, michael.skeels@gsa.gov, christina.chidester@gsa.gov, jill.akridge@gsa.gov, marlowe.gilmore@gsa.gov

A new FENS incident BSC000146476 has been created. Please click the below 'link' to complete all required fields.

Link to view the incident:

https://gsa.servicenowservices.com/bsc?sys_id=3729ca151bbeb2900d646576624bcbb4&view=sp&id=bsc_form&table=x_g_gs2_building_s_building_safety_cases

**Summary:**

Affected User: Ryan J Anderson - ryan.anderson@gsa.gov

Number: BSC000146476

Location Physical Region Name: 10R

Location: OR0051

Location Street Address 1: 211 E 7TH AVE

Location Street Address 2: 211 E 7TH AVE

Location City: EUGENE

Location State / Province: OR

Location Zip / Postal Code: 97401-2773

Location Owned/Leased: Federally Owned

Date/Time of Incident: 2026-01-30 05:30:00 PM EST

Agency Reported By: DEPARTMENT OF HOMELAND SECURITY : FEDERAL PROTECTIVE SERVICE (GSA)

Affected Individuals: GSA employee(s); Tenant(s) or visitor(s)

Narrative of Situation: On January 30, 2026, at approximately 1430 PST, I was notified of a large protest advancing onto the plaza and toward the east side of the main lobby of the WLM Courthouse. I immediately departed the courthouse and arrived at approximately 1440 PST, observing that Federal Protective Service (FPS) personnel and their Protective Security Officers (PSOs) had secured the main lobby.

I contacted the Designated Official (DO) and we developed a plan to evacuate the facility, scheduled for approximately 1500 PST. I then contacted the Facility Security Committee (FSC) via email and proceeded to notify each office, beginning on the 4th floor and moving down to the basement. All non-law enforcement employees were successfully evacuated by approximately 1530 PST.

Following the evacuation, I continued to coordinate with FPS and the DO regarding building utilities and lighting. We

maintained positive air pressure within the facility and minimized interior lighting to reduce visibility through the security film.

At approximately 1600 PST, due to escalating safety concerns, I made the decision to relocate to the 3rd floor and shelter in place within the FBI office, if necessary. At approximately 1730 PST, the main lobby was breached. I, along with other agents, sheltered in place within the FBI office until approximately 2100 PST, when it was determined safe to depart.

At approximately 0100 PST on January 31, 2026, I received a call from Inspector Dominguez reporting that the secure vehicle gate was malfunctioning. I immediately left my residence and proceeded to the site. Upon arrival, I assisted the inspectors with troubleshooting the gate controller, which was successfully reset just prior to my arrival. I then conducted a perimeter check of the facility and observed a small group of protestors still present.

After completing the perimeter check, I returned home and coordinated efforts to arrive onsite at 0630 PST today to assess the building's condition. I am scheduling two separate contractors, along with our O&M team, to board up and secure the facility in anticipation of further protests today.

Buliding Closed: Yes

Start Date of Building Closure: 2026-01-30 17:36:46

Expected Open Date: 2026-02-03 17:36:52

Closed to Employees: false

Comments and Work notes:

---

**2026-01-31 12:45:23 PM EST - Ryan Anderson** Work notes
Facility marked as closed, created CBS0002616

Unsubscribe | Notification Preferences

Ref:MSG42039112

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: Eugene federal building: Security Fencing

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Sat, Jan 31, 2026 at 6:30 PM
To: Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>

Thank you sir!!

On Sat, Jan 31, 2026 at 6:20 PM Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov> wrote:

> Hi Ryan,
>
> Sounds like a plan for Kevin to have a PM from his team work with you on this project.
>
> I'm also including Vince Eckert from OMA to assist us as well on the fence.
>
> Thanks,
> Jason
>
> On Sat, Jan 31, 2026 at 6:09 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>
>> Hi Jason,
>>
>> I had a conversation with Mr. Hodgins this afternoon to discuss obtaining additional resources, including PjM support, for the Eugene project. Both Mr. Hodgins and his PjM have direct experience with the specific fencing system installed at the Hatfield Courthouse during the Portland protests from 2021–2023. Their lessons learned from that effort would be extremely valuable in supporting a more secure perimeter in Eugene.
>>
>> Given the current circumstances, I am respectfully requesting PjM support to assist in developing the required contract package.
>>
>> At present, we have approximately 250 linear feet of fencing available in the Troutdale warehouse. An additional 400 linear feet will be required to establish an effective and secure perimeter.
>>
>> Thank you for your consideration and support.
>>
>> On Sat, Jan 31, 2026 at 5:52 PM Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov> wrote:
>>
>>> Hi Ryan,
>>>
>>> Thanks for being on top of the situation. Let us know when you have a timeline for the delivery/installation of the fencing.
>>>
>>> Jason
>>>
>>> On Sat, Jan 31, 2026 at 5:49 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>>>
>>>> Good Evening Team,
>>>>
>>>> I have had numerous discussions regarding the events that have transpired in Eugene and want to ensure everyone is fully informed, as this situation has garnered national attention, including commentary from President Trump.
>>>>
>>>> The primary objective for the Eugene Federal Building is to install an embassy-style perimeter fence as soon as possible to protect the facility and ensure the safety of employees amid the ongoing protests.
>>>>
>>>> Please see the latest below regarding a coordinated and cooperative attempt with the FBI.
>>>>
>>>> Thank you,

---------- Forwarded message ---------
From: **David Hinders** <DJHINDERS@fbi.gov>
Date: Sat, Jan 31, 2026 at 5:37 PM
Subject: Eugene federal building: Security Fencing
To: Ryan Anderson - 10PMAB <ryan.anderson@gsa.gov>
CC: Natalie Voruz <navoruz@fbi.gov>, David Hinders <DJHINDERS@fbi.gov>, Samantha Skrab <sskrab@fbi.gov>, Katie O'Donnell <KAODONNELL@fbi.gov>, Jennifer Feliciano - PTH <jennifer.feliciano@gsa.gov>

Ryan: Thanks for the sharing about yesterday's events. Terrible.

Please let us know what we can do on our end to move things forward to get the fence owned by GSA and stored in Portland delivered down to Eugene and installed.

I've copied Jennifer Feliciano, GSA Branch Chief who may be able to assist in moving things forward to get a secure perimeter installed at the Eugene Federal Building.

Ps: Jennifer/Katie/Samantha: Ryan is building manager for the Eugene Federal Building breached by rioters yesterday. His contact info is noted below.

David J. Hinders
Project Manager
Federal Bureau of Investigation
Finance and Facilities Division
935 Pennsylvania Ave, NW
Washington, DC 20535
202-716-2387

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Eugene Field Office
405 E. 8th Ave. Suite 2500
Eugene, OR 97401
Office: 541-465-7540
Mobile:541-510-7691
ryan.anderson@gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: NOTICE : Protest Expected Today

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Sun, Feb 1, 2026 at 6:04 PM

To: [redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Varma Shubhra S <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, "AINSWORTH, LENORA A., VBASEAT" <Lenora.Ainsworth@va.gov>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>, David Hinders <DJHINDERS@fbi.gov>, "Curt A. Gerritsen (ROS)" <Curt.Gerritsen@va.gov>, "Workman, Devin R. (ROS)" <Devin.Workman@va.gov>, Derek Jensen <DBJENSEN@fbi.gov>

Good Evening FSC,

I completed a full assessment of the campus early this morning. There is no new damage to the infrastructure; all employee doors are operational and PACs readers remain intact.

FPS and the DO have determined that it is not in the best interest of the public or non-law enforcement agencies to operate onsite tomorrow. I believe I have reached out to all affected agencies via direct conversation or voicemail.

I will continue to coordinate with FPS and the DO daily and will provide further updates as they become available.

Thank you,

On Sat, Jan 31, 2026 at 4:30 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

> Please see attached photos….
>
> On Sat, Jan 31, 2026 at 4:29 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>
>> Good Afternoon FSC,
>>
>> I had a construction crew onsite, along with my maintenance staff today and we have boarded up the main lobby as well as the broken windows.
>>
>> We will monitor the situation and respond to this email with updates as the situation changes.
>>
>> My plan is to accomplish another site assessment first thing in the morning and will update accordingly.
>>
>> This has garnered National attention with President Trump commenting on the situation in Eugene.
>>
>> Thank you,
>>
>> On Fri, Jan 30, 2026 at 10:00 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>>
>>> Good Evening FSC,
>>>
>>> The main lobby has significant damage and the building is not secure at the present time.

FPS with support from other Fed law enforcement are currently still on-site dealing with the riot.

My plan is to try and arrive around 0700 tomorrow to start boarding up the lobby and do an entire facility assessment.

See attached photos.

On Fri, Jan 30, 2026 at 3:30 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

If you can leave the Federal building and exit through the first floor employee door on high street, please do so now.

FPS has a presence in the main lobby.

On Fri, Jan 30, 2026 at 3:09 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

All,

We are currently seeing a large protest gathering, including agitators, directly against the main lobby glass.

In response, FPS has closed the main lobby for the remainder of the day. Please use caution when leaving the facility and ensure that you do not allow unauthorized individuals to gain entry into the building.

On Tue, Jan 27, 2026 at 1:53 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

We are closing the main lobby to the public for the rest of the day.

On Tue, Jan 27, 2026 at 12:34 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

The main plaza is currently clear and the protest group has gone back to the lower plaza on the corner of 7th and Pearl.

Have a small group of protestors on the high street side sidewalk using a megaphone.

On Tue, Jan 27, 2026 at 12:23 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

We currently have a large group in the main plaza and we have locked down the main lobby.

On Tue, Jan 27, 2026 at 7:42 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Good Morning,

Please be advised that there is a planned protest today. We ask that you remain cautious when using employee entrances. If you encounter individuals gathered near those doors, please use an alternate entrance or exit.

We will utilize the Fire Alarm PA system should we need to broadcast any urgent messaging to the building. As a reminder, please follow the FPS slogan: "If you see something, say something."

Please forward this email to your teams so they are aware of the situation.

If you have any questions or concerns, please let me know.

GSA | **U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings ervice
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings ervice
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings ervice
405 E. 8th Ave. uite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510 7691

ryan.anderson@gsa.gov | www.gsa.gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Building Status and Recommendations

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Mon, Feb 2, 2026 at 1:40 PM

To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, Ed Tsui <Etsui@maxsent.com>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Varma Shubhra S <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, "AINSWORTH, LENORA A., VBASEAT" <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>, Derek Jensen <DBJENSEN@fbi.gov>

All,

On behalf of the DO and FPS, the recommendation is to close the building until we can secure a three-day window to clean and remediate the main lobby, first-floor corridors, and HVAC filters. As of now, the plan is to conduct this work from Wednesday through Friday, though this is dependent on ongoing protest activity and the potential for additional damage.

I am proposing a Facility Security Committee (FSC) meeting to review the events of last weekend, the damage that has occurred, and recommendations for future operations.

A calendar invitation will be sent shortly for tomorrow at 09:00.

Thank you,

GSA
U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR 97401
(541) 510 7691
ryan.anderson@gsa.gov | www.gsa.gov

# Eugene FSC Meeting - 2026/02/03 08:48 PST - Transcript

### Attendees

+1 425-***-**69, +1 541-***-**15, +1 541-***-**37, +1 541-***-**55, +1 541-***-**57, +1 775-***-**39, curt gerritsen, [redacted] - HSI, Dustin Bengtson, USACE, eptsui, ICE OPR Security - [redacted], Jeff, Jennifer Watson and Theresa Brown IRS, Jonathan Penna, Justin Gentapanan, Lenora A. Ainsworth, Paul Young, Ryan Anderson - PMBD, Scott Annus, Tim Plunkett, Tovah, W, Wayne Adams, Wendy Vasquez - IRS, [redacted], Will Owen ( USACE), Will Owen (USACE)

### Transcript

**Ryan Anderson - PMBD:** Hey, good morning Paul. Are you standing in for VHA Kirk Garrettson? Paul

**Ryan Anderson - PMBD:**

**Ryan Anderson - PMBD:** All right. I think we got a majority of representation for the facility. I got US Corps of Engineers, BBA with Lenora and John Penna. Am I missing anybody? Is there anybody with FBI?

