**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,**

**Plaintiffs,**

**v.**

**GENERAL SERVICES ADMINISTRATION,**

**Defendant.**

**Case No. 6:26-cv-01127-MTK**

**NOTICE OF LODGING A SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

**NOTICE**

Defendant provides this Notice of Lodging a Supplement to the Administrative Record for Defendant General Services Administration's certified administrative record for the decision(s) challenged in this action. Filed concurrently with this Notice is the Declaration of Ryan J.

Anderson certifying the supplement to the administrative record.

The supplemental document in the administrative record comprises Bates-numbered pages and are in text-searchable PDF format. The supplemental document is Bates-numbered USA_127 through USA_128. A copy of the index to the document in the supplement to the administrative record is attached to this Notice.

The reason for this supplementation is that one document in the previously lodged administrative record (USA_15 through USA_16) contained a mistaken redaction of one individual's name and government email address on the document's first page (there was a corresponding redaction notation in the redaction log). In addition, the redaction log mistakenly indicated that that same individual's name had been redacted from another document (USA_3 through USA_3) where it was not actually redacted. Defendant will provide a corrected redaction log to the Court and Plaintiffs' counsel upon filing this supplementation.

DATED this 11th day of September 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ James A. Blum*
JAMES A. BLUM
Assistant United States Attorney

*/s/ Tsechu Dolma*
TSECHU DOLMA
Assistant United States Attorney

Attorneys for Defendant