*Renshaw, et al. v. General Services Administration*
Case No. 6:26-cv-01127-MTK

Supplemental Administrative Record Index

| **Bates No.** | **Date** | **Description** |
|---|---|---|
| USA_127-USA_128 | Jan. 22, 2026 | 43. Email from R. Anderson to FSC re FSC Vote Perimeter Security Fencing - REDACTED |