**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JAMES A. BLUM, OSB #257369**
**TSECHU DOLMA, WSBA #64665**
Assistant United States Attorneys
james.blum@usdoj.gov
tsechu.dolma@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: (503) 727-1000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPER ROMPALA; and CHARLES AREFORD,**

**Plaintiffs,**

**v.**

**GENERAL SERVICES ADMINISTRATION,**

**Defendant.**

**Case No. 6:26-cv-01127-MTK**

**SUPPLEMENTAL ADMINISTRATIVE RECORD**

**Ryan Anderson - PMBD <ryan.anderson@gsa.gov>**

# FSC Vote - Perimeter Security Fencing

1 message

**Ryan Anderson - PMBD** <ryan.anderson@gsa.gov> Thu, Jan 22, 2026 at 1:09 PM
To: '[redacted]@hsi.dhs.gov>, "Bengtson, Dustin E CIV (USA)" <dustin.bengtson@usace.army.mil>, Melanie Omeara <melanie.s.omeara@usace.army.mil>, '[redacted]@ice.dhs.gov>, Gentapanan Justin Nolan M <JustinNolan.M.Gentapanan@irs.gov>, John Bradley <John.Bradley9@va.gov>, [redacted]@ice.dhs.gov>, Miguel Perez <maperez@fbi.gov>, Jennifer Watson <Jennifer.Y.Watson@irs.gov>, [redacted]@fps.dhs.gov>, Varma Shubhra S <Shubhra.S.Varma@irs.gov>, "Koontz, Aimee J" <Aimee.J.Koontz@dea.gov>, John Penna <Jonathan.Penna@va.gov>, "AINSWORTH, LENORA A., VBASEAT" <Lenora.Ainsworth@va.gov>, "Owen, E William CIV USARMY Cenwp" <earl.w.owen@usace.army.mil>, Lindsey Bryant <lbryant2@fbi.gov>, Wendy Vasquez <Wendy.Y.Vasquez@irs.gov>, Jason D Weiss <Jason.D.Weiss@ice.dhs.gov>, "Haynes, Cynthia" <Cynthia.Haynes@ssa.gov>, Brown Theresa L <Theresa.L.Brown@irs.gov>, Tim Plunkett <Timothy.Plunkett@va.gov>, "Turner, William W" <William.W.Turner@fps.dhs.gov>, [redacted]@fps.dhs.gov>, "Hall, Leslie" <Leslie.Hall@ssa.gov>, "Annus, Scott L NWP" <Scott.L.Annus@usace.army.mil>

Dear FSC Members,

Thank you for meeting to discuss the proposed security barrier fence for the Federal Building.

At this time, each agency is required to cast a vote of "Yes" or "No" by replying to this email. Please note that GSA and DHS are currently exploring funding options for this project entirely.

Below is the proposed perimeter fence layout, which includes egress-only man-gates.

- Red: Fence line
- Blue: Gate locations




Thank you,

U.S. General Services Administration

**Ryan Anderson**

Facility Manager

Oregon Field Office

Office of Facility Management

Public Buildings Service

405 E 8th Ave Suite 2500

Eugene, OR 97401

(541) 510 7691

ryan anderson@gsa gov | www gsa gov