Marianne Dugan, OSB # 932563
Email: mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette Street Ste 301 # 359
Eugene, OR 97401
Telephone: 541-687-9180
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

NAPHTALI RENSHAW, SUSAN BARNHART, TYRRAS WARREN, MICHAEL CARRIGAN, CHRISTOPHER ROMPALA, and CHARLES AREFORD,

Plaintiffs,

v.

GENERAL SERVICES ADMINISTRATION,

Defendant.

Case No. 6:26-cv-1127-MTK

**UNOPPOSED MOTION FOR EXTENSION OF ALL COURT-ORDERED DEADLINES**

Plaintiffs respectfully request that the Court extend all current court-ordered deadlines in this case by 45 days. Defendant does not oppose this request. The parties have been discussing the potential for settlement, and therefore request postponement of current dates in the interest of judicial efficiency and reducing increased attorney time and expenses.

Respectfully submitted, September 30, 2026.

*/s/ Marianne Dugan*
Marianne Dugan (she/her), OSB # 932563