**+1 541-***-**55:** All right,...

**+1 541-***-**55:** it's in core. You're just able to dial in. Haven't been able to log on

**Ryan Anderson - PMBD:** Okay, perfect.

**Ryan Anderson - PMBD:** Okay, we'll go ahead and get going. As you can imagine, we're kind of with everything. so I just wanted to get everybody together in regards to kind of what the status is. I'll let because I know Turner has to get off and get going with his team. So, I'll let him start off kind of give a briefing of, just a real brief overview of what kind of occurred, kind of where we're standing off in regards to their operations and the near future.

**Ryan Anderson - PMBD:** and then I'll kind of go over what I got going on with remediation and boarding up and security fence and hardening and such. if you want to do your side so you can get off

**W:** Yeah, thanks I appreciate it. first of all, if anybody has any questions before I get off the line in terms of what happened the other night or if there's any confusion or unfortunately there's a lot of social media out there that is not accurate and we're kind of sussing out that situation right now. Hoping that public affairs will clear some of this up. our current status is, as you know, we ended up with some less lethal munitions inside the facility. Ryan was nice enough to remind me that although me and my team are kind of used to breeding that stuff, everybody else probably and I don't recommend breathing it. because just it's designed as an irritant. we were the munitions that we were using were PAVA, which is basically a pulverized pepper.

**W:** hotter than pepper spray. And then at one point, a couple of CS canisters were released and it sounds like someone grabbed one and threw it back inside. So, I recommend that we close the facility to non-law enforcement for the week for a couple reasons. we have now a full operation here separate from Portland to quell the unlawful protest activity at this facility with this full breach we want to make sure that the

integrity of the facility is covered but also that the hazmat cleanup is conducted which will take Ryan correct me if I'm wrong but about three days to do a full hazmat cleanup

00:05:00

**Ryan Anderson - PMBD:** That is correct,...

**Ryan Anderson - PMBD:** We got the team coming on site at 0800 tomorrow morning and they've requested three full days.

**W:** I think that just for our employees,...

**W:** we're going to end up with a bunch of CA1s from people breeding this stuff because again, it's going to be irritating to the nasal cavity and sinuses. I would recommend people kind of avoid this facility until that's cleaned up. and again, it's kind of reading the tea leaves here on what these groups are going to do. I have a team of FPS, BORTAC, and CBPSRT supplementing this operation. they'll be staying here. and we're going to keep these teams here until this situation is quelled, but I can't tell you how long that will take. But we'll evaluate every few days.

**W:** But for now, I would recommend that at least through Friday, civilian employees avoid this facility for cleanup and to get my team a chance to get somewhat of a battle rhythm on what we're going to be dealing with out here. as you know, we're not going to be getting support from Eugene police unless it is life safety, which for them people are inside the building. which was their trigger the other night. I had five officers in the lobby dealing with that situation. There was a breach on both sides of the lobby and that's why the determination was made to use less lethal hand throw munitions which ultimately prevented people from entering the facility. There was some language out there and some social media about we broke our own glass. That's false.

**W:** Ryan being a witness could attest to that as well. that's not what happened. At some point there may have been a clearing of a piece of glass to launch a munition, but that's the extent of that. we're again hoping that FPS and potentially FBI public affairs is going to put something out on that to answer that question for anyone who's doubting how that situation went down. But anybody have any questions for me?

**ICE OPR Security - [redacted]:** Hi, this is Jessica Bidd from ICE OPR Security. were there any arrests made regarding the property damage?

**ICE OPR Security - [redacted]:** From my understanding what's out there, there's a FBI investigation.

**W:** Yeah, there's a full investigation.

**W:** They're reviewing video now and grand jury subpoenas are about to go out. There's not a whole lot I can say about that right now. I can tell you that night what happened was EPD SWAT eventually showed up and helped us clear the building and then EPD in Springfield MRT was replaced by Bortac and SRT and FPS. Some arrests were made that night in the plaza. and we're still going through those reports, but as far as people being arrested who actually damaged the glass, we don't have anybody in custody yet.

**W:** Anything beyond that is I mean we can have that discussion offline...

**ICE OPR Security - [redacted]:** understand.

**W:** because some of it's just law enforcement sensitive stuff. Yeah, of course. Yeah. Anybody? Yeah. for the Leos on the line, if you want to go direct with me on some of these questions, I'm more than happy to answer this for Dustin.

**Dustin Bengtson, USACE:** Just a quick question. I think we have most of what we need for our folks to telework for the week. There may be a limited need for folks to just go in and still acceptable if folks were to come in early in the morning to pick up a computer or get a set of vehicle keys to do that.

**W:** Yeah, absolutely. We can facilitate that. I just just for so that your employees feel healthy. U throw on an N95 or something just to kind of help filter what they're breathing. And keep in mind if you're walking around...

**W:** because the cleanup hasn't happened yet you probably don't want to walk this stuff into your house especially if you have little children. so just miss any kind of footwear you have. I'd recommend you clean it and not walk it into your homes.

**Dustin Bengtson, USACE:** Okay. Yeah,...

**Dustin Bengtson, USACE:** I expect it to be very limited, but that's what we need. Thanks.

## 00:10:00

**W:** Yeah, no problem.

**W:** Ed.

**eptsui:** Sir, is there any way that since we have a lot of the leaders that are online right now, we had some issues on Friday where we were trying to go through the building and evacuate people. and maybe they could have a discussion with their employees about the urgency of when we say we get prepped, there's a very small window that we can get people out. but we had some people that were like, "No, I'm hanging out or I got to go grab this or whatever." it makes it difficult for us and we've got lots of people to evacuate. So if there's can be a little bit of manager employee discussion that would be really really helpful for

**W:** Ed, thanks for bringing that up. that's a major issue. in a situation like this was 100% a life safety situation. Our officers were at a point where it was potentially going to be a deadly force situation if it looked like the lobby was going to be flooded with a lot of people who intend to do us harm. and especially with civilian employees inside the building that are not able to protect themselves, we want to make sure that if there's a window to get you out safely that we do that. Thanks, Ed. Jennifer, Ed,...

**Jennifer Watson and Theresa Brown IRS:** Yeah, I'm just curious, was there an announcement made over the PA system for people to evacuate or would they just fly door to door?

**W:** can you answer that on the announcement?

**eptsui:** Because of how quickly things had transpired, they were fighting in the lobby, windows were being cracked. my guys basically they had all fairly good knowledge of who was in what offices. if we had more time, we probably should have made that announcement, but that Friday was literally my guys were even

running out as quickly as they possibly can. I don't know I don't know if that's something you want us to cover, to get that done, but ...

**Jennifer Watson and Theresa Brown IRS:** No problem. I

**eptsui:** we were just basically going from upstairs and stuff like that. We already have a PSO up there. but for the rest of the building, we were just trying to go door to door trying to figure out who's where.

**Ryan Anderson - PMBD:** Yeah, guys,...

**Ryan Anderson - PMBD:** I can add a little bit to that. So, the PA system is in the main lobby and that was almost impossible to get to given the incident that was occurring. So I was there working with the PSOS and we coordinated efforts and went office to office because there was availability of the PA system at the time because it was basically the FPS officers had the lobby completely secured to themselves.

**Jennifer Watson and Theresa Brown IRS:** Yeah, no problem. I understand it was a fluid situation. I just want to make sure that we communicate with our employees when the PSOS or FPS show up at your door and they tell you to do something, you follow those commands. So, I just wanted to get a better understanding. So, thank you.

**W:** I appreciate everybody's continued support and flexibility on this as we try to work out how we move forward. please, if anybody has questions after the meeting, you want to go direct with me, I'm happy to answer any questions for you. Ryan, thank you for setting this up.

**W:** And I'm going to go ahead and get off this call.

**Ryan Anderson - PMBD:** All right.

**Ryan Anderson - PMBD:** Thanks, Will.

**W:** All right. Thank you.

**Ryan Anderson - PMBD:** All right. So, a little bit more detail in regards to kind of what we're thinking as far as the, perimeter fencing, and subsequent projects to repair the main lobby. FPS and GSA are currently working hand inand to get a project team together. we currently have roughly 250 linear feet of an embassy style non-climbing fence sitting in a Troutdale warehouse up in Portland. the issue is we need another additional 400 ft.

**Ryan Anderson - PMBD:** so I don't want to bring down 200 feet, install it, and basically instigate any more, antagonistic activity with trying to set up a fence and then month or two down the road trying to secure it. So that's kind of where we're at with that. I don't necessarily have a timeline on when we could get this staged and start the install. As you can probably imagine, there's a lot of coordination with the city because we're going to have a lot of litigation. So, I got office of general counsel with GSA coordinating with them to make sure that there's not going to be an issue a fight in the courts about this how we had at Hatfield during the George Floyd Floyd riots because this fence is going to have to be sitting on the public rideway sidewalks.

00:15:00

**Ryan Anderson - PMBD:** that is priority number one. again I have another meeting here right after this to gather the team and expedite this security fence for not only the building infrastructure but especially for the safety of the employees.  The second is, as you can probably see, and if you're coming into the building, we have a lot of graffiti around. 90% of its chalk at this time. I'm not cleaning it up. because it's just an overall hamster wheel effort. so we are going to work on trying to get the spray paint off because of the porous concrete. It'll just get worse.

**Ryan Anderson - PMBD:** but until we get the perimeter fencing the exterior portion of the facility won't have a full clean. We are working with pressure washing and making sure we clean up all these residual munitions from the gas and the pepper balls. So we're working on that today. I have a project meeting to repair the main lobby and we're not going to necessarily do one for one. So, my ask to GSA which has been approved so far is to do a major hardening.

**Ryan Anderson - PMBD:** So, we're going to rip out the entire facade on both High Street and Plaza sides and upgrade it to a more proper level four style window system. That obviously is going to take some time. so, in the near future, for next months or so, we're going to have the main lobby completely boarded up.  So, just wanted to inform everybody kind of where GSA is in regards to the operations and the future projects. Is there any questions or concerns or comments? Yeah, go ahead, Ed.

**eptsui:** Thanks one more thing is like the occupants we've been having some people come back to us to the PSOS when they feel unsafe in order to leave to get to their cars or whatever. we've had instances where some of the employees that were non-law enforcement affiliated get harassed or get accused of being ICE or whatever. these guys are starting to set up scouts on the east side where the parking is. So they're called out on the radio that there are people leaving or whatever. If you feel unsafe at any given time, please contact one of my PSOs, find a gray shirt. they'll do their best to get you to your cars or at least put a camera on you to make sure that we're watching and…

**eptsui:** making sure that you guys can eress back out to your vehicle safely.

**Ryan Anderson - PMBD:** Thanks, Ed.

**Ryan Anderson - PMBD:** Anybody else?

**Scott Annus:** Hey Ryan, this is Scott. I was wondering in terms of coming and going with government vehicles out of the parking lot, do we consider that to be reasonable right at the moment or…

**Scott Annus:** safe or should we be doing something else over

**Ryan Anderson - PMBD:** I have not seen any issues.

**Ryan Anderson - PMBD:** Ed, you want to kind of address that? or if Huds is on the line.

**eptsui:** We're trying to watch that parking lot pretty consistently with a CCTV system. of course there's a lot of stuff dynamically happening everywhere around that building. it's I think it's okay right now. but if you see people that are taking down license plates, things like that, or they're videoing camera of people going in and outside the building, please let one of the PSOs know so that we can get eyes on and try to identify that individual. We haven't had any specific threats. We just more so had employees walking out

where they'll point at him and say, " they're ice, they're ice." it is somebody that's not accustomed to that. that's a little bit scary. But we haven't had any direct threats as of right now.

**+1 541-***-**15:** Ryan, this is Cindy at SSA. can I ask a question about the hardening that we're going to be doing of the site? so you said that the main lobby is going to be boarded up and of course because we do in inperson stuff, I just wanted to double check to make sure. So, basically, you're saying that the entire front lobby is going to be shut down and people are not going to be able to get members of the public would not have access

## 00:20:00

**Ryan Anderson - PMBD:** Yes. not necessarily.

**Ryan Anderson - PMBD:** We are going to try to direct traffic in through one way and that will probably be through the high street side. So we're going to probably limit access from the plaza coming in. But once we get the lobby cleaned and open back up and FPS and…

**+1 541-***-**15:** Okay, thank you.

**Ryan Anderson - PMBD:** the designated official agree that it's safe to bring back the employees and public services, we will open up the high street ADA door for public access. Of course.

**Scott Annus:** Hey Ryan, this is Scott again. it looked like the card reader there to get in on the high street side had been damaged. is that going to be repaired or what's the plan there?

**Ryan Anderson - PMBD:** Yeah, it's still operational. I'm kind of leaving it as is to hopefully, let these protesters know that, it looks damaged, but it's still operational.

**Ryan Anderson - PMBD:** I do have spares on the shelf ready for install in case one of them actually goes down. yeah, so if you see any issues with the card reader, please let me know and we will get it replaced ASAP. I am doing early morning building assessments between 6:00 and 7. Ed and his team is doing the same thing. I have my O andM as well looking at specific infrastructure and air intakes. I am changing out the air filters. currently we have a MV 8. I'm going to a MV 13 which is more of a hospital style and kind of going to the CO era as far as taping up the seams where the air intakes are.

**Ryan Anderson - PMBD:** So everything should be taken care of on a higher level in regards to air quality. I know there was some folks in the building yesterday. I had my landscaper blowing off the plaza before he was able to wet it down. So, I had a conversation with him and I'm getting with him in every morning to kind of give him direction to make sure that that doesn't happen again. but I'm pretty hopeful as long as we can get the lobby cleaned and the main area in between the annex and the federal building pressure washed.

**Ryan Anderson - PMBD:** we won't have any more residual tear gas andor, pepper balls. That said, we're going to have continued protest and obviously FPS and SRT and BRTC response to that. So, it's just going to be a neverending cycle, but we have a plan. We have limited resources. Im but the number one goal is to try to clean this lobby, perimeter fence, and get the employees and public back into the facility by Monday.

**curt gerritsen:** Hi, this is Kurt from the VA. Yeah, we'll just continue to be on pause and…

**curt gerritsen:** I'll give it you and just for safety sake before we send any rotations for folks continuing to vacate the offices with their personal items.

**Ryan Anderson - PMBD:** Okay, perfect.

**Ryan Anderson - PMBD:** Kurt, I know there's a planned protest today. Usually Tuesdays throughout the week are a little bit more spicy than most. we did have a group yesterday. I noticed when I left the facility around 4 4:30, there was individuals coming up to the facility on the plaza side trying to rip off the plywood. So, I mean, it's still an active protest. it's one of those things that'll just be dayto-day.

**Ryan Anderson - PMBD:** So, I'm going to recommend to FPS and the DO that we touch base again on Friday about the same time and try to give a status update and then if needed,...

## 00:25:00

**Ryan Anderson - PMBD:** we'll just do a weekly FSC meeting just to make sure everybody's on the same page. And if you guys have any questions or concerns or...

**curt gerritsen:** Sounds good.

**curt gerritsen:** Thanks, Ryan.

**Ryan Anderson - PMBD:** So, if anybody doesn't have anything more, we'll go ahead and close.

**Ryan Anderson - PMBD:** feel free to reach out to me with any, building issues. and then Commander Turner or Inspector [redacted] are your on-site FPS contacts. or the FSC members, you can respond to all on the email chain that's going around just to kind of keep everything fluent. And yeah, so we're trying our best.

**Ryan Anderson - PMBD:** Again, FPS, GSA have asked for additional resources and there's been no push back on that.

**+1 541-***-**15:** Thanks, Ryan.

**Ryan Anderson - PMBD:** So, hopefully we can get this quelled and get back to operations. So, if nobody else has anything, We'll let you guys go. Have a great week.

**eptsui:** Thanks, Ryan.

**Jennifer Watson and Theresa Brown IRS:** Thank you, Ryan.

**Scott Annus:** Thanks, Ryan.

**ICE OPR Security - [redacted]:** Thank video. Bye.

**Lenora A. Ainsworth:** Thank you.

## Meeting ended after 00:26:49

*This editable transcript was computer generated and might contain errors. People can also change the text after it was created.*

GSA

Ryan Anderson - PMBD <ryan.anderson@gsa.gov>

# Federal Building Reopening - Monday at 0800

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Fri, Feb 6, 2026 at 1:42 PM
To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, [redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, "Bradley, John V. (ROS)" <John.Bradley9@va.gov>, Ed Tsui <Etsui@maxsent.com>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, Aimee Koontz <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Owen, E William (Will) CIV USARMY CENWP (USA)" <Earl.W.Owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, Cynthia Haynes <Cynthia.Haynes@ssa.gov>, Theresa Brown <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>, "Curt A. Gerritsen (ROS)" <Curt.Gerritsen@va.gov>

Good Afternoon FSC,

Following a recommendation from FPS, we are planning to reopen the facility on Monday morning at 0800.

Please be aware that the operational hours may be subject to change based on potential protest activity. While FPS has observed that morning and early afternoon periods have generally been free of large protest groups, and that those present on the lower plaza have remained peaceful, we may need to close earlier than the normal 5:00 PM closing time if circumstances warrant. Your flexibility in this matter is appreciated.

GSA has completed cleaning the lobby and boarding up the broken windows.

**Important Note:** This plan is contingent upon the level of protest activity between now and Monday morning. We will continue to monitor the situation and provide updates as necessary.

GSA

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E 8th Ave Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan anderson@gsa gov | www gsa gov

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: Security Fence communication with City of Eugene

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Mon, Feb 9, 2026 at 11:22 AM
To: Serene Wetzel - PT1E <serene.wetzel@gsa.gov>, Joel Gomez - PT1E <joel.gomez@gsa.gov>
Cc: Vandricia Garcia - PMBD <vandricia.cepeda@gsa.gov>, Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>, Jackie Peters - PMBD <jackie.peters@gsa.gov>

Hi Serene,

Our plan is to keep the fence on federal property as much as possible. However, it will need to occupy some city sidewalks, particularly along Pearl Street and 7th Street. Please see the photos below for reference.

Starting at the secure vehicle well parking area, the sidewalk remains on federal property until just after the bollards. At that point, the fence will turn west onto the city sidewalk along Pearl Street.

Continuing from that location, the fence will be installed on the sidewalk until it connects to the plaza. We will provide a designated space for protesters to exercise their First Amendment rights by utilizing the lower "free speech plaza." From the plaza we will connect the fence along the city sidewalk of 7th st. where it will connect back onto Federal property and finish against the South tower.

***Overhead View***




***The secure Fence will connect the Vehicle parking well along federal property, until after the bollards. The Fence will move west onto the city and continue South until it connects to the lower plaza.***



***The lower plaza will be fenced off to provide the public a space to exercise peaceful protest activities.***



***Continuing with the above photo the plaza delineation will connect to the 7th st sidewalk and continue east until it hits the corner of 7th and High.***





***Corner of 7th and high where the fencing will connect to the South tower of the Federal Building.***



U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

On Thu, Feb 5, 2026 at 9:07 AM Serene Wetzel - PT1E <serene.wetzel@gsa.gov> wrote:

Hi Ryan,

Do you have any information on how far we will be encroaching on the City's sidewalk for the right of way? Do we have a map or visual of where the GSA's property line falls? Joel and I will work on developing a letter for Russell's signature, but need some of this information.

Thanks

**Serene Wetzel**
Branch Chief, West & Rocky Mountains Division
Office of Portfolio Management
50 United Nations Plaza, Mail Box 9
San Francisco, CA 94102-4912
mobile (415) 264-4200 | serene.wetzel@gsa.gov

On Thu, Feb 5, 2026 at 8:09 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Good Morning,

I had a conversation with the Eugene Police Department leadership yesterday and they are wanting to help push our message to the City of Eugene. Feel free to reach out to Mr. Ware to coordinate this effort.

Michael R. Ware
Lieutenant - Patrol Division
Mobile Response Team (MRT)
300 Country Club Road
Eugene, Oregon 97401
(541)682-8471 work
(541)517-7942 cell
Michael.R.Ware@ci.eugene.or.us

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

## Protest Schedule

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Tue, Feb 10, 2026 at 11:32 AM
To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, "Bradley, John V. (ROS)" <John.Bradley9@va.gov>, Ed Tsui <Etsui@maxsent.com>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, Aimee Koontz <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Owen, E William (Will) CIV USARMY CENWP (USA)" <Earl.W.Owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, Cynthia Haynes <Cynthia.Haynes@ssa.gov>, Theresa Brown <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Eugene FSC,

Please see the updated protest schedules below. I will also be sending out a recurring FSC meeting invitation for every Friday at 10:00 AM.






U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E 8th Ave Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan anderson@gsa gov | www gsa gov

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: Security Fence communication with City of Eugene

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Tue, Feb 10, 2026 at 10:54 AM
To: Joel Gomez - PT1E <joel.gomez@gsa.gov>
Cc: Serene Wetzel - PT1E <serene.wetzel@gsa.gov>, Vandricia Garcia - PMBD <vandricia.cepeda@gsa.gov>, Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>, Jackie Peters - PMBD <jackie.peters@gsa.gov>

Hi Joel,

Please see the attached drawing. ( property line monuments were placed today to show the perimeter of the federal footprint and the official drawing will be submitted to the County by COB friday).

I have marked the layout as follows:

- Blue lines: Located on federal property.
- Red lines: Located on city property and sidewalks.

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

On Tue, Feb 10, 2026 at 10:39 AM Joel Gomez - PT1E <joel.gomez@gsa.gov> wrote:

> Hi Ryan,
>
> Attached is an old drawing that outlines the property line. Could you please mark the specific areas where the proposed fence crosses our property line? This will help with our conversation with the city.
>
> Best regards,
>
> **Joel Gomez**
> Senior Asset Manager
> Office of Portfolio Management
> GSA PBS
> 50 United Nations Plaza
> San Francisco, CA 94102-4912
> (415) 793-8548 | joel.gomez@gsa.gov

On Mon, Feb 9, 2026 at 11:23 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Hi Serene,

Our plan is to keep the fence on federal property as much as possible. However, it will need to occupy some city sidewalks, particularly along Pearl Street and 7th Street. Please see the photos below for reference.

Starting at the secure vehicle well parking area, the sidewalk remains on federal property until just after the bollards. At that point, the fence will turn west onto the city sidewalk along Pearl Street.

Continuing from that location, the fence will be installed on the sidewalk until it connects to the plaza. We will provide a designated space for protesters to exercise their First Amendment rights by utilizing the lower "free speech plaza." From the plaza we will connect the fence along the city sidewalk of 7th st. where it will connect back onto Federal property and finish against the South tower.

***Overhead View***




***The secure Fence will connect the Vehicle parking well along federal property, until after the bollards. The Fence will move west onto the city and continue South until it connects to the lower plaza.***



***The lower plaza will be fenced off to provide the public a space to exercise peaceful protest activities.***



***Continuing with the above photo the plaza delineation will connect to the 7th st sidewalk and continue east until it hits the corner of 7th and High.***





***Corner of 7th and high where the fencing will connect to the South tower of the Federal Building.***




U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

On Thu, Feb 5, 2026 at 9:07 AM Serene Wetzel - PT1E <serene.wetzel@gsa.gov> wrote:

Hi Ryan,

Do you have any information on how far we will be encroaching on the City's sidewalk for the right of way? Do we have a map or visual of where the GSA's property line falls? Joel and I will work on developing a letter for Russell's signature, but need some of this information.

Thanks

**Serene Wetzel**
Branch Chief, West & Rocky Mountains Division
Office of Portfolio Management
50 United Nations Plaza, Mail Box 9
San Francisco, CA 94102-4912
mobile (415) 264-4200 | serene.wetzel@gsa.gov

On Thu, Feb 5, 2026 at 8:09 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Good Morning,

I had a conversation with the Eugene Police Department leadership yesterday and they are wanting to help push our message to the City of Eugene. Feel free to reach out to Mr. Ware to coordinate this effort.

Michael R. Ware
Lieutenant - Patrol Division
Mobile Response Team (MRT)
300 Country Club Road
Eugene, Oregon 97401
(541)682-8471 work
(541)517-7942 cell
Michael.R.Ware@ci.eugene.or.us

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

**OR0051_EUGENE FEDERAL BUILDING_211 EAST 7TH AVENUE_38399.pdf**
9089K



SIXTH AVENUE
SEVENTH AVENUE
PEARL STREET
HIGH STREET
AGENCY & HANDICAPPED PARKING
FEDERAL OFFICE BUILDING
GROUND FLOOR ELEV. 424.00'
BASEMENT FLOOR ELEV. 419.00'
U.S. COURTHOUSE BUILDING
FIRST FLOOR ELEV. 424.25'
AGENCY & PUBLIC PARKING - 188 CARS
ASPHALT PAVING
SITE PLAN
SCALE: 1/16" = 1'-0"
LEGEND:
NEW ELEVATIONS
EXISTING ELEVATION TO REMAIN
EXISTING TO BE REMOVED
TOP OF WALL
CATCH BASIN
SNOW MELTING GRAVITY DRAINAGE LINE
CONNECTION POINT OF SITE TO BLDG. DRAINAGE PIPE
REFERENCE NORTH
MAGNETIC NORTH
BASED ON TOPOGRAPHIC SURVEY DATED JUNE 1972
WILMSEN, ENDICOTT, GREENE, BERNHARD ARCHITECTS
DESIGN AND CONSTRUCTION DIVISION
REGION 10 – AUBURN WN.
GENERAL SERVICES ADMINISTRATION
PUBLIC BUILDING SERVICE • WASHINGTON, D.C.
PROJECT
LOCATION EUGENE, OREGON
STREET SEVENTH & PEARL
DRAWING TITLE SITE PLAN
ARCHITECTURAL
DRAWING NO. 2-2
MAYES BROTHERS TOOL MFG COMPANY on the level MAYES means quality JOHNSON CITY, TENNESSEE
MADE IN U.S.A.

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: Security Fence communication with City of Eugene

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Wed, Feb 11, 2026 at 11:34 AM
To: Russell Larson - PT1E <russell.larson@gsa.gov>
Cc: Serene Wetzel - PT1E <serene.wetzel@gsa.gov>, Joel Gomez - PT1E <joel.gomez@gsa.gov>, Vandricia Garcia - PMBD <vandricia.cepeda@gsa.gov>, Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>, Jackie Peters - PMBD <jackie.peters@gsa.gov>

Greetings Team,

I spoke with the FPS Commander in Eugene regarding the letter and its distribution. Following his discussion with the Chief of Police, we have identified the contacts responsible for approving right-of-way and traffic control plans.

Directing our request to the individuals below is the most efficient path for quick approval, as involving the Mayor's office may delay the process through committee reviews.

Matt Rodrigues, P.E.
Assistant City Manager, City of Eugene
541-682-6877 | mrodrigues@eugene-or.gov

Holly Mathews
City of Eugene Administration
HMathews@eugene-or.gov

Chief Skinner
Eugene Police Department
cskinner@eugene-or.gov

GSA
U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

On Tue, Feb 10, 2026 at 11:03 AM Joel Gomez - PT1E <joel.gomez@gsa.gov> wrote:

> Hi Ryan,
>
> Thank you for the quick turnaround on marking up the attached drawing with the blue (federal) and red (city) lines.

I am including Russell on this thread as well.

Best regards,

**Joel Gomez**
Senior Asset Manager
Office of Portfolio Management
GSA PBS
50 United Nations Plaza
San Francisco, CA 94102-4912
(415) 793-8548 | joel.gomez@gsa.gov

On Tue, Feb 10, 2026 at 10:55 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Hi Joel,

Please see the attached drawing. ( property line monuments were placed today to show the perimeter of the federal footprint and the official drawing will be submitted to the County by COB friday).

I have marked the layout as follows:

- Blue lines: Located on federal property.
- Red lines: Located on city property and sidewalks.

U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

On Tue, Feb 10, 2026 at 10:39 AM Joel Gomez - PT1E <joel.gomez@gsa.gov> wrote:

Hi Ryan,

Attached is an old drawing that outlines the property line. Could you please mark the specific areas where the proposed fence crosses our property line? This will help with our conversation with the city.

Best regards,

**Joel Gomez**
Senior Asset Manager
Office of Portfolio Management
GSA PBS
50 United Nations Plaza
San Francisco, CA 94102-4912
(415) 793-8548 | joel.gomez@gsa.gov

On Mon, Feb 9, 2026 at 11:23 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Hi Serene,

Our plan is to keep the fence on federal property as much as possible. However, it will need to occupy some city sidewalks, particularly along Pearl Street and 7th Street. Please see the photos below for reference.

Starting at the secure vehicle well parking area, the sidewalk remains on federal property until just after the bollards. At that point, the fence will turn west onto the city sidewalk along Pearl Street.

Continuing from that location, the fence will be installed on the sidewalk until it connects to the plaza. We will provide a designated space for protesters to exercise their First Amendment rights by utilizing the lower "free speech plaza." From the plaza we will connect the fence along the city sidewalk of 7th st. where it will connect back onto Federal property and finish against the South tower.

***Overhead View***




***The secure Fence will connect the Vehicle parking well along federal property, until after the bollards. The Fence will move west onto the city and continue South until it connects to the lower plaza.***



***The lower plaza will be fenced off to provide the public a space to exercise peaceful protest activities.***



***Continuing with the above photo the plaza delineation will connect to the 7th st sidewalk and continue east until it hits the corner of 7th and High.***





***Corner of 7th and high where the fencing will connect to the South tower of the Federal Building.***




U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

On Thu, Feb 5, 2026 at 9:07 AM Serene Wetzel - PT1E <serene.wetzel@gsa.gov> wrote:

Hi Ryan,

Do you have any information on how far we will be encroaching on the City's sidewalk for the right of way? Do we have a map or visual of where the GSA's property line falls? Joel and I will work on developing a letter for Russell's signature, but need some of this information.

Thanks

**Serene Wetzel**
Branch Chief, West & Rocky Mountains Division
Office of Portfolio Management
50 United Nations Plaza, Mail Box 9
San Francisco, CA 94102-4912
mobile (415) 264-4200 | serene.wetzel@gsa.gov

On Thu, Feb 5, 2026 at 8:09 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Good Morning,

I had a conversation with the Eugene Police Department leadership yesterday and they are wanting to help push our message to the City of Eugene. Feel free to reach out to Mr. Ware to coordinate this effort.

Michael R. Ware
Lieutenant - Patrol Division
Mobile Response Team (MRT)
300 Country Club Road
Eugene, Oregon 97401
(541)682-8471 work
(541)517-7942 cell
Michael.R.Ware@ci.eugene.or.us

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

February 12, 2026

Matt Rodrigues, P.E.
City Manager Pro Tem
500 East 4th Avenue, Suite 302
mrodrigues@eugene-or.gov

**Sent via email**

Dear Mr. Rodrigues,

The General Services Administration (GSA) is writing to formally notify you of our intent to install a temporary security barrier system along the West, South, and East perimeters of the Eugene Federal Building, located at 211 E. 7th Street. This immediate measure is necessary to ensure the security of the building and its occupants, particularly following the recent protests and the subsequent breach of the building's lobby over the weekend of January 31st.

The installation of these temporary security barriers may require a temporary easement on the city's right-of-way sidewalk, primarily along Pearl Street and 7th Street. This may also necessitate an approved traffic control plan for the security fencing installation.

We understand this temporary measure may impact public space. We will be in contact shortly if there is a need to coordinate a temporary right-of-way agreement and/or a traffic control plan. We appreciate your cooperation in this urgent security matter.

Sincerely,

Russell Larson
Director, West and Rocky Mountains Division
Office of Portfolio Management
Public Buildings Service


East 6th Avenue
East 6th Av
P
US
GOVERNMENT
Pearl Street
High Street
East 7th Avenue

Feb 13, 2026

# Eugene FSC Meeting

Invited Shubrah Varma [redacted] [redacted] Gentapanan Justin Nolan M Jennifer Watson Melanie Omeara Tim Plunkett [redacted] Annus, Scott L NWP [redacted] Lindsey Bryant Owen, E William CIV USARMY Cenwp Brown Theresa L Wendy Vasquez Ryan Anderson (10PSSF) Turner, William W Miguel Perez Bradley, John V. (ROS) John Penna Bengtson, Dustin E CIV (USA) [redacted] Hall, Leslie Jason D Weiss Lenora Ainsworth Cynthia Haynes Edward Tsui [redacted] Lai, Alexander ~~Ed Tsui~~ ~~Aimee Koontz~~

Attachments Eugene FSC Meeting

Meeting records Transcript

## Summary

FPS [redacted] provided an operational brief regarding a planned school walkout and protest expected near the facility, noting that a sizable FPS and special teams presence will encourage protestors to leave early if numbers grow large. Ryan Anderson - PMBD updated the participants on the security fencing project, including the procurement strategy and award hoped for within the next week, the leaked letter to the city of Eugene for a right-of-way permit, and plans to release a vague statement regarding perimeter fencing and a final timeline upon availability. Ryan Anderson - PMBD also mentioned facility hardening plans, including fixing broken windows, submitting a request for the main lobby, and Title Six operations with new exterior perimeter signage to address issues with congregating and harassing on federal property. Dustin Bengtson, USACE inquired about the fence layout not encompassing the east entrance, which Ryan Anderson - PMBD explained was for ADA access, and FPS [redacted] noted that the fence's impact on protest activity is uncertain but that training and

enforcement with prosecution assurance from the US attorney's office will address congregating outside the directed plaza area.

## Details

- **Operational Brief and Planned Protest** FPS [redacted] provided an operational brief, noting a planned school walkout and protest expected near the facility today, which typically leads to gatherings at the building (00:00:00). FPS [redacted] stated that they are maintaining a sizable footprint of FPS and special teams and will encourage people to leave early if large numbers of protestors arrive (00:01:34). The morning and early afternoon hours have generally been safe for facility occupants (00:00:00).
- **Security Fencing Update and Project Status** Ryan Anderson - PMBD updated the group on the security fencing project, stating that the project manager is working on acquisition and procurement strategy, with an award hoped for within the next week (00:01:34). GSA reached out to the city of Eugene for a memorandum agreement or right-of-way permit to block sidewalks on Pearl and 7th Avenue, a letter which was immediately leaked to the media. Ryan Anderson - PMBD is working on a vague statement regarding the perimeter fencing to ensure occupant and infrastructure safety, and will brief a final timeline and project schedule upon availability (00:02:36).
- **Building Hardening and Safety Measures** Ryan Anderson - PMBD mentioned that once the fence is up, they plan to fix miscellaneous broken windows throughout the facility (00:02:36). A project request for hardening the main lobby has officially been submitted (00:03:57). Ryan Anderson - PMBD also stated that Title Six has officially gone into operation status, and they will work on getting signage up on the exterior perimeter to help address issues with congregating and harassing on federal property (00:06:07).
- **Fence Layout, Enforcement, and Designated Protest Area** Dustin Bengtson, USACE inquired about the fence layout and the expected outcome, specifically noting that the east entrance by the employee parking lot would not be encompassed. Ryan Anderson - PMBD explained this was necessary to ensure ADA access into the facility (00:03:57). FPS [redacted] noted that the final impact of the fence on protest activity is uncertain until it is up, but they plan to use PSOS to facilitate alternate employee entrances (00:05:07). FPS [redacted]

emphasized that there will be a period of training for the public regarding what will be tolerated, and if protesters congregate outside the directed plaza area, action will be taken, with assurance from the US attorney's office that arrests will be prosecuted (00:06:07).

- **Future Meeting and Communication** Ryan Anderson - PMBD scheduled the next meeting for the following Friday at 10:00 . They stated that if any urgent information needs to be disseminated, themself will do so on behalf of the designated official, Commander Turner, and FPS, and welcomed suggestions for communication protocols other than email .

## Suggested next steps

- [ ] Ryan Anderson - PMBD will set up another meeting for next Friday at 10:00, and will put out any necessary updates on behalf of the designated official, Commander Turner, and FPS.
- [ ] Ryan Anderson - PMBD will brief the group on the final timeline and project schedule for the security fencing as soon as the information is available.
- [ ] Ryan Anderson - PMBD will start working on all the miscellaneous broken windows throughout the facility once the fence goes up.
- [ ] Ryan Anderson - PMBD will work on getting signage up on the exterior perimeter now that Title Six has officially gone into operation status.

*You should review Gemini's notes to make sure they're accurate. Get tips and learn how Gemini takes notes*

*Please provide feedback about using Gemini to take notes in a short survey.*

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# RFQ No.47PD5426Q0008 , Concrete Security Barriers

1 message

**Anthony Chance - PQCD** <anthony.chance@gsa.gov> Thu, Feb 19, 2026 at 3:55 PM
To: Brian Andrews <brian@premierglobalproduction.com>
Cc: Henry Huynh - PQCD <henry.huynh@gsa.gov>, Justin Schoenberg - PXAGE <justin.schoenberg@gsa.gov>, Ryan Anderson - PMBD <ryan.anderson@gsa.gov>

The Request for Quote (RFQ) has been issued and is available in the attached WINZIP file. The password for the file will be provided in a separate email.

Please note that due to the unusual and compelling nature of this requirement, the deadline for Requests for Information (RFI) is Tuesday, February 24, at 11:00 AM local time. Formal proposals must be submitted by Tuesday, March 03, 2026, at 4:00 PM local time.

Note: Submit Proposal and RFIs to Contracting Officer Henry Huynh at henry.huynh@gsa.gov

Respectfully,
Anthony Chance J.D
Contracting Specialist
Acquisition Project Delivery Contracting Division - West
333 W. Broadway
San Diego, CA 92101
(415) 269-0209

**47PD5426Q0008.zipx**
11518K

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: Eugene Federal Building Temporary Fencing

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Feb 26, 2026 at 8:19 AM
To: ROTH Mina <MRoth@eugene-or.gov>
Cc: GRANT Ryan J <RGrant@eugene-or.gov>

Good Morning Mina / Ryan,

Thank you for meeting with me this morning for the site walk. I found the discussion to be very productive in establishing a clear path forward for the temporary fencing project at the Eugene Federal Building. As promised, I've attached a draft property survey and working map, currently under review by the County, for your reference.

To summarize our discussion and facilitate the permitting process, please consider the following key points:

**Duration and Purpose:** The temporary fence is required for approximately two years to protect the building, employees, and facilitate repairs to damaged structures.
**7th Street:** To ensure ADA compliance with the 4-foot clear path requirement, the fencing will be placed on Federal property along 7th Street.
**Pearl Street:**
**Option 1 (Proposed Closure):** The section of Pearl Street from the plaza heading north to the property line (adjacent to the bollards) would be closed. We understand a right-of-way permit would be required for this option.
**Option 2 (Alternative ):** We are actively exploring terminating the fence at the existing concrete wall foundation along Pearl Street. This alternative could eliminate the need for a closure and the associated right-of-way permit.
**Permitting:** We understand a right-of-way permit will be required for Pearl Street if Option 1 (closure) is pursued. We are prepared to submit the necessary application and documentation promptly if this becomes the necessary course of action. As you stated, please provide a requirement template for this action so we can get it right the first time.

We appreciate the City's coordination and cooperation on this project. Please let us know if you require any further information or have any questions regarding this proposal. We look forward to your guidance as we move forward.

I have also included an example of the fencing to be installed. Please note that eco-blocks will not be installed on the public-facing side.



U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 10:38 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

> Confirmed, thank you!

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 10:37 AM ROTH Mina <MRoth@eugene-or.gov> wrote:

> Hi Ryan,
>
> Ryan and I will meet you at the parking lot at 7am tomorrow. Looking forward to meeting you.
>
> All the best,
>
> Mina Roth
>
> Permit Review Manager
>
> Planning & Development Department – Building & Permit Services
>
> mroth@eugene-or.gov
>
> 541-682-8385
>
> ---
>
> **From:** Ryan Anderson - PMBD <ryan.anderson@gsa.gov>
> **Sent:** Wednesday, February 25, 2026 9:51 AM
> **To:** Russell Larson - PT1E <russell.larson@gsa.gov>
> **Cc:** ROTH Mina <MRoth@eugene-or.gov>; GRANT Ryan J <RGrant@eugene-or.gov>
> **Subject:** Re: Eugene Federal Building Temporary Fencing
>
> You don't often get email from ryan.anderson@gsa.gov. Learn why this is important
>
> [EXTERNAL ⚠️]
>
> Hi Russell,
>
> Mina and I spoke earlier this morning and are coordinating a site visit to address any questions the City may have regarding the project and required permits.

Thank you for your efforts!

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 9:39 AM Russell Larson - PT1E <russell.larson@gsa.gov> wrote:

Hello Mina,

I am adding Ryan Anderson, the GSA Facility Manager for this location, who can provide details on the fencing type, potential dimensions, estimate duration, and coordinate a site walk of the plan. We should have our fencing contractor on board shortly; They will be responsible for officially submitting the required permits.

Our plan is to keep the fence on federal property as much as possible. However, it will need to occupy some city sidewalks, particularly along Pearl Street and 7th Street. Please see the photos below for reference. I have also attached the site plan that includes the property line and highlights the proposed fencing location. The blue denotes where the fence is on Federal Property and red indicates where we believe it will impact City property.

**Narrative of the Fencing Plan:**

Starting at the secure vehicle well parking area, the sidewalk remains on federal property until just after the bollards. At that point, the fence will turn west onto the city sidewalk along Pearl Street.

Continuing from that location, the fence will be installed on the sidewalk until it connects to the plaza. We will provide a designated space for protesters to exercise their First Amendment rights by utilizing the lower "free speech plaza." From the plaza we will connect the fence along the city sidewalk of 7th st. where it will connect back onto Federal property and finish against the South tower.

***Overhead View***




***The secure Fence will connect the Vehicle parking well along federal property, until after the bollards. The Fence will move west onto the city and continue South until it connects to the lower plaza.***



***The lower plaza will be fenced off to provide the public a space to exercise peaceful protest activities.***



***Continuing with the above photo the plaza delineation will connect to the 7th st sidewalk and continue east until it hits the corner of 7th and High.***





***Corner of 7th and high where the fencing will connect to the South tower of the Federal Building.***




-----------------

**Russell Larson** | Director, West and Rocky Mountains Division

Office of Portfolio Management

Public Buildings Service

50 United Nations Plaza, Mailbox 9

San Francisco, CA. 94102-4912

808.292.3574 | russell.larson@gsa.gov

On Tue, Feb 24, 2026 at 9:13 AM ROTH Mina <MRoth@eugene-or.gov> wrote:

> Hi Russell,
>
> Checking in to see when you think you'll have the requested info over to us so we can plan accordingly.
>
> All the best,
>
> Mina
>
> All the best,
>
> Mina
>
> ---
>
> **From:** ROTH Mina <MRoth@eugene-or.gov>
> **Sent:** Friday, February 20, 2026 3:00:40 PM
> **To:** Russell Larson - PT1E <russell.larson@gsa.gov>

**Cc:** GRANT Ryan J <RGrant@eugene-or.gov>
**Subject:** Re: Eugene Federal Building Temporary Fencing

Russell,

It was great to chat with you this afternoon. Please send the additional info we discussed such as a site plan that includes property lines and where the intended fencing is desired to be installed, intended dimensions and materials of the fencing, and the contact for whom you want us to schedule a site visit with. We'll try to set something up for next week if there's availability and let you know what we find.

I've copied Ryan Grant, whose team reviews right of way use permits.

Have a great weekend.

All the best,

Mina Roth

---

**From:** ROTH Mina <MRoth@eugene-or.gov>
**Sent:** Friday, February 20, 2026 10:51 AM
**To:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>; Russell Larson - PT1E <russell.larson@gsa.gov>
**Cc:** OLSON Kris D <KOlson@eugene-or.gov>; HUNTER Alissa <AHunter@eugene-or.gov>
**Subject:** RE: Eugene Federal Building Temporary Fencing

Hi Russell,

I left you a voicemail to touch base about this. My team is happy to assist you and have some questions that will help us determine next steps. Let me know if you have time this afternoon to discuss this further.

All the best,
Mina Roth
Permit Review Manager
Planning & Development Department – Building & Permit Services
mroth@eugene-or.gov
541-682-8385

---

**From:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>
**Sent:** Friday, February 20, 2026 10:36 AM
**To:** Russell Larson - PT1E <russell.larson@gsa.gov>; ROTH Mina <MRoth@eugene-or.gov>
**Cc:** OLSON Kris D <KOlson@eugene-or.gov>; HUNTER Alissa <AHunter@eugene-or.gov>
**Subject:** RE: Eugene Federal Building Temporary Fencing

Hello, Russell.

The best point of contact would be Mina Roth, our Permit Review Manager for Building Permit Services, Mina is cc'd on this email and her email address is mroth@eugene-or.gov and her phone number is 541-682-8385.

Thank you,
Matt Rodrigues, P.E. *(he/him)*

City Manager Pro Tem
City of Eugene
*Ph: 541-682-5930*
mrodrigues@eugene-or.gov

---

**From:** Russell Larson - PT1E <russell.larson@gsa.gov>
**Sent:** Thursday, February 19, 2026 7:08 PM
**To:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>
**Subject:** Eugene Federal Building Temporary Fencing

---

**2 attachments**

**7556_7thAve_OE88-Survey Draft.pdf**
481K

**7556_WorkMap_Signed.pdf**
96K

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: Eugene Federal Building Temporary Fencing

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Mar 5, 2026 at 1:25 PM
To: doug.k.singer@ci.eugene.or.us
Cc: RODRIGUES Matt J <MRodrigues@eugene-or.gov>, GRANT Ryan J <rgrant@eugene-or.gov>, ROTH Mina <mroth@eugene-or.gov>, Russell Larson - PT1E <russell.larson@gsa.gov>, Henry Huynh - PQCD <henry.huynh@gsa.gov>

Good Afternoon,

I'm following up on the email I sent on February 26th regarding the Pearl Street right-of-way permit. I understand you're likely very busy, and I appreciate you taking the time to look into this.

We hope to move forward with awarding the project soon. We've found a solution to avoid closing the 7th Street sidewalk, which is great news! To keep things moving smoothly, we were hoping you could provide some guidance on the following:

**City of Eugene requirements** for a potential Pearl Street sidewalk closure from the Federal Building Plaza to the intersection of Federal Property near the bollards.
**Timeline estimates** for the permit approval process.
**Associated costs** for all required permits and fees.

As a reminder, GSA is ready to award this contract, and our contractor is prepared to submit the right-of-way application, including a comprehensive traffic control plan for any necessary lane closures on Pearl Street (we've avoided the need to close 7th Street). The fence installation is planned for nighttime and early morning hours to minimize disruption.

This security fencing is important for two key reasons:

Enhancing employee and infrastructure safety and security.
Creating a safe work environment for essential building repairs.

The fence installation may remain in place for up to two years; the exact removal date depends on the completion of building repairs and security assessments.

During my visit to the Eugene permit office, I spoke with Mina, who kindly mentioned that this matter had been referred to Doug Singer for further assistance.

Given the project's timeline, we would be very grateful for any information you can provide at your earliest convenience. Your assistance in facilitating the project's commencement would be greatly appreciated.

Thank you for your time and attention to this.

**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Mon, Mar 2, 2026 at 12:58 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Hi Mina and Ryan,

I am interested in moving forward quickly with this project. Could one of you please reach out to me regarding the next steps? I also left voicemails for both of you last week.

Thank you,

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Thu, Feb 26, 2026 at 8:19 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Good Morning Mina / Ryan,

Thank you for meeting with me this morning for the site walk. I found the discussion to be very productive in establishing a clear path forward for the temporary fencing project at the Eugene Federal Building. As promised, I've attached a draft property survey and working map, currently under review by the County, for your reference.

To summarize our discussion and facilitate the permitting process, please consider the following key points:

- **Duration and Purpose:** The temporary fence is required for approximately two years to protect the building, employees, and facilitate repairs to damaged structures.
- **7th Street:** To ensure ADA compliance with the 4-foot clear path requirement, the fencing will be placed on Federal property along 7th Street.
- **Pearl Street:**
- **Option 1 (Proposed Closure):** The section of Pearl Street from the plaza heading north to the property line (adjacent to the bollards) would be closed. We understand a right-of-way permit would be required for this option.
- **Option 2 (Alternative ):** We are actively exploring terminating the fence at the existing concrete wall foundation along Pearl Street. This alternative could eliminate the need for a closure and the associated right-of-way permit.
- **Permitting:** We understand a right-of-way permit will be required for Pearl Street if Option 1 (closure) is pursued. We are prepared to submit the necessary application and documentation promptly if this becomes the necessary course of action. As you stated, please provide a requirement template for this action so we can get it right the first time.

We appreciate the City's coordination and cooperation on this project. Please let us know if you require any further information or have any questions regarding this proposal. We look forward to your guidance as we move forward.

I have also included an example of the fencing to be installed. Please note that eco-blocks will not be installed on the public-facing side.



U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 10:38 AM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

> Confirmed, thank you!

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 10:37 AM ROTH Mina <MRoth@eugene-or.gov> wrote:

Hi Ryan,

Ryan and I will meet you at the parking lot at 7am tomorrow. Looking forward to meeting you.

All the best,

Mina Roth

Permit Review Manager

Planning & Development Department – Building & Permit Services

mroth@eugene-or.gov

541-682-8385

---

**From:** Ryan Anderson - PMBD <ryan.anderson@gsa.gov>
**Sent:** Wednesday, February 25, 2026 9:51 AM
**To:** Russell Larson - PT1E <russell.larson@gsa.gov>
**Cc:** ROTH Mina <MRoth@eugene-or.gov>; GRANT Ryan J <RGrant@eugene-or.gov>
**Subject:** Re: Eugene Federal Building Temporary Fencing

You don't often get email from ryan.anderson@gsa.gov. Learn why this is important

[EXTERNAL ⚠️]

Hi Russell,

Mina and I spoke earlier this morning and are coordinating a site visit to address any questions the City may have regarding the project and required permits.

Thank you for your efforts!

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 25, 2026 at 9:39 AM Russell Larson - PT1E <russell.larson@gsa.gov> wrote:

Hello Mina,

I am adding Ryan Anderson, the GSA Facility Manager for this location, who can provide details on the fencing type, potential dimensions, estimate duration, and coordinate a site walk of the plan. We should have our fencing contractor on board shortly; They will be responsible for officially submitting the required permits.

Our plan is to keep the fence on federal property as much as possible. However, it will need to occupy some city sidewalks, particularly along Pearl Street and 7th Street. Please see the photos below for reference. I have also attached the site plan that includes the property line and highlights the proposed fencing location. The blue denotes where the fence is on Federal Property and red indicates where we believe it will impact City property.

**Narrative of the Fencing Plan:**

Starting at the secure vehicle well parking area, the sidewalk remains on federal property until just after the bollards. At that point, the fence will turn west onto the city sidewalk along Pearl Street.

Continuing from that location, the fence will be installed on the sidewalk until it connects to the plaza. We will provide a designated space for protesters to exercise their First Amendment rights by utilizing the lower "free speech plaza." From the plaza we will connect the fence along the city sidewalk of 7th st. where it will connect back onto Federal property and finish against the South tower.

***Overhead View***




***The secure Fence will connect the Vehicle parking well along federal property, until after the bollards. The Fence will move west onto the city and continue South until it connects to the lower plaza.***



***The lower plaza will be fenced off to provide the public a space to exercise peaceful protest activities.***



***Continuing with the above photo the plaza delineation will connect to the 7th st sidewalk and continue east until it hits the corner of 7th and High.***





***Corner of 7th and high where the fencing will connect to the South tower of the Federal Building.***




-----------------

**Russell Larson** | Director, West and Rocky Mountains Division

Office of Portfolio Management

Public Buildings Service

50 United Nations Plaza, Mailbox 9

San Francisco, CA. 94102-4912

808.292.3574 | russell.larson@gsa.gov

On Tue, Feb 24, 2026 at 9:13 AM ROTH Mina <MRoth@eugene-or.gov> wrote:

> Hi Russell,
>
> Checking in to see when you think you'll have the requested info over to us so we can plan accordingly.
>
> All the best,
>
> Mina
>
> All the best,
>
> Mina
>
> ---
>
> **From:** ROTH Mina <MRoth@eugene-or.gov>
> **Sent:** Friday, February 20, 2026 3:00:40 PM
> **To:** Russell Larson - PT1E <russell.larson@gsa.gov>

**Cc:** GRANT Ryan J <RGrant@eugene-or.gov>
**Subject:** Re: Eugene Federal Building Temporary Fencing

Russell,

It was great to chat with you this afternoon. Please send the additional info we discussed such as a site plan that includes property lines and where the intended fencing is desired to be installed, intended dimensions and materials of the fencing, and the contact for whom you want us to schedule a site visit with. We'll try to set something up for next week if there's availability and let you know what we find.

I've copied Ryan Grant, whose team reviews right of way use permits.

Have a great weekend.

All the best,

Mina Roth

---

**From:** ROTH Mina <MRoth@eugene-or.gov>
**Sent:** Friday, February 20, 2026 10:51 AM
**To:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>; Russell Larson - PT1E <russell.larson@gsa.gov>
**Cc:** OLSON Kris D <KOlson@eugene-or.gov>; HUNTER Alissa <AHunter@eugene-or.gov>
**Subject:** RE: Eugene Federal Building Temporary Fencing

Hi Russell,

I left you a voicemail to touch base about this. My team is happy to assist you and have some questions that will help us determine next steps. Let me know if you have time this afternoon to discuss this further.

All the best,
Mina Roth
Permit Review Manager
Planning & Development Department – Building & Permit Services
mroth@eugene-or.gov
541-682-8385

---

**From:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>
**Sent:** Friday, February 20, 2026 10:36 AM
**To:** Russell Larson - PT1E <russell.larson@gsa.gov>; ROTH Mina <MRoth@eugene-or.gov>
**Cc:** OLSON Kris D <KOlson@eugene-or.gov>; HUNTER Alissa <AHunter@eugene-or.gov>
**Subject:** RE: Eugene Federal Building Temporary Fencing

Hello, Russell.

The best point of contact would be Mina Roth, our Permit Review Manager for Building Permit Services, Mina is cc'd on this email and her email address is mroth@eugene-or.gov and her phone number is 541-682-8385.

Thank you,
Matt Rodrigues, P.E. *(he/him)*

City Manager Pro Tem
City of Eugene
*Ph: 541-682-5930*
mrodrigues@eugene-or.gov

---

**From:** Russell Larson - PT1E <russell.larson@gsa.gov>
**Sent:** Thursday, February 19, 2026 7:08 PM
**To:** RODRIGUES Matt J <MRodrigues@eugene-or.gov>
**Subject:** Eugene Federal Building Temporary Fencing

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

---

## NOTICE : Federal Building Protest Saturday March 14th

1 message

---

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Mar 12, 2026 at 12:00 PM
To: [redacted]r@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, [redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, Ed Tsui <Etsui@maxsent.com>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, "[redacted]@fps.dhs.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Theresa Brown <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Greetings FSC,

A large protest is scheduled for Saturday, March 14, 2026, at 12:00 PM PDT at the Eugene Federal Building.

*The event aims to "Join each other in Solidarity- NO ICE CENTERS. Eugene and Springfield stand with Newport to say no to ICE centers! NO HATE. NO FEAR. IMMIGRANTS ARE WELCOME HERE!", with an unknown number of attendees expected.*

**Flyer being circulated**




**U.S. General Services Administration**

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E 8th Ave Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan anderson@gsa gov | www gsa gov

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Fencing on private property

1 message

**GRANT Ryan J** <RGrant@eugene-or.gov> Mon, Mar 16, 2026 at 2:19 PM
To: "ryan.anderson@gsa.gov" <ryan.anderson@gsa.gov>

Hi Ryan,

I have attached our Right of Way Use Permit Application for your lane closure proposals on both Pearl St and 7th Ave. My understanding is that this will be for one night. You will need 2 lanes on 7th Ave and 1 lane on Pearl St. Your proposed times are 8pm to 8am. Below is a list of our additional requirements. Once you have everything complete, please send to me.

Additional requirements for approval of the permit application include:

- **Licensed contractor** to perform the work.
- **Certificate of Liability Insurance (COLI)** must be on file w/ the following characteristics:
  - **Certificate Holder**:
    - City of Eugene – Attn: PW Permit & Information Center

99 W 10th Ave Eugene, OR 97401

0. **Additionally Insured**: City of Eugene
1. Occurrence: $2M
2. Aggregate: $3M

0. Occurrence or Aggregate requirements can be met with either of the below alternatives:
   1. Umbrella Liability + Occurrence = $2M **and** Umbrella Liability + Aggregate = $3M
   2. Excess Liability per Occurrence + Occurrence $2M **and** Aggregate = $3M

1. **Traffic Control Plans** (TCP) and **Temporary Pedestrian Access Routes** (TPAR) with the following information (more may be required):
   0. Site plan showing entire closure (may need to be to scale)
      0. Clearly drawn to facilitate easy review and field interpretation. Using satellite images or other maps as a starting point is permissible.
      1. **Traffic sign locations**, spacing and facing directions demonstrated on site plan
      2. **Taper lengths** (if any)
      3. **North arrow** and
      4. **Street names**
      5. **Contractor details:**
         1. Contractor
         2. Project name (if applicable)
         3. Contact name
         4. Phone number
      6. Minimum open space of 4 inches by 4 inches for any needed City notes

7. **Sign Quantity Summary Table** - total number of each sign type to be used
8. **Legend** as needed

Respectfully,

**Ryan Grant**

City of Eugene, Permit Review & Erosion Supervisor

City of Eugene | Planning & Development | Building & Permit Services

99 W 10th Ave, Eugene, OR 97401

Cell Phone: 541-510-5054

---

**Right-Of-Way Use Permit Application CONDITIONS OF APPROVAL.pdf**
182K

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: FW: PDFO-- Eugene Fence/Security Update

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Tue, Mar 17, 2026 at 7:25 AM
To: Jennifer Feliciano - PCDA <jennifer.feliciano@gsa.gov>
Cc: Jackie Peters - PMBD <jackie.peters@gsa.gov>

Good Morning Jennifer,

The security fence project remains my top priority, and I've been actively working to advance it.

The primary challenge stems from the City of Eugene, which indicated it will not permit us to close sidewalks for the installation of this security fence. This has effectively politicized the issue.

Consequently, we've been collaborating closely with our contractor. As of yesterday, they developed an alternative installation plan. The original fence design required a continuous, flat surface, such as a sidewalk. Due to the City's refusal to issue a right-of-way permit, we had to redesign the system to accommodate various elevation changes.

I requested a worst-case completion estimate from the contractor, and they anticipate the fencing will be fully installed within four weeks.

I will provide further updates as the project progresses.

Thank you for reaching out.


GSA U.S. General Services Administration

**Ryan Anderson**
Facility Manager
Oregon Field Office
Office of Facility Management
Public Buildings Service
405 E. 8th Ave. Suite 2500
Eugene, OR. 97401
(541) 510-7691
ryan.anderson@gsa.gov | www.gsa.gov


On Tue, Mar 17, 2026 at 5:50 AM Jennifer Feliciano - PCDA <jennifer.feliciano@gsa.gov> wrote:

> Good morning Jackie and Ryan,
>
> I just wanted to touch base with you both to let you know that FBI reached out about the protective fence in Eugene. This is a big priority for them, and they wanted to see if there is anything that can be done to provide support for this project to ensure the project finishes quickly. Please let me know if you need anything to help move this forward. Here to help if anything is needed.
>
> Thank you.

**Jennifer Feliciano**
Branch Chief, Law Enforcement Division (DOJ)
Office of Client Strategy
Public Buildings Service
(303) 358-8851
Jennifer.Feliciano@gsa.gov | www.gsa.gov

---------- Forwarded message ---------
From: **Catherine Shaw** <cshaw@fbi.gov>
Date: Mon, Mar 16, 2026 at 2:52 PM
Subject: FW: PDFO-- Eugene Fence/Security Update
To: jennifer.feliciano@gsa.gov <jennifer.feliciano@gsa.gov>
Cc: Mary Anderson <MCAnderson3@fbi.gov>

Hi Jennifer,

Would you also mind looking into this one to see if GSA HQ can provide support to the local GSA building manager? The fence is to protect the federal building damaged by protesters earlier this year. The original install date was mid-March, but it's slipped to mid-April.

Thank you!

Cat

---

**From:** Hinders, David Justin (FFD) (CON) <DJHINDERS@fbi.gov>
**Sent:** Monday, March 16, 2026 3:56 PM
**To:** Shaw, Catherine Alexandra (FFD) (FBI) <cshaw@fbi.gov>; Skrab, Samantha E. (FFD) (FBI) <sskrab@fbi.gov>
**Cc:** Rivas, Ada Patricia (FFD) (FBI) <APRIVAS@fbi.gov>; Voruz, Natalie Ann (PD) (FBI) <navoruz@fbi.gov>; Hinders, David Justin (FFD) (CON) <DJHINDERS@fbi.gov>
**Subject:** Re: PDFO-- Eugene Fence/Security Update

I just received an update from the GSA building manager who advised that the city of Eugene has been difficult to work with in obtaining approvals for the temporary fence. They have developed a plan acceptable to the city. GSA has a contractor on board and the tentative completion date for the install is April 15. He said the Portland ASAC has been assisting in conversations with the city for which he is very grateful.

We will keep you posted and provided pictures upon completion of the project.

David

---

**From:** Hinders, David Justin (FFD) (CON) <DJHINDERS@fbi.gov>
**Sent:** Thursday, February 12, 2026 11:43 AM
**To:** Shaw, Catherine Alexandra (FFD) (FBI) <cshaw@fbi.gov>; Skrab, Samantha E. (FFD) (FBI) <sskrab@fbi.gov>
**Cc:** Hinders, David Justin (FFD) (CON) <DJHINDERS@fbi.gov>
**Subject:** PDFO-- Eugene Fence/Security Update

FYSA Here is the latest on Eugene RA fence security project.

David

---

**From:** Ryan Anderson - PMBD <ryan.anderson@gsa.gov>
**Sent:** Thursday, February 12, 2026 11:37 AM
**To:** Hinders, David Justin (FFD) (CON) <DJHINDERS@fbi.gov>
**Cc:** Nash, J. Patrick (PD) (FBI) <jpnash@fbi.gov>; Voruz, Natalie Ann (PD) (FBI) <navoruz@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Re: Eugene Fence/Security Update

Hi David,

We are currently working through the contract process. Once a milestone is reached, I will provide an update to all tenants.

Thank you,

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Wed, Feb 11, 2026 at 9:34 AM David Hinders <DJHINDERS@fbi.gov> wrote:

> Our leadership is asking for an update on the perimeter security at your office. Have you sent out any updates to the Tenants that you can forward? If not, could you shoot us something by noon tomorrow?
>
> Thanks
>
> David

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: Eugene FB Security Fence Project OR0051

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Mar 19, 2026 at 8:51 AM
To: Brad Harrison - PCDA <brad.harrison@gsa.gov>
Cc: Jackie Peters - PMBD <jackie.peters@gsa.gov>, Frederick Yan <frederick.yan@gsa.gov>

Good morning Brad,

The security fence project has been presented to the entire Facility Security Committee, including the DEA. We have another FSC update scheduled for today, which will provide details on the installation currently set for approximately April 10th.

Additionally, FPS will be presenting a BSAC vote regarding after-hours security, which is not currently in place. Other updates include a parking lot fence project and a secure well parking fence installation, for which ICE is currently seeking funding for the secure well area.

Feel free to call me if you have any questions or concerns.

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Thu, Mar 19, 2026 at 8:45 AM Brad Harrison - PCDA <brad.harrison@gsa.gov> wrote:

> Hello Ryan - Jennifer Feliciano provided me with the latest on the perimeter security fence project at the Eugene FB, 211 E. 7th Ave.
>
> Could you please let me know if DEA is aware of this project and if you have had the chance to discuss it with them? They recently inquired about relocating due to security concerns, so any information you can provide regarding their involvement or awareness would be greatly appreciated.
>
> Best regards,
> Brad
>
> --

**Bradley Harrison**
Senior Client Strategist, Law Enforcement Division (DOJ)
Office of Client Strategy
Public Buildings Service
C: 202-302-5396
brad.harrison@gsa.gov | www.gsa.gov

Ryan Anderson - PMBD <ryan.anderson@gsa.gov>

# Re: Update on Eugene

1 message

**Justin Schoenberg - PXAGE** <justin.schoenberg@gsa.gov> Thu, Apr 9, 2026 at 8:47 AM
To: Mel Lukens <mlukens@barricadeintl.com>
Cc: Brian Andrews <brian@premierglobalproduction.com>, Ryan Anderson - 10PMAB <ryan.anderson@gsa.gov>

Good Morning,
Thank you for confirming that you can substantially complete this project by May 1st. Of course, the sooner the better so please let us know if we can expedite the process.

Once you have an award, please provide a schedule with the following milestone dates:

1. Mobilize onsite to set up the laydown yard fencing.
2. Starting arrival date for fencing delivery to the laydown yard. (Basically the start of trucking).
3. Landscape modifications and tree removal.
4. Fencing erect date
5. Substantial completion date
6. Demobilize offsite

On Thu, Apr 9, 2026 at 6:49 AM Mel Lukens <mlukens@barricadeintl.com> wrote:

> Justin,
>
> We are working on the puzzle pieces for Eugene.
>
> As I mentioned yesterday on the phone, we are waiting on an executed contract for our project at the Eugene Federal Building.
>
> Having taken a look at the elements, if all goes well, we should be able to complete the project on or before May 1.
>
> As I'm sure you appreciate, there are a couple items that we have yet to confirm, but, barring any unforeseen circumstances, this should be realistic.
>
> Cheers,
>
> **Mel Lukens**
>
> Barricade International
>
> Mobile: 703.980.5990

--

**U.S. General Services Administration**

Justin Schoenberg
Project Manager
Office of Program and Project Management
Federal and Leased Project Office
Phone Number: (253) 365-1393

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Fwd: GSA EASi: Award Approved - 47PD5426C0005

1 message

**Justin Schoenberg - PXAGE** <justin.schoenberg@gsa.gov> Fri, Apr 10, 2026 at 7:03 AM
To: Ryan Anderson - 10PMAB <ryan.anderson@gsa.gov>

Fencing is awarded.

I'll get some more scheduling information soon.

---------- Forwarded message ---------
From: **easi.admin@gsa.gov** <easi.admin@gsa.gov>
Date: Thu, Apr 9, 2026 at 3:48 PM
Subject: GSA EASi: Award Approved - 47PD5426C0005
To: Angie Poon <angie.poon@gsa.gov>, Anthony Chance <anthony.chance@gsa.gov>, Doreen Waltrich <doreen.waltrich@gsa.gov>, Henry Huynh <henry.huynh@gsa.gov>, Justin Schoenberg <justin.schoenberg@gsa.gov>

Award 47PD5426C0005 has been approved.

**Routing Justification:** Contracting Officer Approval

| | |
|---|---|
| **Award Number:** | 47PD5426C0005 |
| **Award Title:** | Concrete Security Barriers |
| **Owner:** | Anthony Chance |
| **Base and All Options Value (Total Contract Value):** | $269,225.00 |
| **Obligated Value:** | $269,225.00 |
| **Option(s) Value:** | $0.00 |
| **Solicitation PIID:** | 47PD5426Q0008 |
| **Vendor Name:** | PREMIER GLOBAL PRODUCTION COMPANY INC |
| **Award Form:** | SF1449 |
| **Effective Date:** | |
| **Completion Date:** | 05/09/2026 |

To view the Award use the link provided below:
Link to Award Dashboard

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Urgent Update: Fence Installation Postponement - Unexplained City of Eugene Permit Delay

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Apr 23, 2026 at 1:33 PM
To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, [redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, Ed Tsui <Etsui@maxsent.com>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Theresa Brown <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>, Jackie Peters - PMBD <jackie.peters@gsa.gov>, Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>

FSC,

This email is to inform you that the fence installation, originally planned for the night of April 28th, must be postponed. While we had hoped to secure the necessary permit before this notification, it's critical to provide an immediate update on the current situation given the ongoing issues.

All contract logistics and ordering are complete. However, despite earlier assurances of expedited approval and our proactive engagement, the City of Eugene's permit division continues to **defer approval without providing a clear justification for the delay** of the essential traffic control plan permit.

GSA, FPS, and the contractor have been actively working to secure this approval and have exhausted all immediate avenues to accelerate the process.

We will issue an official and final installation schedule to the FSC immediately upon receipt of the approved permit.

Thank you for your understanding and patience as we navigate this unexpected impediment.

GSA

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E 8th Ave Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan anderson@gsa gov | www gsa gov

GSA

Ryan Anderson - PMBD <ryan.anderson@gsa.gov>

# Urgent Update: Federal Building Security Fence Installation Project

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Fri, Apr 24, 2026 at 12:15 PM
To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, [redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, Ed Tsui <Etsui@maxsent.com>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>,[redacted]@fps.dhs.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Theresa Brown <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, Norbert Hutzler [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>, Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>, Jackie Peters - PMBD <jackie.peters@gsa.gov>

Eugene Federal Building Facility Security Committee,

This email provides an urgent update regarding the critical security fence installation project at the Federal Building in Eugene. As you know, this project is a top priority for safeguarding our federal assets and, most importantly, ensuring the safety and security of our employees and building occupants, particularly withanticipated protests planned for May 1st.

The current status of the project is as follows:

1. **Initial Delay:** The fence installation was originally planned for the night of Tuesday, April 28th. However, we experienced significant delays in obtaining a traffic control plan permit from the City of Eugene, not attributed to our efforts. This permit is essential for our contractor to close a portion of Pearl Street and 7th Street to prepare the property's landscape and proceed with the fence installation.
2. **Coordination Challenge with City of Eugene:** A significant concern has also arisen regarding the City of Eugene's independent plans. They intend to install 8,000lb jersey barriers to delineate a continuous sidewalk along Pearl Street, with construction scheduled to begin Monday morning, April 27th. This would provide a continuous pedestrian walkway on the exterior side of the security fence that connects the East side of 6th and 7th Street. We have formally requested that the City coordinate this work to occur *after* our fence installation is completed. Our concern is that this uncoordinated effort, preceding our project, could inadvertently draw public attention and provide an opportunity for protest planning related to our security measures and impede our work's efficacy.
3. **Current Status & Next Steps:** As of today, the City of Eugene has approved the traffic control plan, however we are awaiting the official document as of writing this email. We are now working tirelessly to re-schedule the fence installation for Wednesday night April 29th (This date is still being finalized, but we wanted everyone to be aware of the current status). I will follow up with a firm schedule once the contractor reconfirms all the logistics.

We are working diligently to get this project across the finish line, recognizing its paramount importance for the Federal Building and its employees. We wanted to bring this critical situation, including the permit delays and the City's coordination challenges, to the Committee's immediate attention.

Sincerely,

GSA

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E 8th Ave Suite 2500

Eugene, OR 97401

(541) 510 7691

ryan anderson@gsa gov | www gsa gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

## Re: Urgent Update: Federal Building Security Fence Installation Project

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Fri, Apr 24, 2026 at 1:27 PM

To: [redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, [redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, Ed Tsui <Etsui@maxsent.com>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Theresa Brown <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>, Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>, Jackie Peters - PMBD <jackie.peters@gsa.gov>

Good afternoon Eugene FSC,

This email is to confirm the schedule for the security fence installation. We are planning to install the fence on the night of Wednesday, April 29th, with completion expected by 7:00 AM on Thursday, April 30th. We anticipate that the entire project, including site cleaning, will be wrapped up by 11:00 AM.

Thank you for your patience throughout this process.

GSA

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E 8th Ave Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan anderson@gsa gov | www gsa gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# Re: Urgent Update: Federal Building Security Fence Installation Project

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Mon, Apr 27, 2026 at 10:54 AM
To: Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>
Cc: Jackie Peters <jackie.peters@gsa.gov>

Hi Jason,

I am meeting with the contractor, FPS, and the Eugene Police Department in 10 minutes to finalize the details.

Site work is being planned for tomorrow and Wednesday to prep the fence.

We are currently on schedule to begin the fence installation this Wednesday at 7:00 PM, with completion expected by 7:00 AM on Thursday morning.

The contractor received a permit number this morning from the city of Eugene. With that it looks like we have everything in place.

On Mon, Apr 27, 2026 at 10:49 AM Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov> wrote:

> Hi Ryan,
>
> Are we still on target for the work to start on Wednesday?
>
> Thanks,
> Jason
>
> On Fri, Apr 24, 2026 at 1:28 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:
>
> > Good afternoon Eugene FSC,
> >
> > This email is to confirm the schedule for the security fence installation. We are planning to install the fence on the night of Wednesday, April 29th, with completion expected by 7:00 AM on Thursday, April 30th. We anticipate that the entire project, including site cleaning, will be wrapped up by 11:00 AM.
> >
> > Thank you for your patience throughout this process.
> >
> > GSA
> >
> > **U.S. General Services Administration**
> >
> > **Ryan Anderson**
> > Facility Manager
> > Oregon Field Office
> > Office of Facility Management
> > Public Buildings Service
> > 405 E. 8th Ave. Suite 2500
> > Eugene, OR. 97401
> > (541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

On Fri, Apr 24, 2026 at 12:15 PM Ryan Anderson - PMBD <ryan.anderson@gsa.gov> wrote:

Eugene Federal Building Facility Security Committee,

This email provides an urgent update regarding the critical security fence installation project at the Federal Building in Eugene. As you know, this project is a top priority for safeguarding our federal assets and, most importantly, ensuring the safety and security of our employees and building occupants, particularly withanticipated protests planned for May 1st.

The current status of the project is as follows:

1. **Initial Delay:** The fence installation was originally planned for the night of Tuesday, April 28th. However, we experienced significant delays in obtaining a traffic control plan permit from the City of Eugene, not attributed to our efforts. This permit is essential for our contractor to close a portion of Pearl Street and 7th Street to prepare the property's landscape and proceed with the fence installation.
2. **Coordination Challenge with City of Eugene:** A significant concern has also arisen regarding the City of Eugene's independent plans. They intend to install 8,000lb jersey barriers to delineate a continuous sidewalk along Pearl Street, with construction scheduled to begin Monday morning, April 27th. This would provide a continuous pedestrian walkway on the exterior side of the security fence that connects the East side of 6th and 7th Street. We have formally requested that the City coordinate this work to occur *after* our fence installation is completed. Our concern is that this uncoordinated effort, preceding our project, could inadvertently draw public attention and provide an opportunity for protest planning related to our security measures and impede our work's efficacy.
3. **Current Status & Next Steps:** As of today, the City of Eugene has approved the traffic control plan, however we are awaiting the official document as of writing this email. We are now working tirelessly to re-schedule the fence installation for Wednesday night April 29th (This date is still being finalized, but we wanted everyone to be aware of the current status). I will follow up with a firm schedule once the contractor reconfirms all the logistics.

We are working diligently to get this project across the finish line, recognizing its paramount importance for the Federal Building and its employees. We wanted to bring this critical situation, including the permit delays and the City's coordination challenges, to the Committee's immediate attention.

Sincerely,

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

GSA

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

## Status Update: Perimeter Fence Installation at Eugene Federal Building (April 27-30)

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Apr 30, 2026 at 8:42 AM
To: Jason Cawthorne - PMBD <jason.cawthorne@gsa.gov>
Cc: Jackie Peters - PMBD <jackie.peters@gsa.gov>, John Mikrut - PT1E <john.mikrut@gsa.gov>, Christi Chidester Votisek - ZCZ3 <christina.chidester@gsa.gov>, Kate Healy - LR <katharine.healy@gsa.gov>, Heather Jantz - LR <heather.jantz@gsa.gov>
Bcc: Virginia Matthews - PMBD <virginia.matthews@gsa.gov>, Ryan Morton - PMBD <ryan.morton@gsa.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>

Greetings,

The perimeter fence installation at the Eugene Federal Building commenced on **Wednesday, April 29th** , and was successfully completed by **0600 on Thursday, April 30th** .

Below is a detailed timeline of events:

**Monday, April 27th:**
The City of Eugene finalized and approved our traffic control plan permit.
**0700-1100:** The City of Eugene installed eight jersey barriers to delineate a new pedestrian path outside the fence layout.

**Tuesday, April 28th:**
**0900-1200:** Traffic control was set up on Pearl Street to facilitate the removal of a hazard tree on Federal property.
**Noon:** Traffic control measures were removed.

**Wednesday, April 29th - Thursday, April 30th (Installation Phase):**
**0900 (April 29th):** Traffic control was re-established, closing the sidewalk and one lane of Pearl Street. Eugene Police Department (EPD) and Federal Protective Service (FPS) personnel monitored the work area to ensure public safety and manage access. Tree stump grinding began, along with turf revisions to create a level surface for the fence installation.
**1100:** GSA, FPS, and EPD coordinated on the day's work plan.
**1500:** A protest group of approximately 50 individuals was present. FPS and EPD maintained a visible security presence and directed the group off the Federal Building plaza.
**1830:** Turf revisions were completed, followed by laying weed barrier and applying bark.
**1900:** EPD's mobile response team arrived and directed protestors across the street. The traffic control plan was then executed on 7th Street.
**1900:** Fencing materials arrived via semi-truck, and unloading commenced on Pearl Street.
**1900 (April 29th) - 0600 (April 30th):** Fence installation was conducted overnight. Protestors dispersed from the area by 0130 (April 30th). EPD departed around 2030 (April 29th), while FPS maintained a continuous security presence throughout the night until the fence was completed at 0600 (April 30th).
**0630 (April 30th):** Finishing touches were applied, and extra materials were stored for transport back to Illinois.
**Noon (April 30th - Planned):** All materials are scheduled to be offsite, the work area cleaned, and the fence secured.

**Upcoming Security Posture (May Day Protests):**
FPS and EPD anticipate a large protest tomorrow, May 1st, and will deploy additional security personnel on-site to deter any protest activity on Federal property.

**Please see the attached drive folder for photos taken this morning.**

- https://drive.google.com/drive/folders/1HnQV8CMCNlRhQ25anhQ7biNDjLHVau-C

GSA U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E. 8th Ave. Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan.anderson@gsa.gov | www.gsa.gov

GSA

**Ryan Anderson - PMBCD <ryan.anderson@gsa.gov>**

# Status Update: Perimeter Fence Installation at Eugene Federal Building (April 27-30)

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Apr 30, 2026 at 9:03 AM
To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, [redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, Ed Tsui <Etsui@maxsent.com>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, '[redacted]@fps.dhs.gov>, Shubrah Varma <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, Lenora Ainsworth <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Theresa Brown <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Greetings,

The perimeter fence installation at the Eugene Federal Building commenced on **Wednesday, April 29th** , and was successfully completed by **0600 on Thursday, April 30th** .

Below is a detailed timeline of events:

**Monday, April 27th:**

- The City of Eugene finalized and approved our traffic control plan permit.
- **0700-1100:** The City of Eugene installed eight jersey barriers to delineate a new pedestrian path outside the fence layout.

**Tuesday, April 28th:**

- **0900-1200:** Traffic control was set up on Pearl Street to facilitate the removal of a hazard tree on Federal property.
- **Noon:** Traffic control measures were removed.

**Wednesday, April 29th - Thursday, April 30th (Installation Phase):**

- **0900 (April 29th):** Traffic control was re-established, closing the sidewalk and one lane of Pearl Street. Eugene Police Department (EPD) and Federal Protective Service (FPS) personnel monitored the work area to ensure public safety and manage access. Tree stump grinding began, along with turf revisions to create a level surface for the fence installation.
- **1100:** GSA, FPS, and EPD coordinated on the day's work plan.
- **1500:** A protest group of approximately 50 individuals was present. FPS and EPD maintained a visible security presence and directed the group off the Federal Building plaza.
- **1830:** Turf revisions were completed, followed by laying weed barrier and applying bark.
- **1900:** EPD's mobile response team arrived and directed protestors across the street. The traffic control plan was then executed on 7th Street.
- **1900:** Fencing materials arrived via semi-truck, and unloading commenced on Pearl Street.
- **1900 (April 29th) - 0600 (April 30th):** Fence installation was conducted overnight. Protestors dispersed from the area by 0130 (April 30th). EPD departed around 2030 (April 29th), while FPS maintained a continuous security presence throughout the night until the fence was completed at 0600 (April 30th).
- **0630 (April 30th):** Finishing touches were applied, and extra materials were stored for transport back to Illinois.
- **Noon (April 30th - Planned):** All materials are scheduled to be offsite, the work area cleaned, and the fence secured.

  *NOTE - For security and safety, the pedestrian gates will remain locked and are to be utilized strictly as emergency exits. These gates are operable with a master key, which I will distribute to designated Floor Wardens and other authorized staff upon request.*

GSA

**U.S. General Services Administration**

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E 8th Ave Suite 2500

Eugene, OR. 97401

(541) 510-7691

ryan anderson@gsa gov | www gsa gov